IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACCELERON, LLC,<br><br>            Plaintiff,<br>    v.<br><br>DELL INC.,<br><br>            Defendant. | Civil Action File No.<br><br>1:12-CV-04123-TCB |

**JOINT MOTION FOR ENTRY OF NEW SCHEDULING ORDER
FOR CLAIM CONSTRUCTION DISCOVERY**

COME NOW Plaintiff, Acceleron, LLC and Defendant, Dell Inc., after having met and conferred, to propose and jointly move the Court for entry of the following new schedule for claim construction discovery pursuant to the Court's Order of May 3, 2017 (Doc. 49).

| | TASK | DEADLINE |
|---|---|---|
| 1 | Start of Factual Discovery Period | 5/17/2017 |
| 2 | Plaintiff's Infringement Contentions | 6/16/2017 |
| 3 | Defendant's Disclosure of Invalidity Contentions<br>Defendant's Response to Infringement Contentions<br>(30 days after Plaintiff's Infringement Contentions as per LPR 4.4(b)) | 7/17/2017 |

10904971v1

| # | Description | Date |
|---|---|---|
| 4 | Exchange of Proposed Terms for Claim Construction<br><br>(90 days after filing of Joint Preliminary Report and Discovery Plan (deemed May 17, 2017 by party agreement)[1] as per LPR 6.1(a)) | 8/16/2017 |
| 5 | Exchange of Preliminary Constructions and Preliminary Identification of Extrinsic Evidence<br><br>(20 days after Exchange of Proposed Terms as per LPR 6.2(b)) | 9/5/17 |
| 6 | Joint Claim Construction Statement<br><br>(130 days after filing of Joint Preliminary Report and Discovery Plan (deemed May 17, 2017 by party agreement) as per LPR 6.3(a) and LPR 4.4(a)) | 9/25/17 |
| 7 | End of Claim Construction Discovery<br><br>(15 days after Joint Claim Construction Statement as per LPR 6.4(a)) | 10/10/17 |
| 8 | Simultaneous Opening Claim Construction Briefs Due<br><br>(30 days after Joint Claim Construction Statement as per LPR 6.5(a)) | 10/25/17 |
| 9 | Simultaneous Responsive Claim Construction Briefs Due<br><br>(20 days after Opening Claim Construction Briefs as per LPR 6.5(b)) | 11/14/17 |
| 10 | Claim Construction Hearing | The parties request a date the week of Dec. 4, 2017. |

The parties agree to be bound by the terms of this Schedule pending its entry

---

[1] The original Joint Preliminary Report filing date having elapsed, the parties have agreed for purpose of this joint proposed schedule to use May 17, 2017.

10904971v1

by the Court, or pending the entry by the Court of an alternative hereto, and any violation of its terms during such pendency shall be subject to the same sanctions and penalties as if this Schedule had been entered by the Court. Finally, for the convenience of the Court, a Proposed Scheduling Order is attached hereto as Exhibit 1.

Respectfully submitted, this 17th day of May, 2017.

| | |
|---|---|
| */s/ N. Andrew Crain*_____ | */s/ Andrew B. Flake (by NAC w/permission* |
| Dan R. Gresham | Scott E. Taylor |
| Georgia Bar No. 310280 | Georgia Bar. No. 785596 |
| N. Andrew Crain | Andrew B. Flake |
| Georgia Bar No. 193081 | Georgia Bar No. 262425 |
| Eric G. Maurer | ARNALL GOLDEN GREGORY LLP |
| Georgia Bar No. 478199 | 171 17th Street Northwest |
| THOMAS \| HORSTEMEYER, LLP | Suite 2100 |
| 400 Interstate North Parkway | Atlanta, Georgia 30363 |
| Suite 1500 | Ph:   (404) 873-7026 |
| Atlanta, Georgia 30339 | Fax: (404) 873-7027 |
| Telephone:(770) 933-9500 | *andrew.flake@agg.com* |
| Facsimile: (770) 951-0933 | |
| andrew.crain@thomashorstemeyer.com | |
| dan.gresham@thomashorstemeyer.com | Of Counsel: |
| eric.maurer@thomashorstemeyer.com | |
| | Kevin J. Meek  (*pro hac vice*) |
| *Attorneys for Plaintiff* | kevin.meek@bakerbotts.com |
| *Acceleron, LLC* | Paula D. Heyman (*pro hac vice*) |
| | paula.heyman@bakerbotts.com |
| | Nicholas A. Schuneman (*pro hac vice*) |
| | nick.schuneman@bakerbotts.com |
| | BAKER BOTTS L.L.P. |
| | 98 San Jacinto Boulevard, Suite 1500 |
| | Austin, Texas  78701-4078 |
| | Telephone:  (512) 322-2500 |

Facsimile:   (512) 322-2501

Roger Fulghum (pro hac vice)
roger.fulghum@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone:  (713) 229-1234
Facsimile:   (713) 229-1522

*Attorneys for*
*Defendant/ Counterclaimant,*
*DELL INC.*

10904971v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACCELERON, LLC,<br><br>        Plaintiff,<br>  v.<br><br>DELL INC.,<br><br>        Defendant. | Civil Action File No.<br><br>1:12-CV-04123-TCB |

## CERTIFICATE OF SERVICE

I certify that I have this day filed the foregoing "JOINT MOTION FOR ENTRY OF SCHEDULING ORDER" using the Court's ECF system, which will automatically send email documentation of such filing to all attorneys of record.

This 17th day of May, 2017.

                                            */s/ N. Andrew Crain*
                                            *Attorney for Plaintiff Acceleron, LLC*

4834-6443-5784, v. 1