UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ACCELERON, LLC,

    Plaintiff,

v.

DELL INC.,

    Defendant.

Civil Action File No.:
1:12-cv-04123-TCB

**JURY TRIAL DEMANDED**

## JOINT MOTION FOR LEAVE TO FILE CLAIM CONSTRUCTION BRIEFS IN EXCESS OF TWENTY-FIVE PAGES

Dell Inc. ("Defendant") and Acceleron, LLC ("Plaintiff") hereby respectfully request leave to file Opening and Responsive Claim Construction Briefs pursuant to Local Patent Rule 6.5 and the Scheduling Order in this matter (Dkt. 52) (due on October 25, 2017) in a length exceeding twenty-five (25) pages. The parties contacted Special Master Needle regarding this matter, and Special Master Needle asked the parties to proceed with a formal motion to the Court.

Local Rule 7.1D states that "[a]bsent prior permission of the court, briefs filed in support of a motion or in response to a motion are limited in length to twenty-five (25) pages." It is unclear whether this limitation applies to claim construction briefs, because claim construction briefs are not filed in support of a discrete motion but instead are filed as directed by Local Patent Rule 6.5. *See, e.g.,*

1

*Beverage Dispensing Solutions, LLC v. The Coca-Cola Company*, No. 1:14-CV-00220-TCB, ECF No. 80 (N.D. Ga. August 6, 2014) (requesting leave to file 45 pages for opening briefs and 45 pages for responsive briefs); *see also id.* at ECF No. 81 (N.D. Ga. August 7, 2014) (granting motion).

In an abundance of caution, however, to the extent leave is necessary, the parties respectfully request leave of this Court to allow both parties no more than fifty (50) pages for each of their respective Opening Claim Construction Briefs and no more than twenty-five (25) pages for each of their Responsive Claim Construction Briefs.

Additional pages are necessary to adequately address the claim construction issues raised in this case based on the number of asserted claims, the number of disputed terms, and the proposed expert testimony. Accordingly, to the extent that this Court finds that the page limitations of Rule 7.1D are applicable to claim construction briefing, the parties respectfully request permission to file Opening and Responsive Claim Construction Briefs in excess of twenty-five (25) pages.

A proposed order is attached to this Motion as Exhibit A for the Court's convenience.

| | |
|---|---|
| Dated: October 13, 2017 | Respectfully submitted, |
| */s/ N. Andrew Crain* | */s/Andrew B. Flake* |
| Dan R. Gresham | Scott E. Taylor |
| (Georgia Bar No. 310280) | (Georgia Bar No. 785596) |
| N. Andrew Crain | Andrew B. Flake |
| (Georgia Bar No. 193081) | (Georgia Bar No. 262425) |
| Eric G. Maurer | **ARNALL GOLDEN GREGORY LLP** |
| (Georgia Bar No. 478199) | 171 17th Street Northwest, Suite 2100 |
| Robert D. Gravois | Atlanta, Georgia 30363 |
| (Georgia Bar No. 600183) | Telephone: (404) 873-8728 |
| **THOMAS HORSTEMEYER L.L.P.** | Facsimile: (404) 873-8729 |
| 3200 Windy Hill Road SE | scott.taylor@agg.com |
| Suite 1600E | andrew.flake@agg.com |
| Atlanta, Georgia 30339 | anuj.desai@agg.com |

Dated: October 13, 2017

*/s/ N. Andrew Crain*
Dan R. Gresham
(Georgia Bar No. 310280)
N. Andrew Crain
(Georgia Bar No. 193081)
Eric G. Maurer
(Georgia Bar No. 478199)
Robert D. Gravois
(Georgia Bar No. 600183)
**THOMAS HORSTEMEYER L.L.P.**
3200 Windy Hill Road SE
Suite 1600E
Atlanta, Georgia 30339
Telephone: (770) 933-9500
Facsimile: (770) 951-0933
andrew.crain@thomashorstemeyer.com
dan.gresham@thomashorstemeyer.com
eric.maurer@thomashorstemeyer.com
robert.gravois@thomashorstemeyer.com

***ATTORNEYS FOR PLAINTIFF, ACCELERON, LLC***

Respectfully submitted,

*/s/Andrew B. Flake*
Scott E. Taylor
(Georgia Bar No. 785596)
Andrew B. Flake
(Georgia Bar No. 262425)
**ARNALL GOLDEN GREGORY LLP**
171 17th Street Northwest, Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-8728
Facsimile: (404) 873-8729
scott.taylor@agg.com
andrew.flake@agg.com
anuj.desai@agg.com

*Of Counsel:*

Kevin J. Meek (admitted *pro hac vice*)
Paula D. Heyman (admitted *pro hac vice*)
Nick Schuneman (admitted *pro hac vice*)
Jennifer L. Nall (admitted *pro hac vice*)
Valerie K. Barker (admitted *pro hac vice*)
Bailey P. Morgan (admitted *pro hac vice*)
Ryan Clark *(*admitted *pro hac vice*)
**BAKER BOTTS L.L.P.**
98 San Jacinto Boulevard, Suite 1500
Austin, Texas 78701-4078
Telephone: (512) 322-2500
Facsimile: (512) 322-2501
kevin.meek@bakerbotts.com
paula.heyman@bakerbotts.com
nick.schuneman@bakerbotts.com
jennifer.nall@bakerbotts.com
valerie.barker@bakerbotts.com
bailey.morgan@bakerbotts.com
ryan.clark@bakerbotts.com

Roger Fulghum (admitted *pro hac vice*)
**BAKER BOTTS L.L.P.**
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002-4995
Telephone: (713) 229-1234
Facsimile:  (713) 229-1522
roger.fulghum@bakerbotts.com

***ATTORNEYS FOR DEFENDANT/
COUNTERCLAIMANT, DELL INC.***

4

11444091v2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned counsel hereby certifies that the foregoing **MOTION FOR LEAVE TO FILE CLAIM CONSTRUCTION BRIEFS IN EXCESS OF TWENTY-FIVE PAGES** was prepared using 14-point Times New Roman font and a top margin of 1½ inches in accordance with Northern District of Georgia Local Rule 5.1 (C) and (D).

Dated:  October 13, 2017

/s/Andrew B. Flake
Andrew B. Flake

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing **MOTION FOR LEAVE TO FILE CLAIM CONSTRUCTION BRIEFS IN EXCESS OF TWENTY-FIVE PAGES** was served on all counsel of record by causing a copy of the same to be filed electronically through the Court's ECF system which will automatically send email notification of such filings to all registered counsel as follows:

N. Andrew Crain
Dan R. Gresham
Eric Maurer
Robert Duncan Gravois
**THOMAS |HORSTEMEYER, LLP**
400 Interstate North Parkway
Suite 1500
Atlanta, Georgia 30339
Tel:  (770) 933-9500
Fax: (770) 951-0933
andrew.crain@thomashorstemeyer.com
dan.gresham@thomashorstemeyer.com
eric.maurer@thomashorstemeyer.com
robert.gravois@thomashorstemeyer.com

Dated:  October 13, 2017

                                              */s/ Andrew B. Flake*
                                                 Andrew B. Flake