# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ACCELERON, LLC,

      Plaintiff,

v.

DELL INC.

      Defendant.

Civil Action File No.
1:12-cv-04123-TCB

# DEFENDANT DELL INC.'S INVALIDITY CONTENTIONS

# TABLE OF CONTENTS

                                                                                 PAGE(S)

I.    INTRODUCTION .................................................................................................1

II.   RESERVATIONS .................................................................................................1

III.  INVALIDITY CONTENTIONS .........................................................................6

      A.    Identification of Prior Art..........................................................................6

      B.    State of the Art .........................................................................................19

            1.    Background discussion in the '021 Patent...................................20

            2.    Certain claims have been found unpatentable .............................21

            3.    Industry development of fault tolerant systems...........................23

            4.    Industry development of hot-swap capability..............................24

            5.    Industry development of internal system polling ........................25

            6.    Industry development of communication filtering.....................26

            7.    Industry development of standard enabling remote boot ...........27

      C.    Disclosure of Invalidity Due to Anticipation .........................................27

      D.    Disclosure of Invalidity Due to Obviousness.........................................29

      E.    Motivation/Reasons to Combine..............................................................62

            1.    Combinations based on the *Ketris 9000* and *Ketris 2000*
                  systems .........................................................................................98

            2.    Combinations based on the *RLX* system...................................103

            3.    Combinations based on the *ProLiant 8500* system .................110

            4.    Combinations based on the *Chipcom* system ...........................116

            5.    Combinations based on the *Motorola CPX8000* system .........122

            6.    Combinations based on the *Cubix Density* system..................130

            7.    Combinations based on the Hipp patents....................................137

      F.    Pursuant to LPR 4.3(a)(4), Contentions Under 35 U.S.C. § 112........141

            1.    Lack of Enablement Under 35 U.S.C. § 112 ¶ 1 .....................142

            2.    Lack of Written Description Under 35 U.S.C. § 112 ¶ 1..........144

3.    Indefiniteness Under 35 U.S.C. § 112 ¶ 2 .................................145

4.    Invalidity Under 35 U.S.C. § 112 ¶ 4 .....................................147

IV.    PRIORITY ............................................................................147

V.    DOCUMENT PRODUCTION UNDER L.P.R. 4.3(b)................................149

## I.    <u>INTRODUCTION</u>

Defendant Dell Inc. ("Dell") hereby provides Invalidity Contentions with respect to the claims identified by Plaintiff in its Disclosure of Infringement Contentions ("Infringement Contentions") dated June 16, 2017. The Asserted Claims are claims 3, 14-17, 20, 22-24, and 34-36 of U.S. Patent No. 6,948,021 ("the '021 Patent") (collectively referred to as the "Asserted Claims").

With respect to each Asserted Claim and based on its investigation to date, Dell hereby: (a) identifies each currently known item of prior art that either anticipates or renders obvious each Asserted Claim; (b) specifies whether each such item of prior art (or a combination of several of the same) anticipates each Asserted Claim or renders it obvious; (c) submits a chart identifying where each element in each Asserted Claim is disclosed, described, or taught in the prior art; and (d) identifies the grounds for invalidating the Asserted Claims based on indefiniteness under 35 U.S.C. § 112 ¶ 2 or lack of enablement or written description under 35 U.S.C. § 112 ¶ 1.

## II.    <u>RESERVATIONS</u>

Dell reserves the right to amend these Invalidity Contentions.

The information and documents that Dell produces are provisional and subject to further revision as follows. Dell expressly reserves the right to amend the disclosures and document production herein should Plaintiff provide any information that it failed to provide in its Infringement Contentions or should

Plaintiff further amend its Infringement Contentions. Further, because discovery is still ongoing and because Dell has not yet received productions from all outstanding third-party subpoenas, Dell reserves the right to revise, amend, and/or supplement the information provided herein, including identifying and relying on additional references, should production from the third parties yield additional information or references, consistent with the Federal Rules of Civil Procedure. Further, because discovery is still ongoing and because Dell has not yet completed its search for and analysis of relevant prior art, Dell reserves the right to revise, amend, and/or supplement the information provided herein, including identifying and relying on additional references, should Dell's further search and analysis yield additional information or references, consistent with the Patent Rules and the Federal Rules of Civil Procedure. Moreover, Dell reserves the right to revise its contentions concerning the invalidity of the Asserted Claims, which may change depending upon any findings as to the priority date of the Asserted Claims and/or positions that Plaintiff or its expert witness(es) may take concerning claim construction, infringement, and/or validity issues and/or depending upon any findings by the United States Patent and Trademark Office or Federal Circuit regarding the '021 Patent or its claims.

Prior art not included in this disclosure, whether known or not known to Dell, may become relevant. In particular, Dell is currently unaware of the extent, if

any, to which Plaintiff will contend that limitations of the Asserted Claims are not disclosed in the prior art identified by Dell. To the extent that such an issue arises, Dell reserves the right to identify other references that would have made the addition of the allegedly missing limitation to the disclosed device or method obvious.

Dell's claim charts in Appendices A-C cite to particular teachings and disclosures of the prior art as applied to features of the Asserted Claims. However, persons having ordinary skill in the art generally may view an item of prior art in the context of other publications, literature, products, and understanding. As such, the cited portions are only examples, and Dell reserves the right to rely on uncited portions of the prior art references and other publications, and expert testimony as aids in understanding and interpreting the cited portions, as providing context thereto, and as additional evidence that the prior art discloses a claim limitation. Dell further reserves the right to rely on uncited portions of the prior art references, other publications, and testimony to establish bases for combinations of certain cited references that render the Asserted Claims obvious.

The references discussed in the claim charts in Appendices A-C may disclose the elements of the Asserted Claims explicitly and/or inherently, and/or they may be relied upon to show the state of the art in the relevant time frame. For example, a reference that discloses Claim 15 inherently discloses Claim 17 and a

reference that discloses Claim 34 inherently discloses Claim 36. The suggested obviousness combinations are provided in the alternative to Dell's anticipation contentions and are not to be construed to suggest that any reference included in the combinations is not by itself anticipatory.

For purposes of these Invalidity Contentions, Dell may adopt alternative, and even inconsistent, claim construction positions with respect to the Asserted Claims such that these Invalidity Contentions should not be read to indicate any particular claim construction position. For example, Dell may identify prior art references and provide limitation-by-limitation claim charts based in part on constructions advanced by Plaintiff in its Infringement Contentions.[1] Dell, however, does not concede that Plaintiff's apparent constructions are proper, and reserves the right to contest any such constructions. Moreover, nothing in these Invalidity Contentions shall be treated as an admission that Dell's accused technology meets any limitations of the claims.

Depending on positions that Plaintiff or its expert witness(es) may take concerning claim scope, infringement, and/or invalidity issues, different ones of the charted prior art references in Appendices A-C may be of greater or lesser relevance and different combinations of these references may be implicated. Given

---

[1] Plaintiff's Infringement Contentions appear to be based on a broad interpretation of the Asserted Claims. Thus, certain of these Invalidity Contentions may likewise be based on Plaintiff's broad interpretations.

this uncertainty, the charts may reflect alternative applications of the prior art against the Asserted Claims.

Nothing stated herein shall be construed as an admission or a waiver of any particular construction of any claim term. Dell also reserves all its rights to challenge any of the claim terms under 35 U.S.C. § 112, including by arguing that they are indefinite, not supported by the written description and/or not enabled. Accordingly, nothing stated herein shall be construed as a waiver of any argument available under 35 U.S.C. § 112.

Dell hereby provides disclosures and related documents pertaining only to the Asserted Claims as identified by Plaintiff in its Infringement Contentions. Dell reserves the right to modify, amend, or supplement these Invalidity Contentions to show the invalidity of any additional claims that the Court may allow Plaintiff to later assert.

The '021 Patent claims priority based on Provisional Application No. 60/248,834 ("the '834 Provisional"), filed on November 16, 2000. In its Infringement Contentions, Plaintiff has alleged a "priority date" of November 16, 2000 (filing date of the '834 Provisional). Nonetheless, these Invalidity Contentions identify references relevant to the validity of the claims to the extent some or all of the Asserted Claims are in fact subject to a later priority date. Thus, the relevant time period is around November 2000 or 2001. These contentions do

not constitute an admission that the Asserted Claims of the '021 Patent are described or enabled by the '834 Provisional or the '021 Patent.

## III.    INVALIDITY CONTENTIONS

### A.    Identification of Prior Art

Subject to Dell's reservation of rights, Dell identifies each item of prior art that anticipates or renders obvious one or more of the Asserted Claims in tables 1, 2 and 3 below. Table 1 provides the full identity of each prior art patent, including each patent by its patent number, country of origin, and date of issue. Table 2 provides the full identity of each non-patent prior art publication by its title, date of publication, and, where feasible, author and publisher. Table 3 identifies prior art under 35 U.S.C. § 102(a) & (b) by "specifying the item offered for sale or publicly used or known, the date the offer or use took place or the information became known, and the identity of the person or entity which made the use or which made and received the offer, or the person or entity which made the information known or to whom it was made known." *See* L.P.R. 4.3. In addition, Table 3 identifies prior art under 35 U.S.C. § 102(g) by "by providing the identities of the person(s) or entity(ies) involved in and the circumstances surrounding the making of the invention before the patent applicant(s)." *See id.*

Dell reserves the right to assert that the Asserted Claims are invalid under 35 U.S.C. §102(f) in the event Dell obtains evidence that Joel Brian Derrico and/or

Paul Jonathan Freet, the inventors named in the asserted patent, did not invent (either alone or in conjunction with others) the subject matter claimed in the '021 Patent. Should Dell obtain such evidence, it will provide the name of the person(s) from whom and the circumstances under which the invention or any part of it was derived.

Dell further intends to rely on inventor admissions concerning the scope of the prior art relevant to the asserted patent found in, *inter alia*: the patent prosecution history for the asserted patent and related patents and/or patent applications; any deposition testimony of the named inventors related to the asserted patent; and the papers filed and any evidence submitted by Plaintiff in conjunction with this litigation. *See, e.g.*, *Aylus Networks, Inc. v. Apple Inc.*, 856 F.3d 1353, 1359-1362 (Fed. Cir. 2017).

Discovery is ongoing, and Dell's prior art investigation and third party discovery is therefore not yet complete. Dell reserves the right to present additional items of prior art under 35 U.S.C. § 102(a), (b), (e), and/or (g), and/or § 103 located during the course of discovery or further investigation. For example, Dell has issued subpoenas to third parties, and may issue additional subpoenas to third parties, believed to have knowledge, documentation and/or corroborating evidence concerning some of the prior art listed in Tables 1 through 3 and/or additional prior art. In addition, Dell reserves the right to produce and rely on third party

documents that are not yet produced, regarding which Dell is currently negotiating with third parties regarding confidentiality issues. These third parties include without limitation the authors, inventors, or assignees of the references listed in these disclosures and the entities believed to have made, used, sold or offered for sale the systems listed in these disclosures. In addition, Dell reserves the right to assert invalidity under 35 U.S.C. § 102(c), (d), or (f) to the extent that discovery or further investigation yield information forming the basis for such invalidity.

**Table 1: Patents that are Prior Art
under § 102(a), § 102(b), and/or § 102(e)**

| Patent (Primary Inventor) | Filing Date; Date of Issue/ Publication | Herein Referenced As | Appendix # |
|---|---|---|---|
| U.S. Patent No. 5317697A | May 31,1994 | *Husak* | A-1 |
| U.S. Patent No. 5331509A | July 19, 1994 | *Kikinis* | A-2 |
| U.S. Patent No. 5390324A | Feb. 14, 1995 | *Burckartt* | A-3 |
| U.S. Patent No. 5488531A | Jan. 30, 1996 | *Aldridge* | A-4 |
| U.S. Patent No. 5530810A | June 25, 1996 | *Bowman* | A-5 |
| U.S. Patent No. 5938751A | Aug. 17, 1999 | *Tavallaei* | A-6 |
| U.S. Patent No. 6157534A & 6742068 | Aug. 17, 1999 | *Gallagher* | A-7 |
| U.S. Patent No. 6157974 | Dec. 23, 1997 | *Gasparik* | A-8 |
| U.S. Patent No. 6169729B1 | Apr. 8, 1997 | *Feuerstraeter* | A-9 |
| U.S. Patent No. 6198642B1 | Oct. 19, 1999 | *Kociecki* | A-10 |
| U.S. Patent No. 6208522B1 | Feb. 12, 1999 | *Manweiler* | A-11 |

| Patent (Primary Inventor) | Filing Date; Date of Issue/ Publication | Herein Referenced As | Appendix # |
|---|---|---|---|
| U.S. Patent No. 6260155 | May 1, 1998 | *Dellacona* | A-12 |
| U.S. Patent No. 6289376B1 | July 29, 1999 | *Taylor* | A-13 |
| U.S. Patent No. 6294848B1 | Oct. 12, 2000 | *Goodrich* | A-14 |
| U.S. Patent No. 6295299B1 | Jan. 30, 1998 | *Haddock* | A-15 |
| U.S. Patent No. 6317345B1 | Feb. 19, 1999 | *Hayward* | A-16 |
| U.S. Patent No. 6324062B1 | Apr. 2, 1999 | *Treiber* | A-17 |
| U.S. Patent No. 6324608 | Oct. 1, 1997 | *Papa* | A-18 |
| U.S. Patent No. 6325636 | July 20, 2000 | *Hipp '636* | A-19 |
| U.S. Patent No. 6411506 | July 20, 2000 | *Hipp '506* | A-20 |
| U.S. Patent No. 6452789B1 | Apr. 29, 2000 | *Pallotti* | A-21 |
| U.S. Patent No. 6528904 | Sep. 29, 2000 | *Wong* | A-22 |
| U.S. Patent No. 6564274B1 | Dec. 17, 1999 | *Heath* | A-23 |
| U.S. Patent No. 6591324 | July 12, 2000 | *Chen* | A-24 |
| U.S. Patent No. 6594150B2 | Jan. 31, 2000 | *Creason* | A-25 |
| U.S. Patent No. 6606253B2 | Nov. 10, 2000 | *Jackson* | A-26 |
| U.S. Patent No. 6678155B1 | Dec. 14, 1999 | *Bresniker* | A-27 |
| U.S. Patent No. 6,170,028 | Oct. 1, 1997 | *Wallach* | A-28 |
| U.S. Patent No. 6747878B1 | July 20, 2000 | *Hipp '878* | A-29 |
| U.S. Patent No. 6757748 | July 20, 2000 | *Hipp '748* | A-30 |
| U.S. Patent No. 6804193B1 | Nov. 22, 2000 | *Dubreuil* | A-31 |
| U.S. Patent No. 6925052B1 | Sept. 28, 2000 | *Reynolds* | A-32 |
| U.S. Patent No. 6950895B2 | June 13, 2001 | *Bottom '895* | A-33 |

| Patent (Primary Inventor) | Filing Date; Date of Issue/ Publication | Herein Referenced As | Appendix # |
|---|---|---|---|
| U.S. Patent No. 6985967 | July 20, 2000 | *Hipp '967* | A-34 |
| U.S. Patent No. 7032119 | Sept. 27, 2000 | *Fung* | A-35 |
| U.S. Patent No. 7339786B2 | June 13, 2001 | *Bottom '786* | A-36 |
| U.S. Patent No. 6,331,933 | Oct. 8, 1999 | *Rumney* | A-37 |
| U.S. Patent No. 6,065,053 | Oct. 1, 1997 | *Nouri* | A-38 |
| U.S. Patent No. 6,202,160 | Oct. 1, 1997 | *Sheikh* | A-39 |
| U.S. Patent No. 6,026,458 | Oct. 14, 1997 | *Rasums* | A-40 |
| U.S. Patent No. 6,681,282 | Aug. 31, 2000 | *Golden* | A-41 |
| U.S. Provisional Patent Application No. 60/179,734 | Jan. 31, 2001 | *Silverman* | A-42 |

**Table 2: Non-Patent Publications
that are Prior Art under § 102(a) and/or § 102(b)**

| Primary Author or Publisher | Reference Title | Publication/ Use Date | Herein Referenced As | Appendix # |
|---|---|---|---|---|
| Intel Corporation | 2013-07-12 [1015] - Preboot execution Environment (PXE) Specification Ver. 2.1 | Sept. 20, 1999 | *PXE Specification* | B-1 |
| PCI Industrial Computers | CompactPCI® Hot Swap Specification PICMG 2.1 R1.0 | May 1, 1998 | *Compact PCI Specification* | B-2 |
| Bruce Kornfeld and Thea Hayden | Data Storage for e-Business | Issue 4 2000 | *Kornfeld* | B-3 |

**Table 3: Systems/Services that are Prior Art under § 102(a),
the public use and/or offer for sale provisions of 35 U.S.C. § 102(b),
and/or the prior invention provision of § 102(g)(2)**

Dell contends that the following description and events are stated on information and belief, and are supported by the information and documents that will be produced by Dell and/or other parties. As discovery has only just begun, Dell continues to investigate these events. Dell anticipates that further documentation regarding the public use, prior sale, and prior invention art will become available as discovery progresses, and reserves the right to supplement these Contentions to reflect this information.

Each prior art reference below describing or relating to a prior art system should be understood to discuss the system's capabilities generally and also to discuss specific implementation examples of specific installations of the particular system. To the extent the prior art references describe various implementations of the same underlying system, that underlying system is a single reference under 35 U.S.C. §§ 102(a), 102(b) and/or 102(g). The prior art references are evidence of the capabilities of the prior art system, and each chart provided for a prior art system should be understood to incorporate by reference all printed publications describing or relating to that prior art system and all charts provided for those printed publications. Even if the prior art references are not treated as a single prior

art reference, at the very least it would have been obvious to combine the features

described in those references, as described in more detail below.

| System | System Information and Corroboration | Appendix # |
|---|---|---|
| *Xyplex Network 9000* | Xyplex announced the release of the *Xyplex Network 9000* Hub during the week of September 21, 1992. (Xyplex Hub Merges Functions at 17). It was publicly known and available for sale by September 28, 1992. (Xyplex Hub Merges Functions at 17, 20). | C-1 |
| *Sun Netra* | On information and belief, the *Sun Netra* was offered for sale, sold, and/or publicly known before the priority date of the '021 Patent. | C-2 |
| *HP 9000 Superdome* | HP announced the release of the *HP 9000 Superdome* system on September 12, 2000 *SeeHP Unveils 'Superdome' Unix Servers,* CNN.COM, http://www.cnn.com/2000/TECH/computing/09/12/hp.superdome.idg/index.html (Sept. 12, 2000); *Hewlett-Packard Unveils Its High-End Superdome Server*, Gartner, https://www.gartner.com/doc/314393/hewlettpackard-unveils-highend-superdome-server (Sept. 15, 2000). It was offered for sale in October 2000 *See* ComputerWorld Vol. 34, No. 42, at 25, 27, 29, https://books.google.com/books?id=cG-dNyJq9nAC&pg=PA25&lpg=PA25&dq=hp+superdome+release+2000&source=bl&ots=0pBqqYkotk&sig=bRaxXuxkl7hYUmdqWq0Q3uoxDO8&hl=en&sa=X&ved=0ahUKEwio1M-i1t7UAhWG7SYKHaISCVw4ChDoAQg4MAg#v=onepage&q=hp%20superdome%20release%202000&f=false (Oct. 16, 2000). On information and belief, the *HP 9000 Superdome* was offered for sale, sold, and/or publicly known before the priority date of the '021 Patent. | C-3 |
| *Cubix Density* | Cubix announced the release of the Density System on March, 9, 1998. *Press Release: Cubix Announces Density Series Server System,* Cubix.com, | C-4 |

| System | System Information and Corroboration | Appendix # |
|---|---|---|
|  | https://web.archive.org/web/19980502185624/http:/ /cubix.com:80/corporate/press/density.htm.            On information and belief, the *Cubix Density* was offered for sale, sold, and/or publicly known before the priority date of the '021 Patent. |  |
| *Proliant 8500* | On information and belief, Compaq began shipping the *ProLiant 8500* in August of 1999. On information and belief, the *ProLiant 8500* was offered for sale, sold, and/or publicly known before the priority date of the '021 Patent. | C-5 |
| *Motorola CPX8000* | On information and belief, the CPX8000 product family was introduced by Motorola Computer Group in 1998. On information and belief, the *Motorola CPX8000* was offered for sale, sold, and/or publicly known before the priority date of the '021 Patent. | C-6 |
| *Ketris 9000* | On information and belief, the *Ketris 9000* system was publicly known, sold, and offered for sale by May 2000. *See* Ziatech's New Ketris Family Offers Breakthrough Internet Data Center provisioning, Business Wire, May 1, 2000. On information and belief, the *Ketris 9000* was publicly displayed and publicly operated at the May 9-11, 2000 Interop Conference. *See* Technical Information for Exhibitors, Ketris Demo Network, Networld+Interop – Las Vegas 2000. On information and belief, the *Ketris 9000* was publicly displayed and publicly operated at the November 6-10, 2000 ISPCON'00 Conference. *See* ISPCON Fall 2000 Show Agenda, http://ispcon.com/archives/ISPCON-fall00/ agenda.asp; ISPCON Fall 2000 Exhibitor List, http://ispcon.com/archives/ISPCON-fall00/ ExhibitorList.asp. | C-7 |
| *RLX* | On information and belief, RLX Technologies, Christopher Hipp, Walter L. Johnston, Jr., Guy B. Irving, David M. Kirkeby, and/or Walter R. Otto made the invention in the United States before the | C-8 |

| System | System Information and Corroboration | Appendix # |
|---|---|---|
| | '021 Patent applicants' invention. On information and belief, RLX Technologies, Christopher Hipp, Guy B. Irving, David M. Kirkeby, and/or Walter R. Otto did not abandon, suppress, or conceal their invention. On information and belief, the *RLX* system was sold and offered for sale by RLX Technologies and/or Rocket Logix. | |
| *QuantumNet* | On information and belief, the *QuantumNet* system was offered for sale, sold, and/or publicly known before the priority date of the '021 Patent. | C-9 |
| *Chipcom* | On information and belief, the *Chipcom* system was offered for sale, sold, and/or publicly known before the priority date of the '021 Patent. | C-10 |
| *HP S-Series Server* | On information and belief, the *HP S-Series Server* system was offered for sale, sold, and/or publicly known before the priority date of the '021 Patent. | C-11 |
| *StorPoint NAS* | On information and belief, the Storpoint NAS 100 was offered for sale, sold, and publicly known by February 2000. *See* Jonathan Cragle, *Buyer's Guide Network Attached Storage*, Windows 2000 Magazine, 200-201 (Feb. 2000). *See* Jonathan Cragle, *Buyer's Guide Network Attached Storage*, Windows 2000 Magazine, 200-201 (Feb. 2000) | C-12 |
| *Starfire* | On information and belief, the *Starfire* system was offered for sale, sold, and/or publicly known before the priority date of the '021 Patent. | C-13 |
| *Ketris 2000* | On information and belief, the Ketris 2000 system was publicly known, sold, and offered for sale by May 2000. *See* Ziatech's New Ketris Family Offers Breakthrough Internet Data Center provisioning, | [2] |

---

[2] Dell has issued subpoenas to third parties, and may issue additional subpoenas to third parties, believed to have knowledge, documentation and/or corroborating evidence concerning some of the prior art listed in Tables 1 through 3 and/or additional prior art. In addition, Dell reserves the right to produce and rely on third party documents that are not yet produced, regarding which Dell is currently negotiating with third parties regarding confidentiality issues.

| System | System Information and Corroboration | Appendix # |
|--------|--------------------------------------|-----------|
|  | Business Wire, May 1, 2000. On information and belief, the *Ketris 2000* system was publicly displayed and publicly operated at the May 9-11, 2000 Interop Conference. *See* Technical Information for Exhibitors, Ketris Demo Network, Networld+Interop – Las Vegas 2000. On information and belief, the *Ketris 2000* system was publicly displayed and publicly operated at the November 6-10, 2000 ISPCON'00 Conference. *See* ISPCON Fall 2000 Show Agenda, http://ispcon.com/archives/ISPCON-fall00/ agenda.asp; ISPCON Fall 2000 Exhibitor List, http://ispcon.com/archives/ISPCON-fall00/ ExhibitorList.asp. On information and belief, the Ketris 2000 operated in substantially the same way as the Ketris 9000, and the Ketris 2000 included a chassis with hot-swappable server blades and hot-swappable power supply modules interconnected via a backplane. |  |

| System | System Information and Corroboration | Appendix # |
|--------|--------------------------------------|------------|
|        |                  |            |

| System | System Information and Corroboration | Appendix # |
|---|---|---|
| |  | |

| System | System Information and Corroboration | Appendix # |
|---|---|---|
| |  | |

| System | System Information and Corroboration | Appendix # |
|---|---|---|
| |  | |

**B.**     **State of the Art**

The technologies described and claimed in the '021 Patent were already well-known at the time of the alleged invention. *See, e.g.*, Appendices A-1 to A-42; B-1 to B-3; C-1 to C-12; *Ketris 2000*.

1.    Background discussion in the '021 Patent

According to the '021 Patent, the "invention generally relates to fault tolerant computer systems and, more specifically, to a system and method for enhancing fault tolerance and hot swapping in computer systems." '021 Patent at 1:14-17. The '021 Patent discloses that there were problems with prior art hot swapping, "as it requires trained personnel to insert and/or remove components from a computer system to minimize damages caused by pitting connectors of the components against connectors of the computer system." *Id.* at 39-44. In addition, the '021 Patent discusses the need for "enhancing fault tolerance":

> Another drawback is electrical noise which can adversely affect the performance of the computer system. The noise is caused by the change in current at the instance when connection is made between power pins of a component and corresponding elements of the computer system. The result is voltage transients in the computer system backplane that may cause loss of data, incorrect program execution and damage to delicate hardware components.

*Id.* at 1:44-52. The '021 Patent explains that "enhancing fault tolerance and hot swapping in computer systems" is needed to "reduce both the downtime of computer systems and the use of trained personnel to repair and/or maintain computer systems." *Id.* at 53-57. Key to the '021 Patent, "[e]ach of the hot swap connectors of the modules comprises pin connections arranged in a specific order." *Id.* at 2:14-15. In particular, the "ground pins of a hot swap connector are connected first to corresponding ground elements of a hot swap mating connector,

and the signal pins of the hot swap connector are connected last to corresponding signal elements of the hot swap mating connector so as to reduce brown outs in the computer network appliance." *Id.* at 2:16-23. "By connecting the pins in this fashion, the computer network appliance of the invention avoids brown outs, arching across pins and false grounds that can damage components in the computer network appliance." *Id.* at 4:19-24.

The '021 Patent purports to solve these problem, but others in the industry had already discovered and disclosed the same solutions.

### 2.    Certain claims have been found unpatentable

The Patent Trials and Appeals Board ("PTAB") found that Claims 1-4, 6-13, 18-20, and 30 of the '021 Patent are unpatentable. *Dell Inc. v. Acceleron, LLC.*, IPR2013-00440, Paper 41 (P.T.A.B. Dec. 22, 2014). Specifically, the PTAB found Claims 1-4, 6-9, 13 and 18-20 to be anticipated by *Hipp* '748 and Claims 10-12 and 30 to be obvious over the combination of *Hipp* '748 and *Gasparik*. On appeal, the Federal Circuit vacated and remanded that decision only with respect to Claims 3 and 20.[3] *Dell Inc. v. Acceleron, LLC*, 818 F.3d 1293, 1295 (Fed. Cir. 2016).

---

[3] On remand, the PTAB found that the Petition filed by Dell did not show Claims 3 and 20 to be unpatentable. *Dell Inc. v. Acceleron, LLC.*, IPR2013-00440, Paper 49 (P.T.A.B. Aug. 22, 2016). The unpatentability of Claim 3 remains the subject of a current Federal Circuit appeal.

Thus, Claims 1-2, 4, 6-13, 18-19, and 30 of the '021 Patent have been adjudicated to be invalid.

*Hipp '748* was filed on July 20, 2000, and issued on June 25, 2002, qualifying it as prior art to the '021 Patent under 35 U.S.C. § 102(e). *Hipp '748* was first considered by the United States Patent and Trademark Office ("USPTO") during the *Inter Partes* Review (IPR2013-00440) of the '021



FIG. 1

Patent. *Hipp '748* describes a technology within the same field as the '021 Patent—namely, modular servers. The PTAB found that *Hipp '748* discloses a web server chassis 38, shown in Figure 1, that includes hot-swappable web server processing cards 32, a switched network interface card 48, and hot-swappable power supplies 280, as well as a midplane 34 that allows the network interface cards and power supplies to be shared by the web server processing cards. *Dell Inc. v. Acceleron, LLC.*, IPR2013-00440, Paper 41 at 7-9 (P.T.A.B. Dec. 22, 2014). In addition, the PTAB found Claims 10-12 and 30, which recite a specific "connection order" for the pins in the claimed hot-swap connectors, unpatentable based on the combination of *Hipp '748* and *Gasparik*. *Id.* at 22 ("Patent Owner

does not dispute Petitioner's contentions regarding these claims specifically and, instead, relies on the arguments presented with respect to claim 1 for the patentability of claims 10–12, which we find unpersuasive for the reasons explained above. . . ."); *id.* at 22 ("Accordingly, Petitioner has established, based on a preponderance of the evidence, that claims 10–12 would have been obvious over the combined teachings of Hipp and Gasparik."); *id.* at 23 ("Petitioner cites Gasparik as teaching the remaining limitations of claim 30, which are directed to the connections between the various hot swap connector pins of the CPU modules and the hot swap connectors of the backplane board, and reasons that it would have been obvious to combine the teachings of Gasparik and Hipp. Pet. 31, 35–36. Patent Owner does not dispute Petitioner's contentions regarding these limitations of claim 30."); *id.* ("We have reviewed Petitioner's contentions and Patent Owner's response, and are persuaded that claim 30 would have been obvious over the combined teachings of Hipp and Gasparik.").

### 3.    Industry development of fault tolerant systems

Fault tolerance was not a new idea when the '021 Patent was filed. Indeed, by the priority date of the '021 Patent, this was a very crowded and well-developed field. Numerous companies, as described above in Table 3 (such as RLX Technologies, Ziatech Corp., and Sun Microsystems), had developed fault tolerant server systems including hot-swappable CPU, ethernet switch, and power modules

before the '021 Patent was filed. Each of these systems predated the filing date of the '021 Patent and included the features recited in the claims of the '021 Patent. Moreover, fault tolerant computing dates back to at least the 1960s, with the development of the fault-tolerant No. 1 ESS telecommunications switch by AT&T. Daniel P. Siewiorek and Robert S. Swarz, "Reliable Computer Systems Design and Evaluation," 3rd Ed., 524-528 (1998). Additionally, Tandem Computers introduced a fault-tolerant commercial system, the NonStop system, in 1976—more than 24 years before the '021 Patent was filed. *Id*. at 588.

4.    <u>Industry development of hot-swap capability</u>

Use of hot-swapping components in server systems was also well-known by the time the inventors filed the application for the '021 Patent. For example, *Dellacona*, filed in May 1998, discloses a server system with "hot swappable components connected to a midplane connector." *Dellacona*, at 1:9-10; *id.* at 2:66-3:9 ("The invention accordingly provides for an information server system having a scalable, modular, fault tolerant, hot swappable architecture of a plurality of components for interfacing with a computer network such as the Internet, comprising a central processing unit, a communications interface subsystem connected to the central processing unit, a mass storage subsystem connected to the central processing unit, and a diagnostics computer subsystem connected to the central processing unit for monitoring when one of the plurality of components of

the information server system is removed or added."). *Compact PCI Specification*, released in May 1998, set forth industry standards for hot-swap connectors including the specification of a staged connector with different pin lengths. *Compact PCI Specification*, at 7-9, 28-30. Additionally, hot swappable connectors with three and four stages of pin connections that correspond to varying pin lengths were well-known. *See, e.g.*, U.S. Patent No. 5,210,855 by Thomas M. Bartol, at Fig. 5, 77:58–8:24; *Gasparik*, at Fig. 3, 4:23–42; *Aldridge*, at 4:11-5:9, 7:11-20.

5.    <u>Industry development of internal system polling</u>

Internal polling of devices inside the system was also well-known by the time the inventors filed the '021 Patent. *See, e.g.*, *Dellacona*, at Abstract ("An integrated diagnostics monitoring subsystem eliminates the incompatability [sic] problems previously associated with performing diagnostics of the server system."); *id.* at 3:60-4:7 ("In another preferred aspect, the diagnostics computer subsystem is connected to a plurality of temperature sensors that are provided to monitor temperature zones throughout the information server system. . . . In yet another preferred aspect, the information server system comprises a power supply, and the diagnostics computer subsystem is connected to the power supply for monitoring the electronic signature of the power supply."); *see also id.* at 6:57-7:8. Specifically, it was well-known to poll modules in a server chassis in order to obtain status information. *See, e.g.*, *Jackson* at 5:57–64 ("The management

circuitry associated with each engine blade allows for efficient management and control of the scalable engine outside of the I/O network of the server engine. This circuitry reports status and error conditions, controls power up and power down operations by emulating the standard ATX power management protocol and communicates with an agent executing on the processor in the motherboard.").

6.    <u>Industry development of communication filtering</u>

Ethernet switches that filter communications were also well-known by the time the inventors filed the '021 Patent. *See, e.g.*, *Haddock*, at 1:18-23, 1:40-44, 4:19-33; 10:22-36. It was known that such switches could "reduce or completely eliminate collisions, depending on the design." *Feuerstraeter*, at 4:40-65. The general purpose of Ethernet switches included reducing congestion by segmenting communications traffic into different local area networks (LANs) to avoid collisions. *See, e.g.*, *Haddock*, at 1:40–65. Furthermore, Ethernet switches were already included in servers. *See, e.g.*, *Hipp '748*, at Figure 1 (item 42), 4:26-5:62; *Ketris 9000 Datasheet* at 3 ("The Ketris 9000 is housed in a 9U/19-inch rack-mount enclosure supporting up to 16 independent Server Blades, each paired with a rear-mounted Media Blade. The chassis also supports six power supplies, four 20-port Ethernet Switch Blades, and a front-mount fan tray assembly set. The midplane utilizes a telecom-style CompactPCI bus connector.").

7.    Industry development of standard enabling remote boot

Remote booting was also well-known by the time the inventors filed the '021 Patent. On September 20, 1999, Intel Corporation promulgated the *PXE Specification* that standardized a protocol for remote booting over a network. *PXE Specification*, at 1. The *PXE Specification* expressly sought to "establish a common and consistent set of pre-boot services" to allow a computer system to have the ability for "[r]emote network boot." *PXE Specification*, at 6. "In instances where the client machine has no local storage, it can download its system software image from the server. . . ." *Id.* These services would be implemented either by "the BIOS or a downloaded NBP" (Network Bootstrap Program). *Id.* at 11. The software image is stored in a boot server on the network. *Id.* at 10 ("The client then discovers a Boot Server of the type selected and receives the name of an executable file on the chosen Boot Server. The client uses TFTP to download the executable from the Boot Server."); *see also id.* at 13, 17-18, 21, 99-101.

### C.    Disclosure of Invalidity Due to Anticipation

Prior art references anticipating one or more of the Asserted Claims are listed in Table 4 below. A full citation to each reference is found above in Tables 1-3, along with the "Short Name" used to identify each reference throughout these Invalidity Contentions, including in the claim charts of Appendices A-C. The Tables identify the reference and the chart in Appendices A-C that identifies

specific examples of where each limitation of the Asserted Claims is found in that reference.

The prior art cited in Table 4 is illustrative and not exhaustive. Further, the claim charts in Appendices A-C provide illustrative citations to where each element may be found in the prior art references. The cited references may contain other disclosures of each claim element as well, and Dell reserves the right to argue any claim limitations of the Asserted Claims are disclosed in non-cited portions of these references.

The Asserted Claims are 3, 14-17, 20, 22-24, and 34-36. Dell asserts that all preambles of the Asserted Claims are limiting.

**Table 4: References Anticipating at Least one Asserted Claim**

| Appendix | Prior Art | Asserted Claims |
|----------|-----------|-----------------|
| A-7 | *Gallagher* | 3, 14, 15, 20, 22, 24, 34-36 |
| A-18 | *Papa* | 3 |
| A-19 | *Hipp '636* | 22-24 |
| A-20 | *Hipp '506* | 22-24 |
| A-29 | *Hipp '878* | 22-24 |
| A-30 | *Hipp '748* | 22-24 |
| A-34 | *Hipp '967* | 22-24 |
| A-33 | *Bottom '895* | 3, 20, 22-24 |

| Appendix | Prior Art | Asserted Claims |
|---|---|---|
| A-35 | *Fung* | 3, 15, 17, 20, 22-24 |
| A-36 | *Bottom '786* | 3, 20, 22-24 |
| A-37 | *Rumney* | 3 |
| A-38 | *Nouri* | 20, 22, 23 |
| C-1 | *Xyplex Network 9000* | 3, 14-17, 20, 22-24, 34-36 |
| C-2 | *Sun Netra* | 3, 14-17, 20, 22-24, 34-36 |
| C-3 | *HP 9000 Superdome* | 3, 14-17, 20, 22-24 |
| C-4 | *Cubix Density* | 3, 14-17, 20, 22-24 |
| C-5 | *Proliant 8500* | 3, 14-17, 20, 22-24, 34-36 |
| C-6 | *Motorola CPX8000* | 3, 14-17, 20, 22-23, 34-36 |
| C-7 | *Ketris 9000* | 3, 14-17, 20, 22-24, 34-36 |
| C-8 | *RLX* | 3, 14-17, 20, 22-24, 34-36 |
| C-9 | *QuantumNet* | 3, 14-17, 20, 22-24 |
| C-10 | *Chipcom* | 3, 14-17, 20, 22-24 |
| C-11 | *HP S-Series Server* | 3, 14-17, 20, 22-24, 34-36 |
| C-13 | *Starfire* | 3, 14, 20, 22-24 |

## D.    Disclosure of Invalidity Due to Obviousness

Subject to the reservation of rights above and based on contentions advanced by Plaintiff in its Infringement Contentions, the prior art references listed in Table

4 and charted in Appendices A-C each anticipate the Asserted Claims. Prior art references rendering the Asserted Claims obvious, alone or in combination with other references, are outlined below and listed in Table 5.

Moreover, to the extent a reference is found not to anticipate, the reference renders the Asserted Claims obvious either alone or in combination with one or more of the other references identified herein. As explained herein and/or in the accompanying charts, it would have been obvious to a person of skill in the art at the time of the alleged invention of the Asserted Claims ("POSITA") to combine the various references cited herein so as to teach or suggest the Asserted Claims. As further explained herein and/or in the accompanying charts, it would have been obvious to a POSITA that the Asserted Claims are obvious so as to teach or suggest the Asserted Claims.

Dell reserves the right to rely on any combination of any prior art references disclosed herein. Dell further reserves the right to rely upon combinations disclosed within the prosecution history of the references cited herein. These obviousness combinations reflect Dell's present understanding of the potential scope of the claims that Plaintiff appears to be advocating and should not be seen as Dell's acquiescence to Plaintiff's interpretation of the patent claims.

**Table 5: References Rendering Obvious at Least one Asserted Claim**

| Prior Art | Asserted Claim |
|---|---|
| *Gallagher* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | 3 |
| *Papa* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *Bottom '895* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series* | |

| Prior Art | Asserted Claim |
|---|---|
| *Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Fung* combined with the knowledge of a POSITA, and/or in view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Bottom '786* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Rumney* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola* | |

| Prior Art | Asserted Claim |
|---|---|
| *CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet, Chipcom, Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki*, or *Aldridge*<br><br>*Xyplex Network 9000* combined with the knowledge of a POSITA, and/or in view of *Fung, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Jackson, Creason, Silverman, Wong, Pallotti, Papa, Manweiler, Kikinis, Treiber, Kociecki, Heath, Sun Netra, Superdome, Cubix Density, Proliant 8500, Motorola CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet, Chipcom, Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki*, or *Aldridge*<br><br>*Sun Netra* combined with the knowledge of a POSITA, and/or in view of *Fung, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Jackson, Creason, Silverman, Wong, Pallotti, Papa, Manweiler, Kikinis, Treiber, Kociecki, Heath, Xyplex Network 9000, HP 9000 Superdome, Cubix Density, Proliant 8500, Motorola CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet, Chipcom, Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki*, or *Aldridge*<br><br>*HP 9000 Superdome* combined with the knowledge of a POSITA, and/or in view of *Fung, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Jackson, Creason, Silverman, Wong, Pallotti, Papa, Manweiler, Kikinis, Treiber, Kociecki, Heath, Xyplex Network 9000, Sun Netra, Cubix Density,* | |

| Prior Art | Asserted Claim |
|---|---|
| *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Cubix Density* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Proliant 8500* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Motorola CPX8000* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000* | |

| Prior Art | Asserted Claim |
|---|---|
| *Superdome*, *Cubix Density*, *Proliant 8500*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Ketris 9000* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Ketris 2000* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*RLX* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix* | |

| Prior Art | Asserted Claim |
|---|---|
| *Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*QuantumNet* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Chipcom* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*HP S-Series Server* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000* | |

| Prior Art | Asserted Claim |
|---|---|
| *Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, or *Chipcom*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Starfire combined with the knowledge of a POSITA, and/or in view of Fung, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Jackson, Creason, Silverman, Wong, Pallotti, Papa, Manweiler, Kikinis, Treiber, Kociecki, Heath, Xyplex Network 9000, Sun Netra, HP 9000 Superdome, Cubix Density, Proliant 8500, Motorola CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet, HP S-Series Server* or *Chipcom*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *Gallagher* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Xyplex Network 9000* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, | 14 |

| Prior Art | Asserted Claim |
|---|---|
| *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *Sun Netra* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *HP 9000 Superdome* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *Cubix Density* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *Proliant 8500* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, | |

| Prior Art | Asserted Claim |
|---|---|
| *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Motorola CPX8000* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Ketris 9000 combined* with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Ketris 2000 combined* with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*RLX* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris* | |

| Prior Art | Asserted Claim |
|---|---|
| *9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *QuantumNet* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *Chipcom* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *HP S-Series Server* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *Starfire* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Sheikh*, *Rumney*, *Nouri*, or *Golden*, and/or in further view of *Kornfeld* or | |

| Prior Art | Asserted Claim |
|---|---|
| *StorPoint NAS*, and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki*, or *Aldridge* | |
| *Gallagher* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967*, or *Golden, Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki*, or *Aldridge*<br><br>*Fung* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967*, or *Golden, Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki*, or *Aldridge*<br><br>*Xyplex Network 9000* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967*, or *Golden, Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki*, or *Aldridge*<br><br>*Sun Netra* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967*, or *Golden, Heath* and/or in further view of *Kornfeld* or | 15, 16, 17 |

| Prior Art | Asserted Claim |
|---|---|
| *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *HP 9000 Superdome* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *Cubix Density* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *Proliant 8500* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *Motorola CPX8000* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or | |

| Prior Art | Asserted Claim |
|---|---|
| *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Ketris 9000 combined* with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Ketris 2000 combined* with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*RLX* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*QuantumNet* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or |  |

| Prior Art | Asserted Claim |
|---|---|
| *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Chipcom* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*HP S-Series Server* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Starfire* combined with the knowledge of a POSITA, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *Gallagher* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '895*, *Jackson*, *Creason*, *Golden*, *Wong*, *Burckartt*, | 20, 22, 23 |

| Prior Art | Asserted Claim |
|---|---|
| *Dubreuil, Rumney, Sheikh, Nouri, Reynolds, Wallach, Xyplex Network 9000, Sun Netra, HP 9000 Superdome, Cubix Density, Proliant 8500, Motorola CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet, Chipcom, Starfire,* or *HP S-Series Server,* and/or in further view of *Gasparik, Wong, Bowman, Compact PCI Specification, Husak, Goodrich,* or *Aldridge,* and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki,* or *Aldridge*<br><br>*Bottom '895* combined with the knowledge of a POSITA, and/or in view of *Fung, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Bottom '895, Jackson, Creason, Golden, Wong, Burckartt, Dubreuil, Rumney, Sheikh, Nouri, Reynolds, Wallach, Xyplex Network 9000, Sun Netra, HP 9000 Superdome, Cubix Density, Proliant 8500, Motorola CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet, Chipcom, Starfire,* or *HP S-Series Server,* and/or in further view of *Gasparik, Wong, Bowman, Compact PCI Specification, Husak, Goodrich,* or *Aldridge,* and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki,* or *Aldridge*<br><br>*Fung* combined with the knowledge of a POSITA, and/or in view of *Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Jackson, Creason, Golden, Silverman, Wong, Pallotti, Papa, Manweiler, Kikinis, Treiber, Kociecki, Heath, Burckhartt, Dubreuil, Xyplex Network 9000, Sun Netra, HP 9000 Superdome, Cubix Density, Proliant 8500, Motorola CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet, Chipcom, Starfire,* or *HP S-Series Server,* and/or in further view of *Gasparik, Wong,* | |

| Prior Art | Asserted Claim |
|---|---|
| *Bowman, Compact PCI Specification, Husak, Goodrich,* or *Aldridge,* and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki,* or *Aldridge*<br><br>*Bottom '786* combined with the knowledge of a POSITA, and/or in view of *Fung, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Bottom '895, Jackson, Creason, Golden, Wong, Burckartt, Dubreuil, Rumney, Sheikh, Nouri, Reynolds, Wallach, Xyplex Network 9000, Sun Netra, HP 9000 Superdome, Cubix Density, Proliant 8500, Motorola CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet, Chipcom, Starfire,* or *HP S-Series Server,* and/or in further view of *Gasparik, Wong, Bowman, Compact PCI Specification, Husak, Goodrich,* or *Aldridge,* and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki,* or *Aldridge*<br><br>*Nouri* combined with the knowledge of a POSITA, and/or in view of *Fung, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Bottom '895, Jackson, Creason, Golden, Wong, Burckartt, Dubreuil, Rumney, Sheikh, Nouri, Reynolds, Wallach, Xyplex Network 9000, Sun Netra, HP 9000 Superdome, Cubix Density, Proliant 8500, Motorola CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet, Chipcom, Starfire,* or *HP S-Series Server,* and/or in further view of *Gasparik, Wong, Bowman, Compact PCI Specification, Husak, Goodrich,* or *Aldridge,* and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki,* or *Aldridge*<br><br>*Xyplex Network 9000* combined with the knowledge of a POSITA, and/or in view of *Fung, Hipp '748,* | |

| Prior Art | Asserted Claim |
|---|---|
| *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '895*, *Jackson*, *Creason*, *Golden*, *Wong*, *Burckartt*, *Dubreuil*, *Rumney*, *Sheikh*, *Nouri*, *Reynolds*, *Wallach*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Gasparik*, *Wong*, *Bowman*, *Compact PCI Specification*, *Husak*, *Goodrich*, or *Aldridge*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* <br><br> *Sun Netra* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '895*, *Jackson*, *Creason*, *Golden*, *Wong*, *Burckartt*, *Dubreuil*, *Rumney*, *Sheikh*, *Nouri*, *Reynolds*, *Wallach*, *Xyplex Network 9000*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Gasparik*, *Wong*, *Bowman*, *Compact PCI Specification*, *Husak*, *Goodrich*, or *Aldridge*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* <br><br> *HP 9000 Superdome* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '895*, *Jackson*, *Creason*, *Golden*, *Wong*, *Burckartt*, *Dubreuil*, *Rumney*, *Sheikh*, *Nouri*, *Reynolds*, *Wallach*, *Xyplex Network 9000*, *Sun Netra*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further | |

| Prior Art | Asserted Claim |
|---|---|
| view of *Gasparik, Wong, Bowman, Compact PCI Specification, Husak, Goodrich,* or *Aldridge,* and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki,* or *Aldridge*<br><br>*Cubix Density* combined with the knowledge of a POSITA, and/or in view of *Fung, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Bottom '895, Jackson, Creason, Golden, Wong, Burckartt, Dubreuil, Rumney, Sheikh, Nouri, Reynolds, Wallach, Xyplex Network 9000, Sun Netra, HP 9000 Superdome, Proliant 8500, Motorola CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet, Chipcom, Starfire,* or *HP S-Series Server,* and/or in further view of *Gasparik, Wong, Bowman, Compact PCI Specification, Husak, Goodrich,* or *Aldridge,* and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki,* or *Aldridge*<br><br>*Proliant 8500* combined with the knowledge of a POSITA, and/or in view of *Fung, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Bottom '895, Jackson, Creason, Golden, Wong, Burckartt, Dubreuil, Rumney, Sheikh, Nouri, Reynolds, Wallach, Xyplex Network 9000, Sun Netra, HP 9000 Superdome, Cubix Density, Motorola CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet, Chipcom, Starfire,* or *HP S-Series Server,* and/or in further view of *Gasparik, Wong, Bowman, Compact PCI Specification, Husak, Goodrich,* or *Aldridge,* and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki,* or *Aldridge*<br><br>*Motorola CPX8000* combined with the knowledge of a POSITA, and/or in view of *Fung, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Bottom* | |

| Prior Art | Asserted Claim |
|---|---|
| *'895, Jackson, Creason, Golden, Wong, Burckartt, Dubreuil, Rumney, Sheikh, Nouri, Reynolds, Wallach, Xyplex Network 9000, Sun Netra, HP 9000 Superdome, Cubix Density, Proliant 8500, Ketris 9000, Ketris 2000, RLX, QuantumNet, Chipcom, Starfire,* or *HP S-Series Server,* and/or in further view of *Gasparik, Wong, Bowman, Compact PCI Specification, Husak, Goodrich,* or *Aldridge,* and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki,* or *Aldridge* | |
| *Ketris 9000 combined* with the knowledge of a POSITA, and/or in view of *Fung, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Bottom '895, Jackson, Creason, Golden, Wong, Burckartt, Dubreuil, Rumney, Sheikh, Nouri, Reynolds, Wallach, Xyplex Network 9000, Sun Netra, HP 9000 Superdome, Cubix Density, Proliant 8500, Motorola CPX8000, RLX, QuantumNet, Chipcom, Starfire,* or *HP S-Series Server,* and/or in further view of *Gasparik, Wong, Bowman, Compact PCI Specification, Husak, Goodrich,* or *Aldridge,* and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki,* or *Aldridge* | |
| *Ketris 2000 combined* with the knowledge of a POSITA, and/or in view of *Fung, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Bottom '895, Jackson, Creason, Golden, Wong, Burckartt, Dubreuil, Rumney, Sheikh, Nouri, Reynolds, Wallach, Xyplex Network 9000, Sun Netra, HP 9000 Superdome, Cubix Density, Proliant 8500, Motorola CPX8000, RLX, QuantumNet, Chipcom, Starfire,* or *HP S-Series Server,* and/or in further view of *Gasparik, Wong, Bowman, Compact PCI Specification, Husak, Goodrich,* or *Aldridge,* and/or | |

| Prior Art | Asserted Claim |
|---|---|
| in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* <br><br> *RLX* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '895*, *Jackson*, *Creason*, *Golden*, *Wong*, *Burckartt*, *Dubreuil*, *Rumney*, *Sheikh*, *Nouri*, *Reynolds*, *Wallach*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Gasparik*, *Wong*, *Bowman*, *Compact PCI Specification*, *Husak*, *Goodrich*, or *Aldridge*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* <br><br> *QuantumNet* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '895*, *Jackson*, *Creason*, *Golden*, *Wong*, *Burckartt*, *Dubreuil*, *Rumney*, *Sheikh*, *Nouri*, *Reynolds*, *Wallach*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Gasparik*, *Wong*, *Bowman*, *Compact PCI Specification*, *Husak*, *Goodrich*, or *Aldridge*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* <br><br> *Chipcom* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '895*, *Jackson*, *Creason*, *Golden*, *Wong*, *Burckartt*, *Dubreuil*, *Rumney*, *Sheikh*, *Nouri*, *Reynolds*,  | |

| Prior Art | Asserted Claim |
|---|---|
| *Wallach*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Gasparik*, *Wong*, *Bowman*, *Compact PCI Specification*, *Husak*, *Goodrich*, or *Aldridge*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*HP S-Series Server* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '895*, *Jackson*, *Creason*, *Golden*, *Wong*, *Burckartt*, *Dubreuil*, *Rumney*, *Sheikh*, *Nouri*, *Reynolds*, *Wallach*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, or *Chipcom*, *Starfire*, and/or in further view of *Gasparik*, *Wong*, *Bowman*, *Compact PCI Specification*, *Husak*, *Goodrich*, or *Aldridge*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Starfire* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '895*, *Jackson*, *Creason*, *Golden*, *Wong*, *Burckartt*, *Dubreuil*, *Rumney*, *Sheikh*, *Nouri*, *Reynolds*, *Wallach*, *Xyplex Network 9000*, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *HP S-Series Server*, or *Chipcom*, *Starfire*, and/or in further view of *Gasparik*, *Wong*, *Bowman*, *Compact PCI Specification*, *Husak*, *Goodrich*, or *Aldridge*, and/or in further view of *Ketris 9000*, *Ketris 2000*, | |

| Prior Art | Asserted Claim |
|---|---|
| *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |
| *Gallagher* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Hipp '636* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Hipp '506* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, | 24 |

| Prior Art | Asserted Claim |
|---|---|
| *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Hipp '878* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, HP 9000 Superdome, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Hipp '748* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, HP 9000 Superdome, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Hipp '967* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, HP 9000 Superdome, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Bottom '895* combined with the knowledge of a | |

| Prior Art | Asserted Claim |
|---|---|
| POSITA, and/or in view of *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Fung* combined with the knowledge of a POSITA, and/or in view of *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Bottom '786* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Xyplex Network 9000* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, | |

| Prior Art | Asserted Claim |
|---|---|
| *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Sun Netra* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*HP 9000 Superdome* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Cubix Density* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *HP 9000 Superdome*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, | |

| Prior Art | Asserted Claim |
|---|---|
| *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Proliant 8500* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Motorola CPX8000* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Ketris 9000*, *Ketris 2000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Ketris 9000 combined* with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, | |

| Prior Art | Asserted Claim |
|---|---|
| *Kociecki*, or *Aldridge*<br><br>*Ketris 2000 combined* with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *RLX*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*RLX* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *QuantumNet*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*QuantumNet* combined with the knowledge of a POSITA, and/or in view of *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, *Feuerstraeter*, Xyplex Network 9000, *Sun Netra*, *HP 9000 Superdome*, *Cubix Density*, *Proliant 8500*, *Motorola CPX8000*, *Ketris 9000*, *Ketris 2000*, *RLX*, *Chipcom*, *Starfire*, or *HP S-Series Server*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Chipcom* combined with the knowledge of a | |

| Prior Art | Asserted Claim |
|---|---|
| POSITA, and/or in view of *Fung, Bottom '895, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Bottom '786, Golden, Haddock, Feuerstraeter,* Xyplex Network 9000, *Sun Netra, HP 9000 Superdome, Cubix Density, Proliant 8500, Motorola CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet, Starfire,*or *HP S-Series Server,* and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki,* or *Aldridge* <br><br> *HP S-Series Server* combined with the knowledge of a POSITA, and/or in view of *Fung, Bottom '895, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Bottom '786, Golden, Haddock, Feuerstraeter, Xyplex Network 9000 , Sun Netra, HP 9000 Superdome, Cubix Density, Proliant 8500, Motorola CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet,* or *Chipcom,* and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki,* or *Aldridge* <br><br> *Starfire* combined with the knowledge of a POSITA, and/or in view of *Fung, Bottom '895, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Bottom '786, Golden, Haddock, Feuerstraeter, Xyplex Network 9000 , Sun Netra, HP 9000 Superdome, Cubix Density, Proliant 8500, Motorola CPX8000, Ketris 9000, Ketris 2000, RLX, QuantumNet, HP S-Series Server,* or *Chipcom,* and/or in further view of *Ketris 9000, Ketris 2000, Chipcom, Motorola CPX8000, Bottom '895, Wong, Pallotti, Goodrich, Hayward, Kociecki,* or *Aldridge* | |
| *Gallagher* combined with the knowledge of a POSITA, *Gasparik,* and/or *Compact PCI Specification,* and/or in further view of *PXE* | 34, 35, 36 |

| Prior Art | Asserted Claim |
|---|---|
| *Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Xyplex Network 9000* combined with the knowledge of a POSITA, *Gasparik*, and/or *Compact PCI Specification*, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Sun Netra* combined with the knowledge of a POSITA, *Gasparik*, and/or *Compact PCI Specification*, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Cubix Density* combined with the knowledge of a POSITA, *Gasparik*, and/or *Compact PCI Specification*, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, | |

| Prior Art | Asserted Claim |
|---|---|
| *Kociecki*, or *Aldridge*<br><br>*Proliant 8500* combined with the knowledge of a POSITA, *Gasparik*, and/or *Compact PCI Specification*, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Motorola CPX8000* combined with the knowledge of a POSITA, *Gasparik*, and/or *Compact PCI Specification*, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Ketris 9000* combined with the knowledge of a POSITA, *Gasparik*, and/or *Compact PCI Specification*, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Ketris 2000* combined with the knowledge of a POSITA, *Gasparik*, and/or *Compact PCI Specification*, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, | |

| Prior Art | Asserted Claim |
|---|---|
| *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*RLX* combined with the knowledge of a POSITA, *Gasparik*, and/or *Compact PCI Specification*, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*QuantumNet* combined with the knowledge of a POSITA, *Gasparik*, and/or *Compact PCI Specification*, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Chipcom* combined with the knowledge of a POSITA, *Gasparik*, and/or *Compact PCI Specification*, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |

| Prior Art | Asserted Claim |
|---|---|
| *HP S-Series Server* combined with the knowledge of a POSITA, *Gasparik*, and/or *Compact PCI Specification*, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge*<br><br>*Starfire* combined with the knowledge of a POSITA, *Gasparik*, and/or *Compact PCI Specification*, and/or in further view of *PXE Specification*, and/or in further view of *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, or *Golden*, *Heath* and/or in further view of *Kornfeld* or *StorPoint NAS*, and/or in further view of *Ketris 9000*, *Ketris 2000*, *Chipcom*, *Motorola CPX8000*, *Bottom '895*, *Wong*, *Pallotti*, *Goodrich*, *Hayward*, *Kociecki*, or *Aldridge* | |

## E.    Motivation/Reasons to Combine

To the extent not anticipated, the Asserted Claims represent no more than the result of ordinary innovation over the prior art. Dell further believes that no showing of a specific motivation to combine prior art is required to combine the references disclosed above and in the attached charts, as each combination of art would have no unexpected results, and at most would simply represent a known alternative to one of skill in the art. *See KSR Int'l Co. v. Teleflex, Inc.*, 127 S. Ct. 1727, 1739-40 (2007) (rejecting the Federal Circuit's "rigid" application of the

teaching, suggestion, or motivation to combine test, instead espousing an "expansive and flexible" approach). Indeed, the Supreme Court held that a person of ordinary skill in the art is "a person of ordinary creativity, not an automaton" and "in many cases a person of ordinary skill in the art will be able to fit the teachings of multiple patents together like pieces of a puzzle." *Id*. at 1742. Nevertheless, in addition to the information contained in the section immediately above and elsewhere in these contentions, Dell hereby identifies motivation and reason to combine the cited art.

One or more combinations of the prior art references identified above would have been obvious because these references would have been combined using: known methods to yield predictable results; known techniques in the same way; a simple substitution of one known, equivalent element for another to obtain predictable results; and/or a teaching, suggestion, or motivation in the prior art generally. In addition, it would have been obvious to try combining the prior art references identified above because there were only a finite number of predictable solutions and/or because known work in one field of endeavor prompted variations based on predictable design incentives and/or market forces either in the same field or a different one. In addition, the combination of the prior art references identified above would have been obvious because the combination represents the known potential options with a reasonable expectation of success.

Additional evidence that there would have been a motivation to combine the prior art references identified above includes the interrelated teachings of multiple prior art references; the effects of demands known to the design community or present in the marketplace; the existence of a known problem for which there was an obvious solution encompassed by the Asserted Claims; the existence of a known need or problem in the field of the endeavor at the time of the invention(s); and the background knowledge that would have been possessed by a person having ordinary skill in the art.

Thus, the motivation to combine the teachings of the prior art references disclosed herein is found in the references themselves and: (1) the nature of the problem being solved, (2) the express, implied and inherent teachings of the prior art, (3) the knowledge of persons of ordinary skill in the art, and (4) the predictable results obtained in combining the different elements of the prior art.

Any reference or combination of references that anticipates or makes obvious an asserted independent claim also makes obvious any Asserted Claim dependent on that independent claim because every element of each dependent claim was known by a person of ordinary skill at the time of the alleged invention, and it would have been obvious to combine those known elements with the independent claims at least as a matter of common sense and routine innovation. For example, caddies providing air flow from the front to the rear of a chassis,

BIOS for configuring a CPU module and instructing a network attached storage to locate an operating system from which to boot, removing hard disk drives from server chassis, increasing server reliability, decreasing server repair time, polling a CPU module to determine the status of the OS, and remotely resetting a CPU module if the OS crashes were all well known in the art at the time of the alleged invention. Accordingly, Dell contends that each Asserted Claim would have been rendered obvious not only by each reference individually, but also by the combinations explicitly defined in these contentions and by any other combination of references identified in these Contentions.

Numerous prior art references, including those identified above, reflect common knowledge and the state of the art prior to the priority date of the '021 Patent. As it would be unduly burdensome to create detailed claim charts for the thousands of invalidating combinations, Dell has provided illustrative examples of such invalidating combinations below and in Exhibits D-1–12. For at least the reasons described above and below in the examples provided as well as in the attached claim charts, it would have been obvious to one of ordinary skill in the art to combine any of a number of prior art references, including any combination of those identified in Exhibits D-1–12, to meet the limitations of the Asserted Claims. As such, Dell's inclusion of exemplary combinations does not preclude Dell from identifying other invalidating combinations as appropriate.

It would be obvious to one of skill in the art to consult any of the prior art listed in Sections III.A, above, because all of these references relate to the same area of technology and/or are from analogous art. More specifically, the prior art listed in Sections III.A relate to one or more of the following inter-related technologies:

- Modular servers;

- CPU modules in servers;

- Power modules in servers;

- Ethernet switch modules in servers;

- Hot swappable modules for use in servers;

- Hot swap connectors;

- Pin length in hot swap connectors;

- Backplane boards with hot swap mating connectors;

- Interconnecting server modules to share power and ethernet switch modules among CPU modules;

- Polling server modules using a microcontroller;

- Limiting collisions between communications traffic;

- Caddies for modules in servers; and

- Remote booting from a network attached storage (NAS).

The Asserted Claims only unite old elements, well known in the field, with no change in their respective function. Given the interrelated teachings of the prior art, the effects of demands known to the design community or present in the

marketplace, and the background knowledge possessed by a person having ordinary skill in the art, it would have been obvious for one of ordinary skill in the art to combine these familiar elements, disclosed and/or embodied in the prior art listed above, to practice the Asserted Claims.

The Asserted Claims would have been obvious in view of various combinations of the references listed in Section III.A. As evident from the claim charts attached as Exhibits A-1–42, B-1–3, and C-1–13, the prior art listed in Section III.A includes significant interrelated teachings regarding such technologies as CPU modules (including but not limited to hot-swappable CPU modules, independently-functioning CPU modules, and stand-alone CPU modules), power modules (including but not limited to hot-swappable power modules, AC-DC power modules, and DC-DC power modules), ethernet switch modules (including but not limited to hot-swappable ethernet switch modules and modules that filter communications to limit collisions caused by communications traffic), backplane boards (including but not limited to hot swap mating connectors and interconnecting server modules to allow sharing of power and ethernet switch modules), polling server modules (including but not limited to polling CPU modules, power supply modules, and ethernet switch modules and polling the status of an operating system), remotely booting CPU modules (including but not limited to locating an operating system and booting from a NAS), and caddies

(including but not limited to providing air flow in a server chassis). These interrelated teachings would have motivated a person of ordinary skill in the art to combine the prior art references listed in Section III.A. A more particular discussion of the relation between the charted prior art references is provided below.

**Hot-Swappable CPU Module References.** Several of the prior art references listed in Section III.A relate to hot-swappable CPU modules. For example, at least the *Ketris 9000* and *Ketris 2000* systems, *RLX* system, *Sun Netra* system, *QuantumNet* system, *Chipcom* system, *Xyplex Network 9000* system, *ProLiant 8500* system, *Cubix Density* system, *HP 9000 SuperDome* system, *Fung*, *Bottom '895*, *Gasparik*, *Gallagher*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Bottom '786*, *Creason*, *Silverman*, *Golden*, *Wong*, *Pallotti*, *Reynolds*, *Chen*, *Gallagher*, *Papa*, *Tavallaei*, *Manweiler*, *Shikoku*, *Treiber*, *Dellacona*, *Rumney*, *Sheikh*, *Nouri*, and *Wallach* references (i.e., "Hot-Swappable CPU Module References") explicitly disclose one or more hot-swappable CPU modules.

For example, the *Ketris 9000* and *Ketris 2000* systems were modular servers introduced in early 2000 by the Ziatech Corporation. The *Ketris 9000* and *Ketris 2000* systems were rack mounted enclosures that supported up multiple independent server blades. *See, e.g.*, *Ketris 9000 Datasheet* at 3. The enclosures

also supported multiple power supplies, ethernet switch blades, and a fan tray assembly. *Id*. The components in the chassis were connected to a midplane using Compact PCI connectors. *Id*. Each server blade had a CPU and was hot-swappable. *See, e.g.*, *id*. at 2. Each server blade also included a Compact PCI connector that connected with a hot swap mating connector on the midplane of the *Ketris 9000* and *Ketris 2000* server chassis. *See, e.g.*, *Ketris 9000 System Hardware Manual* at 14.

As another example, the *RLX* system was developed by RLX Technologies, Inc. The chassis housed 24 server blades, three network cards, and two power supplies. *See, e.g.*, *Power Consumption* at 13. Each server blade, as well as the power supplies and network cards, was hot-swappable. *See, e.g.*, *id*. at 21.

As a further example, *Hipp '748* is a patent issued to RLX Technologies, Inc., a company founded in 1999 that manufactured the *RLX* system. *Hipp '748* was filed in July 20, 2000 and issued on June 25, 2002. *Hipp '748* discloses a web server chassis that includes hot-swappable web server processing cards, a switched network interface card, and hot-swappable power supplies. *See, e.g.*, *Hipp '748* at 3:42–47, 3:54–64, Fig. 1. The components are connected to a midplane to allow the power supplies and network interface cards to be shared among the web server processing cards. *See, e.g.*, *id*. at 2:56–58, 3:45, 16:62–64. The web server processing cards include a CPU and may be configured to provide individual

server capacity or may be clustered. *See, e.g.*, *id.* at 8:6–10, 18:48–51. Each web server processing card is hot-swappable. *See, e.g.*, *id.* at 18:48–51.

As additional examples, *Hipp '636*, *Hipp '878*, *Hipp '506*, and *Hipp '967* disclose a server chassis including hot-swappable web server cards having CPUs. *See, e.g.*, *Hipp '636* at 18:45–53, 7:57–8:10; *Hipp '878* at 18:51–59, 7:57–8:10; *Hipp '506* at 18:27–35, 7:51–8:5; *Hipp '967* at 18:65–19:6, 8:14–34. Each web server card can be configured to operate independently. *See, e.g.*, *Hipp '636* at 6:47–54; *Hipp '878* at 6:61–67; *Hipp '506* at 6:44–51; *Hipp '967* at 7:5–12.

Other examples of Hot-Swappable CPU Module References include *Sun Netra* system, *QuantumNet* system, *Chipcom* system, *Xyplex Network 9000* system, *ProLiant 8500* system, *Cubix Density* system, *HP 9000 SuperDome* system, *Fung*, *Bottom '895*, *Gasparik*, *Gallagher*, *Jackson*, *Bottom '786*, *Creason*, *Silverman*, *Golden*, *Wong*, *Pallotti*, *Reynolds*, *Chen*, *Gallagher*, *Papa*, *Tavallaei*, *Manweiler*, *Shikoku*, *Treiber*, *Dellacona*, *Rumney*, *Sheikh*, *Nouri*, and *Wallach*. Exemplary disclosures from the Hot-Swappable CPU Module References are included in the Exhibits for each reference.

**Hot-Swappable Power Module References.** Several of the prior art references listed in Section III.A relate to hot-swappable CPU modules. For example, at least the *Ketris 9000* and *Ketris 2000* systems, *RLX* system, *Sun Netra* system, *QuantumNet* system, *Xyplex Network 9000* system, *Motorola CPX8000*

system, *ProLiant 8500* system, *Cubix Density* system, *HP 9000 SuperDome* system, *Fung*, *Bottom '895*, *Gasparik*, *Gallagher*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Bottom '786*, *Creason*, *Silverman*, *Golden*, *Wong*, *Pallotti*, *Reynolds*, *Chen*, *Gallagher*, *Papa*, *Tavallaei*, *Manweiler*, *Goodrich*, *Dellacona*, *Hayward*, *Kociecki*, *Aldridge*, *Rumney*, *Sheikh*, and *Nouri* references (i.e., "Hot-Swappable Power Module References") explicitly disclose one or more hot-swappable power modules including AC-to-DC and DC-to-DC converters.

For example, the *Ketris 9000* system included up to six hot-swappable power modules. *See, e.g.*, *Ketris 9000 Datasheet* at 3. Each of the hot-swappable power modules included a Compact PCI connector. *See, e.g.*, *Ketris 9000 System Hardware Manual* at 17–18.

As an additional example, the *RLX* system included two hot-pluggable 600-watt auto-sensing power supply units. *See, e.g.*, *RLX System 300ex Hardware Guide* at 22. Each power supply unit was capable of supporting a fully loaded chassis and were hot-swappable. *See, e.g.*, *id.*

As further examples, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967* disclose a web server chassis including hot-swappable power supplies. *See, e.g.*, *Hipp '748* at 16:62–17:9; *Hipp '636* at 16:62–17:9; *Hipp '878* at 17:1–15; *Hipp '506* at 16:44–58; *Hipp '967* at 17:14–28. Each power supply includes a

connector for connecting the power supply to the midplane. *See, e.g.*, Hipp '748 at 16:62–17:9; *Hipp '636* at 16:62–17:9; *Hipp '878* at 17:1–15; *Hipp '506* at 16:44–58; *Hipp '967* at 17:14–28.

For another example, *Hayward* is a patent that discloses hot-swappable power supplies for a server system. *See, e.g.*, *Hayward* at 4:15–26. Each power supply includes a DC-to-DC converter. *See, e.g.*, *id.* at 2:35–61.

As an additional example, *Kociecki* discloses a power supply for a rack-mounted server. *See, e.g.*, *Kociecki* at 3:28–33. The power supply is hot-swappable and contains DC-to-DC converters. *See, e.g.*, *id.* at 5:59–67, Abstract.

As a further example, *Goodrich* discloses power supplies used to power circuit boards connected to a backplane. *See, e.g.*, *Goodrich* at 1:5–10. The power supplies each contain a DC-to-DC converter. *See, e.g.*, *id.* at Abstract.

Other examples of Hot-Swappable Power Module References include *Sun Netra* system, *QuantumNet* system, *Xyplex Network 9000* system, *Motorola CPX8000* system, *ProLiant 8500* system, *Cubix Density* system, *HP 9000 SuperDome* system, *Fung, Bottom '895, Gasparik, Gallagher, Hipp '748, Hipp '636, Hipp '878, Hipp '506, Hipp '967, Jackson, Bottom '786, Creason, Silverman, Golden, Wong, Pallotti, Reynolds, Chen, Gallagher, Papa, Tavallaei, Manweiler, Goodrich, Dellacona, Hayward, Kociecki, Aldridge, Rumney, Sheikh,*

and *Nouri*. Exemplary disclosures from the Hot-Swappable Power Module References are included in the Exhibits for each reference.

**Hot-Swappable Ethernet Switch Module References.** Several of the prior art references listed in Section III.A relate to hot-swappable ethernet switch modules. For example, at least the *Ketris 9000* system, *RLX* system, *Sun Netra* system, *QuantumNet* system, *Chipcom* system, *Xyplex Network 9000* system, *Motorola CPX8000* system, *ProLiant 8500* system, *Fung*, *Bottom '895*, *Gallagher*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Bottom '786*, *Creason*, *Silverman*, *Golden*, *Wong*, *Reynolds*, *Gallagher*, and *Papa* references (i.e., "Hot-Swappable Ethernet Switch Module References") explicitly disclose one or more hot-swappable ethernet switch modules.

For example, the *Ketris 9000* system included up to four Ethernet switch blades. *See, e.g.*, *Ketris 9000 Datasheet* at 3. Each of the Ethernet switch blades was hot-swappable. *See, e.g.*, *id.*; *see also Ketris 9000 System Hardware Manual* at 16.

As additional examples, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, and *Hipp '967* disclose a web server chassis including multiple network interface cards. *See, e.g.*, *Hipp '748* at 3:64–4:11; *Hipp '636* at 3:66–4:13 *Hipp '878* at 4:9–23; *Hipp '506* at 2:16–39; *Hipp '967* at 4:20–34. Each network interface card is hot-swappable. *See, e.g.*, *Hipp '748* at 2:56–58; *Hipp '636* at 12:37–55; *Hipp '878*

at 2:56–3:3; *Hipp '506* at 12:25–43; *Hipp '967* at 12:57–13:8. Each network interface card includes a connector for connecting the card to the midplane. *See, e.g.*, *Hipp '748* at 15:33–44; *Hipp '636* at 15:33–44; *Hipp '878* at 15:41–52; *Hipp '506* at 15:18–50; *Hipp '967* at 12:57–13:8.

As a further example, the *Chipcom* system was a modular chassis that supported all components of the 3Com CoreBuilder 5000 Integrated System Hub. *See, e.g.*, *System Hub Guide* at 1-1. The system included hot-swappable SwitchModules that could be inserted or removed without powering off the system. *See, e.g.*, *SwitchModule Guide* at 1-2.

Other examples of Hot-Swappable Ethernet Switch Module References include *RLX* system, *Sun Netra* system, *QuantumNet* system, *Xyplex Network 9000* system, *Motorola CPX8000* system, *ProLiant 8500* system, *Fung*, *Bottom '895*, *Gallagher*, *Jackson*, *Bottom '786*, *Creason*, *Silverman*, *Golden*, *Wong*, *Reynolds*, *Gallagher*, and *Papa*. Exemplary disclosures from the Hot-Swappable Ethernet Switch Module References are included in the Exhibits for each reference.

**Communications Filtering References.** At least the *Ketris 9000* and *Ketris 2000* systems, *Chipcom* system, *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Golden*, *Haddock*, and *Feuerstraeter* references (i.e., "Communications Filtering References") disclose an ethernet

switch configured to filter communications to avoid or limit collisions caused by communications traffic.

For example, *Haddock* discloses a local area network (LAN) Ethernet switch. *See, e.g.*, *Haddock* at 1:18–23. *Haddock* describes the general purpose of Ethernet switches which include reducing congestion by segmenting communications traffic into different LANs to avoid collisions. *See, e.g.*, *id*. at 1:40–65.

As another example, *Feuerstraeter* discloses computer network communication devices, such as Ethernet switches, that avoid collisions caused by communications traffic. *See, e.g.*, *Feuerstraeter* at 1:7–10, 4:40–65. Specifically, *Feuerstraeter* discloses that "[s]witched Ethernet can reduce or completely eliminate collisions." *See, e.g.*, *id*. at 4:48–49.

As a further example, *Bottom '786* and *Bottom '896* disclose a modular server system including up to two switch blades. *See, e.g.*, *Bottom '786* at 3:46–65; *Bottom '896* at 3:8–27. Each of the switch blades buffer data packets in the switch so that Ethernet collisions do not occur on any channel. *See, e.g.*, *Bottom '786* at 3:46–65; *Bottom '896* at 3:8–27.

Other examples of Communications Filtering References include the *Ketris 9000* and *Ketris 2000* systems, *Chipcom* system, *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, and *Golden*. Exemplary disclosures from the

Communications Filtering References are included in the Exhibits for each reference.

**Polling References.** At least the *Ketris 9000* and *Ketris 2000* systems, *RLX* system, *Sun Netra* system, *QuantumNet* system, *Chipcom* system, *Xyplex Network 9000* system, *Motorola CPX8000* system, *ProLiant 8500* system, *Cubix Density* system, *HP 9000 SuperDome* system, *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Golden*, *Wong*, *Burckartt*, *Dubreuil*, *Rumney*, *Sheikh*, *Nouri*, and *Wallach* references (i.e., "Polling References") disclose polling modules in a server chassis to obtain status information. Specifically, at least the Polling References teach polling a CPU module, a power module, and/or an ethernet switch module for operational status information.

For example, the *Ketris 9000* and *Ketris 2000* systems included at least one switch blade with system management tools for polling the status of the modules in the server chassis. *See, e.g.*, *Ketris 9000 Datasheet* at 3; *Ketris 9000 System Hardware Manual* at 16. The system manager blade "provided full monitoring, configuration, and failure/detection recovery of all servers*." See, e.g.*, *Ketris System Management Overview* at 2. The system manager blade also monitored other conditions of the server chassis components such as the power supply and the Ethernet switch blade. *See, e.g.*, *id*. at 7–8.

As a further example, *Burckartt* discloses a server with an automated system recovery timer. *See, e.g.*, *Burckartti* at 1:50–2:15. The system uses the status of the timer to determine the health of the system. *See, e.g.*, *id*. The system can automatically detect a system failure using the timer. *See, e.g.*, *id*. at 13:45–62.

Other examples of Polling References include *RLX* system, *Sun Netra* system, *QuantumNet* system, *Chipcom* system, *Xyplex Network 9000* system, *Motorola CPX8000* system, *ProLiant 8500* system, *Cubix Density* system, *HP 9000 SuperDome* system, *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Golden*, *Wong*, *Dubreuil*, *Rumney*, *Sheikh*, *Nouri*, and *Wallach*. Exemplary disclosures from the Polling References are included in the Exhibits for each reference.

**Dedicated Polling Path References.** At least the *Ketris 9000* and *Ketris 2000* systems, *Chipcom* system, *Xyplex Network 9000* system, *Cubix Density* system, *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Creason*, *Golden*, and *Reynolds* references (i.e., "Dedicated Polling Path References") disclose a dedicated communications path for polling. Specifically, at least the Dedicated Polling Path References teach a dedicated ethernet path used to poll modules in a server chassis.

For example, the *Ketris 9000* and *Ketris 2000* systems included a dedicated system management bus (SMBus) based on I2C for system monitoring. *See, e.g.*,

*Ketris Server Blade Hardware Manual* at 30. The SMBus was separate from the fast Ethernet interfaces used for communication between the server blades. *See, e.g.*, *id.* at 9.

As another example, the *Chipcom* system included "a high-speed management path on the backplane" that communicated server status information to the network monitor card. *See, e.g.*, *System Hub Guide* at 1-11. The high-speed management path was separate from the communications path used for other communications traffic in the chassis. *See, e.g.*, *id* at 1-5.

Other examples of Dedicated Polling Path References include *Chipcom* system, *Xyplex Network 9000* system, *Cubix Density* system, *Fung*, *Bottom '895*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Bottom '786*, *Creason*, *Golden*, and *Reynolds*. Exemplary disclosures from the Dedicated Polling Path References are included in the Exhibits for each reference.

**Polling OS Status References.** At least the *Ketris 9000* and *Ketris 2000* systems, *RLX* system, *Sun Netra* system, *Chipcom* system, *Xyplex Network 9000* system, *Motorola CPX8000* system, *ProLiant 8500* system, *Cubix Density* system, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Golden*, *Reynolds*, *Burckartt*, *Sheikh*, and *Nouri* references (i.e., "Polling OS Status References") disclose polling a CPU modules to determine the status of an operating system operating on the CPU module. Specifically, at least the Polling OS Status

References teach polling the CPU module to determine the status of an operating system, such as determining if the operating system has crashed.

For example, *Nouri* discloses a server system including a microcontroller that continuously monitors and manages the health of modules in the server. *See, e.g.*, *Nouri* at 5:66–6:52. The server can determine the operational status of the server and determine if the operating system has unexpectedly crashed. *See, e.g.*, *id.*; *see also id*. at Abstract. Once the server determines that the operating system has unexpectedly crashed, the server can be restarted through a local or remote client machine. *See, e.g.*, *id*. at Abstract.

As another example, *Burckartt* discloses a computer system including a timer that times out if the operating system running on a computer system does not periodically reset the timer. *See, e.g.*, *Burckartt* at Abstract. When the operating system fails, the timer is not reset and the computer system can determine that the operating system has failed. *See, e.g.*, *id*. at Abstract, 1:50–2:15. Once the system identifies that the operating system has failed, the system reboots itself. *See, e.g.*, *id*. at Abstract, 13:45–62.

As a further example, *Sheikh* discloses a server including a microcontroller that continuously monitors and manages the health of modules in the server. *See, e.g.*, *Sheikh* at 7:30–8:8. The microcontroller functions regardless of the

operational status of the server and can be used to re-start a failed system. *See, e.g., id*.

Other examples of Polling OS Status References include *Ketris 9000* and *Ketris 2000* systems, *RLX* system, *Sun Netra* system, *Chipcom* system, *Xyplex Network 9000* system, *Motorola CPX8000* system, *ProLiant 8500* system, *Cubix Density* system, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Golden*, and *Reynolds*. Exemplary disclosures from the Polling OS Status References are included in the Exhibits for each reference.

**Remote Booting References.** At least the *Ketris 9000* and *Ketris 2000* systems, *RLX* system, *Sun Netra* system, *Chipcom* system, *Xyplex Network 9000* system, *Motorola CPX8000* system, *ProLiant8500* system, *Cubix Density* system, *HP 9000 SuperDome* system, *StorPoint NAS* system, *PXE Specification*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Golden*, *Rumney*, *Sheikh*, *Nouri*, and *Kornfeld* references (i.e., "Remote Booting References") disclose booting a CPU module from a remote storage location. Specifically, at least the Remote Booting References teach a CPU module that has instructions for booting from a remote storage location.

For example, the *PXE Specification* is a document published by Intel Corporation in 1999. The *PXE Specification* describes preboot execution environment technology ("the PXE protocol") that is used to deploy pre-boot

services in a computer system. *See, e.g.*, *PXE Specification* at 4. The PXE protocol provides for remote booting of an operating system. *See, e.g.*, *id.* at 87.

As another example, *Golden* discloses a server management platform used to boot a computer system. *See, e.g.*, *Golden* at 10:4–36. The server management platform may boot from a web server or other device available on a LAN. *See, e.g.*, *id.*

Other examples of Remote Booting References include *Ketris 9000* and *Ketris 2000* systems, *RLX* system, *Sun Netra* system, *Chipcom* system, *Xyplex Network 9000* system, *Motorola CPX8000* system, *ProLiant8500* system, *Cubix Density* system, *HP 9000 SuperDome* system, *StorPoint NAS* system, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Rumney*, *Sheikh*, *Nouri*, and *Kornfeld*. Exemplary disclosures from the Remote Booting References are included in the Exhibits for each reference.

**NAS Booting References.** At least the *RLX* system, *Ketris 9000* system, *Ketris 2000* system, *Motorola CPX8000* system, *PXE Specification Golden*, *Kornfeld*, and *StorPoint NAS* references (i.e., "NAS Booting References") disclose booting a CPU module from a network attached storage device.

For example, the *PXE Specification* describes booting from a network address when a client device lacks a hard disk drive. *See, e.g.*, *PXE Specification* at

4. The PXE protocol provides for remote booting of an operating system. *See, e.g.*, *id*. at 87.

Other examples of NAS Booting References include *RLX* system, *Ketris 9000* system, *Ketris 2000* system, and *Motorola CPX8000* system. Exemplary disclosures from the NAS Booting References are included in the Exhibits for each reference.

**CPU BIOS References.** At least the *RLX* system, *Ketris* 9000 system, *Ketris 2000* system, *Motorola CPX8000* system, *PXE Specification*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, and *Hipp '967* references (i.e., "CPU BIOS References") disclose a CPU module with BIOS including booting instructions. Specifically, at least the CPU BIOS References teach a CPU module with BIOS that instruct a CPU module to locate an operating system from which to boot.

For example, the *PXE Specification* discloses a pre-boot protocol that adds functionality to the BIOS of a computing system. *See, e.g.*, *PXE Specification* at 9–10. The BIOS includes an application that specifies a booting sequence. *See, e.g.*, *id*. at 45.

As additional examples, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, and *Hipp '967* disclose web server processing cards that include a custom BIOS. *See, e.g.*, *Hipp '748* at 10:47–61; *Hipp '636* at 10:47-55; *Hipp '878* at 10:58–11:4; *Hipp '506* at 10:39–53; *Hipp '967* at 11:4–18. The BIOS includes instructions for

booting from a network attached storage. *See, e.g.*, *Hipp '748* at 9:54–67, 10:47–61, 18:60–64, 5:35–38; *Hipp '636* at 10:47-55, 18:57–61; *Hipp '878* at 5:47–50, 9:65–10:11, 10:58–11:4, 18:63–67; *Hipp '506* at 10:39–53, 18:39–43, 5:35–38; *Hipp '967* at 5:59–62, 11:4–18, 19:10–14.

Other examples of CPU BIOS References include *RLX* system, *Ketris 9000* system, *Ketris 2000* system, and *Motorola CPX8000* system. Exemplary disclosures from the CPU BIOS References are included in the Exhibits for each reference.

**Lack of HDD References.** At least the *Ketris 9000* system, *Ketris 2000* system, *PXE Specification*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, and *Heath* references (i.e., "Lack of HDD References") disclose a server system without a hard disk drive.

For example, the *PXE Specification* discloses client machines that are lacking local storage. *See, e.g.*, *PXE Specification* at 4.

As additional examples, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, and *Hipp '967* disclose web server processing cards that do not have a hard disk drive. *See, e.g.*, *Hipp '748* at 18:51–56; *Hipp '636* at 18:48–53; *Hipp '878* at 18:54–59; *Hipp '506* at 18:30–35; *Hipp '967* at 19:10–14.

As a further example, *Heath* discloses systems including server cards that do not have hard disks. *See, e.g.*, *Heath* at 4:9–13.

Other examples of Lack of HDD References include *Ketris 9000* system and *Ketris 2000* system. Exemplary disclosures from the Lack of HDD References are included in the Exhibits for each reference.

**Caddy References.** At least the *Ketris 9000* system, *Ketris 2000* system, *RLX* system, *Sun Netra* system, *Chipcom* system, *Xyplex Network 9000* system, *Motorola CPX8000* system, *ProLiant 8500* system, *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Jackson*, *Creason*, *Silverman*, *Wong*, *Pallotti*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, and *Rumney* references (i.e., "Caddy References") disclose a caddy used to carry a computing module and provide airflow in a server chassis.

For example, *Jackson* discloses a scalable server system containing a large number of blade servers in a cabinet. *See, e.g.*, *Jackson* at Abstract. The blade servers are contained in a blade carrier structure that includes a base plate and front, rear, and side edges. *See, e.g.*, *id*. at 11:3–31. Projections on the side edges are formed to mate with tracks on the chassis of the cabinet. *See, e.g.*, *id*. The blade carrier structure is shown in *Jackson*'s Figure 14, reproduced below.



*Fig.14*

As another example, *Pallotti* discloses a system that has a backplane interconnecting a plurality of modular server boards. *See, e.g.*, *Pallotti* at Abstract. Each server board is supported by side, front, and rear panels as well as stiffeners. *See, e.g.*, *id*. at 3:18–33. The panels support the board during hot swapping. *See, e.g.*, *id*. The side panels include air vents to allow cooling air to be passed over the server board. *See, e.g.*, *id*. at 3:66–4:18. The server board with the supporting panels is shown in Figure 2, reproduced below.



FIG. 2

Other examples of Caddy References include the *Ketris 9000* system, *Ketris 2000* system, *RLX* system, *Sun Netra* system, *Chipcom* system, *Xyplex Network 9000* system, *Motorola CPX8000* system, *ProLiant 8500* system, *Fung*, *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, *Hipp '967*, *Creason*, *Silverman*, *Wong*, *Papa*, *Manweiler*, *Kikinis*, *Treiber*, *Kociecki*, *Heath*, and *Rumney*. Exemplary disclosures from the Caddy References are included in the Exhibits for each reference.

**Hot-Swap Connector References.** At least the *Ketris 9000* system, *Ketris 2000* system, *Motorola CPX8000* system, *HP 9000 SuperDome* system, *Gasparik*, *Wong*, *Bowman*, *Compact PCI Specification*, *Husak*, *Goodrich*, *Aldridge*, and *Rassums* references (i.e., "Hot-Swap Connector References") disclose a connector used for hot-swapping computer modules.

For example, *Gasparik* discloses a four-stage hot-swappable connector for computer systems. *See, e.g.*, *Gasparik* at Abstract. The hot-swappable connector includes four different pin lengths. *See, e.g.*, *id*. at 15:58–60. The pins connect with

mating connectors sequentially in the following order: ground, power, DIFFSENS signal, and signal. *See, e.g.*, *id*. at 4:32–34.

As another example, the *Compact PCI Specification* discloses connectors that allow computer modules to be hot-swapped, including insertion and removal while a system is running without adversely affecting the operation of the system. *See, e.g.*, *Compact PCI Specification* at 7. The connector includes pins that provide a staged connection where ground pins connect first, followed by power pins, followed by signal pins. *See, e.g.*, *id*. at 28–30.

Other examples of Hot-Swap Connector References include the *Ketris 9000 and Ketris 2000* systems, *Motorola CPX8000* system, *HP 9000 SuperDome* system, *Wong*, *Bowman*, *Husak*, *Goodrich*, *Aldridge*, and *Rassums*. Exemplary disclosures from the Hot-Swap Connector References are included in the Exhibits for each reference.

Some exemplary combinations are described below. Although the following discussion of exemplary combinations describes how certain secondary references disclose specific exemplary claims or limitations, it should be understood that Dell's contentions regarding these combinations are not limited to only those exemplary claims or limitations. Rather, Dell contends that each such combination discloses each limitation either explicitly or inherently, or renders obvious each limitation in view of each individual reference, as reflected in Dell's claim charts

attached as Exhibits A-1 to C-13. Dell further contends that, to the extent a POSITA was motivated to combine two or more references to add a specific element or functionality disclosed in one of the references, a person of ordinary skill in the art would have been motivated to combine the full teachings of each reference.

By contending that the combinations discussed below render Asserted Claims obvious, Dell does not agree that any limitation is missing from the references. As discussed above, many of these references anticipate some or all of the Asserted Claims.

There are several reasons why a person of ordinary skill in the art would combine any of the references that disclose A (*e.g.*, prior art that discloses A) with one or more B references (*e.g.*, prior art that discloses B). As demonstrated above, these references all relate to the same area of technology. Each of the references are related to computer technology and specifically modular computing systems. Each of the Hot-Swappable CPU Module, Hot-Swappable Power Module, and Hot-Swappable Ethernet Switch Module References relate to modular components that are used in server systems. Similarly, each of the Polling, Dedicated Polling Path, and Polling OS Status References relate to monitoring the health of computing systems, including server systems. Each of the Communications Filtering References describe the functionality of ethernet switch modules that are

used in computing systems. The Remote Booting, NAS Booting, CPU BIOS, and Lack of HDD References all relate to booting computing systems including booting from remote storage. The Caddy References relate to carriers for modular components of computing systems and the Hot-Swap Connector References relate to connecting components to a backplane in a modular computing system. Thus, all references are from the same field of endeavor and it would have been obvious for a person of ordinary skill in the art to combine these references.

It would have been obvious for a person of ordinary skill in the art interested in modular server systems to combine any one of the Hot-Swappable CPU Module References with any one of the Hot-Swappable Power Module References and any one of the Hot-Swappable Ethernet Switch Module References to create a modular server system. To do so would have been obvious to try because there were a finite number of predictable solutions and a person of ordinary skill in the art would have had a reasonable expectation that the combination would have been successful. Any modular server system intended to communicate with other computing systems would need a CPU module, a power module, and an ethernet switch module. A person of ordinary skill in the art would have had a finite number of combinations including various types of CPU, power, and ethernet switch modules from different references to try to find a combination that functioned as a modular server. The methods used to combine computing modules would have been well

within the knowledge of a person of ordinary skill in the art and the use of such methods would have yielded predictable results. Additionally, it would have been simple substitution for a person of ordinary skill in the art to substitute a module disclosed in one reference for the same type of module disclosed in another reference.

Additionally, a person of ordinary skill in the art working in the field of modular server systems would have been motivated to combine any one of the Hot-Swappable CPU Module References, Hot-Swappable Power Module References, and Hot-Swappable Ethernet Switch Module References with any one of the Hot-Swap Connector References to create a module with a connector having pins of varying lengths to connect a module to a backplane in a staged manner. It was well known during the relevant time period that persons of ordinary skill in the art were interested in decreasing the time required to repair server systems. *See* Section III.B. One way of decreasing the mean time to repair (MTTR) was the ability to hot-swap modules so that the server system did not need to be turned off in order to swap one module for another. The connectors described in the Hot-Swap Connector References provide a staged connection to the backplane of a server system to allow modules to be swapped while the server remains in operation. Thus, a person of ordinary skill in the art would have been motivated by demands present in the marketplace to create a modular server system including

hot-swap connectors. It would have been well within the skills of a person of ordinary skill in the art to add a hot-swap connector, as described in the Hot-Swap Connector References, with any of the modules described in the Hot-Swappable CPU Module References, Hot-Swappable Power Module References, and Hot-Swappable Ethernet Switch Module References because to do so would have been the use of well-known methods to yield predictable results and simple substitution of one connector for another.

Similarly, a person of ordinary skill in the art would have recognized the convenience of using a caddy as described in the Caddy References with any of the modules described in the Hot-Swappable CPU Module References, Hot-Swappable Power Module References, and Hot-Swappable Ethernet Switch Module References. The use of a caddy would have decreased the MTTR by providing a way for a technician to easily transport the module and align the module for insertion in the server system. As demonstrated in the Caddy References, caddies were well known in the computing industry and a person of ordinary skill in the art would have had the knowledge necessary to place any one or more of the modules described in the Hot-Swappable CPU Module References, Hot-Swappable Power Module References, and Hot-Swappable Ethernet Switch Module References with a caddy as described in any of the Caddy References. It would have been obvious for a person of ordinary skill in the art to try to combine the modules in the Hot-

Swappable CPU Module References, Hot-Swappable Power Module References, and Hot-Swappable Ethernet Switch Module References with a caddy disclosed in the Caddy References because a person of ordinary skill in the art would have had a reasonable expectation that such a combination would have been successful. Additionally, a person of ordinary skill in the art would have been using known techniques in the computing industry to improve similar devices in the same way and the combination would have yielded predictable results.

Additionally, a person of ordinary skill in the art would have been motivated to combine any of the Hot-Swappable Ethernet Switch Module References with any of the Communications Filtering References to create an ethernet switch module that limits collisions caused by communications traffic. The Communications Filtering References describe the conventional functions of ethernet switches. These functions include filtering and/or buffering communications traffic to prevent collisions. Therefore, a person of ordinary skill in the art would have recognized that these functions could be included in a hot-swappable ethernet switch as disclosed in the Hot-Swappable Ethernet Switch Module References. Such a combination would have been a simple substitution of one ethernet switch for another and well within the knowledge of a person of ordinary skill in the art. In addition, a person of ordinary skill in the art would have been motivated to combine any of the Hot-Swappable Ethernet Switch Module

References with any of the Communications Filtering References because to do so would have been to use known techniques for ethernet switching in the same way in a hot-swappable ethernet switch module and would have yielded predictable results. Further, it would have been obvious for a person of ordinary skill in the art to try to combine any of the Hot-Swappable Ethernet Switch Module References with any of the Communications Filtering References because a person of ordinary skill in the art would have had a finite number of predictable solutions to try and would have had a reasonable expectation of success.

A person of ordinary skill in the art would have been motivated to combine any of the modules described in the Hot-Swappable CPU Module References, Hot-Swappable Power Module References, and Hot-Swappable Ethernet Switch Module References with any of the Polling References to create a server with the ability to monitor the status of each of the CPU module, power module, and ethernet switch module. A person of ordinary skill in the art would have been motivated to make such a combination because to do so would have been to combine known methods of polling computer modules to improve similar devices—server modules—in the same way and would have yielded predictable results. Additionally, a person of ordinary skill in the art would have had a reasonable expectation that combining any of the Hot-Swappable CPU Module References, Hot-Swappable Power Module References, and Hot-Swappable

Ethernet Switch Module References with any of the Polling References would result in success and thus, it would have been obvious for a person of ordinary skill in the art to try to combine the references.

Similarly, once a person of ordinary skill in the art created a server system where the CPU, power, and ethernet switch modules were polled, a person of ordinary skill in the art would have been motivated to combine such a system with any of the Dedicated Polling Path and/or Polling OS Status References. Such a combination would have been the use of known computer system techniques of polling for the status of an operating system and using a dedicated communications path for polling to improve a server module in a similar way. Such a combination would have yielded predictable results and would have been obvious for a person of ordinary skill in the art to try. A person of ordinary skill in the art would have had a reasonable expectation that one of the finite number of predictable solutions disclosed in the Dedicated Polling Path and/or Polling OS Status References would have been successful. Further, it would have been simple for a person of ordinary skill in the art to substitute a shared communications path used for polling with a dedicated communications path for polling, as disclosed in the Dedicated Polling Path References.

As described above, persons of ordinary skill in the art were working to improve the reliability—including the mean time between failure (MTBF)—of

server systems. *See* Section III.B. One method of improving the reliability of server systems was to remove components that were prone to failure, such as components with moving parts like hard disk drives (HDDs). Therefore, a person of ordinary skill in the art would have recognized the existence of a known problem with an obvious solution and would have been motivated to combine any one of the Hot-Swappable CPU Module References with any one of the Lack of HDD References to create a hot-swappable CPU module without a HDD. Such a combination would have been a simple substitution of one CPU module for another and would have yielded predictable results. Additionally, it would have been obvious for a person of ordinary skill in the art to try to combine any of the Hot-Swappable CPU Module References with any one of the Lack of HDD References to remove the HDD from the CPU module because a person of ordinary skill in the art would have had a finite number of predictable solutions to try and would have had a reasonable expectation of success.

A person of ordinary skill in the art would have been motivated to combine a CPU module lacking a HDD with any of the Remote Booting References because a person of ordinary skill in the art would have recognized the known problem of identifying a boot media once the CPU module lacked an HDD. The Remote Booting References describe how to boot a computing system from remote storage. A person of ordinary skill in the art would have recognized that the Remote

Booting References offered the obvious solution to the known problem of identifying a boot media for CPU modules without an HDD. Additionally, the combination of any of the Lack of HDD References with any of the Remote Booting References would have been a combination of methods known to a person of ordinary skill in the art to improve similar devices in the same way and would yield predictable results. A person of ordinary skill in the art also would have been motivated to use the Remote Booting References in response to a known need in the server field. During the relevant time period, system administrators were managing large numbers of servers, often from remote locations. A person of ordinary skill in the art would have been motivated to combine the Remote Booting References with a modular server system to provide easier software and management capabilities in the modular systems. Further, such a combination would have been obvious for a person of ordinary skill in the art to try because the Remote Booting References offered a finite number of predictable solutions and a person of ordinary skill in the art would have had a reasonable expectation that the combination would have been successful.

Additionally, a person of ordinary skill in the art would have recognized that the BIOS on the CPU would need to be modified to implement remote booting and would have looked to any one of the CPU BIOS References to determine how to modify the CPU BIOS. Using any one of the CPU BIOS References would have

been the use of known techniques in the computing industry to improve server CPU modules in the same way and would have yielded predictable results. A person of ordinary skill in the art would have found it obvious to try to update the CPU BIOS according to any one of the CPU BIOS References because the references offered a finite number of predictable solutions and the person of ordinary skill in the art would have had a reasonable expectation of success.

Further, when a person of ordinary skill in the art considered implementing remote booting of CPU modules, a person of ordinary skill in the art would have been motivated to use any one of the NAS Booting References to identify a type of remote storage from which to boot. This would have been obvious for a person of ordinary skill in the art to try because there would have been a finite number of predictable solutions. There are a finite number of types of remote storage and network attached storage (NAS) is one of those types. A person of ordinary skill in the art would have identified the finite number of solutions and would have had a reasonable expectation that any one of those solutions—including the solutions disclosed in the NAS Booting References—would have been successful. Similarly, a person of ordinary skill in the art would have been motivated to look to any one of the NAS Booting References to implement remote booting because to do so would have been the use of techniques known in the computing industry to

improve similar devices—servers—in the same way, was simple substitution, and would have yielded predictable results.

### 1. Combinations based on the *Ketris 9000* and *Ketris 2000* systems[4]

To the extent the *Ketris 9000* and *Ketris 2000* systems are found not to disclose all limitations of each Asserted Claim, the *Ketris 9000* and *Ketris 2000* systems in combination with any one or more of the references identified in Section III.A would render obvious each of the Asserted Claims.

For example, the *Ketris 9000* system in combination with the *PXE Specification* renders Claims 14–17 obvious. A person having ordinary skill in the art would have been motivated to make such a combination for the reasons stated above in Section III.E. In particular, the server blades in the *Ketris 9000* system included a BIOS that allowed booting over a network using the PXE protocol. *Ziatech Embedded BIOS Software User Manual* at 14. Thus, the *Ketris 9000* system provides explicit motivation for using the *PXE Specification* to understand how a *Ketris 9000* server blade used the PXE protocol to boot from a device over a network. Additionally, the combination of the *Ketris 9000* system and the *PXE Specification* is a combination of known methods to yield predictable results. The

---

[4] Throughout these Contentions, a citation to a prior art system also refers to the references which describe or disclose the prior art system. Similarly, citation to a reference that discloses or describes a prior public use or product refers the prior public use or product.

*PXE Specification* was well known in the industry at the relevant time period and a person of ordinary skill in the art would have known how to combine the known methods described in the *PXE Specification* with the known server blades in the *Ketris 9000* system to yield a predictable result for booting the *Ketris 9000* server blades. For similar reasons, a person of ordinary skill in the art would have been motivated to use the *PXE Specification* to understand the operation of the server blades in the *Ketris 9000* System because to do so would have been the use of known PXE techniques for booting a computing device from remote storage such as NAS in the same way on the *Ketris 9000* server blades. Additionally, it would have been obvious for a person of ordinary skill in the art to try to combine the *Ketris 9000* system with the *PXE Specification* because such a combination would have a reasonable expectation of success and was the use of known work in the computing field (specifically the use of the PXE protocol to allow client devices to retrieve a boot image from a network server) to apply to another portion of the computing field (specifically to server systems like the *Ketris 9000* system to allow the *Ketris 9000* system to boot from a network location).

As another example, the *Ketris 9000* system in combination with *Haddock* renders Claim 24 obvious. A person of ordinary skill in the art would have been motivated to combine the *Ketris 9000* system and *Haddock* for the reasons stated above in Section III.E. In addition, a person of ordinary skill in the art would have

been motivated to combine the *Ketris 9000* system with *Haddock* because to do so would have been the use of the knowledge of a person of ordinary skill in the art regarding the functions of ethernet switches, as disclosed in *Haddock*, in use an ethernet switch module in a server system to perform those functions, such as the ethernet switch module used in the *Ketris 9000* system. Further, a person of ordinary skill in the art would have been motivated to combine the *Ketris 9000* system with *Haddock* because to do so would have been the use of known methods of using ethernet switches to limit collisions caused by communication traffic, as disclosed by *Haddock*, in the ethernet switch module of the *Ketris 9000* system to yield predictable results. Similarly, the combination of the *Ketris 9000* system and *Haddock* would have been the use of known functions of ethernet switches, such as limiting collisions (as disclosed in *Haddock*) in the same way for the *Ketris 9000* ethernet switch modules. Additionally, it would have been obvious for a person of ordinary skill of the art to try to implement the techniques of limiting collisions in ethernet switches described in *Haddock* in the ethernet switch of the *Ketris 9000* system because to do so would have a reasonable expectation of success. The *Ketris 9000* system included ethernet switches that buffered data packets to prevent Ethernet collisions. *See,e.g., Ketris 9000 System Hardware Manual* at 16. Because collision avoidance already existed in the *Ketris 9000* ethernet switches, a person of ordinary skill in the art would have expected that the collision avoidance

techniques disclosed in *Haddock* either already existed in the *Ketris 9000* system or could have been used in the *Ketris 9000* system. Further, the *Ketris 9000* system provides explicit motivation to combine the *Ketris 9000* system with a reference describing the use of switches to prevent communications traffic collisions, such as *Haddock*, because the ethernet switch module of the *Ketris 9000* system buffered data packets to prevent collisions on a communications channel. *See,e.g., Ketris 9000 System Hardware Manual* at 16.

As a further example, the *Ketris 9000* system in combination with *Gasparik* and/or the *Compact PCI Specification* render obvious Claims 34–36. A person of ordinary skill in the art would have been motivated to combine these references for the reasons explained above in Section III.E. The server blades in the *Ketris 9000* system are hot swappable components with Compact PCI connectors. *See,e.g., Ketris 9000 Datasheet* at 3. Thus, the *Ketris 9000* system itself provides an explicit motivation for combining the *Ketris 9000* system with the *Compact PCI Specification*. Additionally, *Gasparik* and the *Compact PCI Specification* describe a hot swap process including the order that the pins on a connector make contact with a corresponding connector on a backplane board. *See,e.g., Gasparik* at 4:29–43; *Compact PCI Specification* at 29–30. Thus, the method of connecting pins in a certain order for hot-swapping components was a known technique in the computing field and to implement such pins on the server blades in the *Ketris 9000*

system would have been modifying similar computer technology—servers—in the same way—with hot-swap connectors including pins that connect in a certain order. For similar reasons, a person of ordinary skill in the art would have been motivated to combine the *Ketris 9000* system, *Gasparik* and/or the *Compact PCI Specification* because to do so would have been the use of known methods to yield predictable results, simple substitution of the connectors on the *Ketris 9000* server blades with the *Gasparik*/*Compact PCI* connectors, obvious to try, and a person of ordinary skill in the art would have had a reasonable expectation of success. To the extent that the *Ketris 9000* system in combination with *Gasparik* and/or the *Compact PCI Specification* does not render obvious Claims 34–36, a person of ordinary skill in the art would have been motivated to combine the *Ketris 9000* system, *Gasparik* and/or the *Compact PCI Specification* with the *PXE Specification* to render Claims 34–36 obvious for at least the reasons described above.

For the same reasons described above with respect to the *Ketris 9000* system, a person of ordinary skill in the art would have been movitated to combine the *Ketris 2000* system with the identified prior art. *Ketris 9000* and *Ketris 2000* are substantially similar and operated in substantially the same way.

## 2.  Combinations based on the *RLX* system

To the extent the *RLX* system is found not to disclose all limitations of each Asserted Claim, the *RLX* system in combination with any one or more of the references identified in Section III.A would render obvious each of the Asserted Claims.

For example, the *RLX* system in combination with *Jackson* and/or *Pallotti* renders obvious Claim 3. A person having ordinary skill in the art would have been motivated to make such a combination for the reasons stated above in Section III.E. Additionally, a person of ordinary skill in the art would have been motivated to combine the *RLX* system with *Jackson* and/or *Pallotti* because market forces would have driven a person of ordinary skill in the art to add a caddy, as disclosed in *Jackson* and *Pallotti*, to a module on the *RLX* system. Specifically, a person of ordinary skill in the art would have recognized the convenience of using a caddy with an *RLX* module to decrease the MTTR by providing a way for a technician to easily transport the module and align the module for insertion in the server system. Caddies, such as the caddies described in *Jackson* and *Pallotti*, would have been well-known to a person of ordinary skill in the art and adding a caddy to a module was well within the ability of such a person. Further, it would have been obvious for a person of ordinary skill in the art to try to combine one or more of the modules in the *RLX* system with one of the caddies disclosed in *Jackson* and/or

*Pallotti* because a person of ordinary skill in the art would have had a reasonable expectation that such a combination would have been successful. A caddy is simply a mechanical device added to a computer module and a person of ordinary skill in the art would have easily predicted how the addition of the caddies disclosed in *Jackson* and/or *Pallotti* would have functioned on the *RLX* modules. Additionally, a person of ordinary skill in the art would have been using known devices from the computing field—caddies on computing devices—to improve similar devices—modules in an *RLX* server—in the same way and the combination would have yielded predictable results.

As another example, the *RLX* system in combination with the *PXE Specification* renders Claims 14–17 obvious. A person having ordinary skill in the art would have been motivated to make such a combination for the reasons stated above in Section III.E. Additionally, the combination of the *RLX* system and the *PXE Specification* is a combination of known methods to yield predictable results. As explained above, the *PXE Specification* was well known in the industry at the relevant time period and a person of ordinary skill in the art would have known how to combine the known methods described in the *PXE Specification* with the known server blades in the *RLX* system to yield a predictable result for booting the *RLX* server blades. For similar reasons, a person of ordinary skill in the art would have been motivated to use the *PXE Specification* to understand the operation of

the server blades in the *RLX* System because to do so would have been the use of known PXE techniques for booting a computing device from remote storage, such as NAS, in the same way on the *RLX* server blades. The *RLX* server blades included the ability to boot over a network. *See,e.g., RLX System 324 Platform Guide* at 1-3. A person of ordinary skill in the art would have known that the PXE protocol was one method of booting over a network and would have been motivated to use the PXE protocol to boot the *RLX* server blades from a network location. Additionally, it would have been obvious for a person of ordinary skill in the art to try to combine the *RLX* system with the *PXE Specification* because such a combination would have a reasonable expectation of success and was the use of known work in the computing field (specifically the use of the PXE protocol to allow client devices to retrieve a boot image from a network server) to apply to another portion of the computing field (specifically to server systems like the *RLX* system to allow the *RLX* system to boot from a network location).

As an additional example, the *RLX* system in combination with the *Ketris 9000* system would have rendered Claims 20, 22, and 23 obvious. A person of ordinary skill in the art would have been motivated to combine the *RLX* system and the *Ketris 9000* system for the reasons stated above in Section III.E. Additionally, a person of ordinary skill in the art would have been motivated to combine the *RLX* system with the *Ketris 9000* system because to do so would have been the use of

known methods of polling modules in a server chassis to obtain information about the modules—including the CPU, power, and ethernet switch modules—in the chassis and the status of an operating system running on the CPU modules in the chassis. The *RLX* system included "a comprehensive set of management tools that enable administrators to effectively manage, administer and monitor all of the ServerBlades in the datacenter." *See, e.g.*, *RLX Control Tower I* at 7. The *Ketris 9000* system included at least one switch blade with system management tools for polling the status of the modules in the server chassis. *See, e.g.*, *Ketris 9000 Datasheet* at 3; *Ketris 9000 System Hardware Manual* at 16. The system manager blade "provided full monitoring, configuration, and failure/detection recovery of all servers." *See, e.g.*, *Ketris System Management Overview* at 2. The system manager blade also monitored other conditions of the server chassis components such as the power supply and the Ethernet switch blade. *See, e.g.*, *id*. at 7–8. It would have been a simple substitution for a person of ordinary skill in the art to substitute the polling methods used in the *RLX* system for the methods used in the *Ketris 9000* system. Further, a person of ordinary skill in the art would have been motivated to combine the *RLX* system and the *Ketris 9000* system because to do so would have been to combine known methods of polling computer modules—such as those used in the *Ketris 9000* system—to improve similar devices—server modules—in the same way and would have yielded predictable results.

Additionally, a person of ordinary skill in the art would have had a reasonable expectation that combining the *RLX* system with the *Ketris 9000* system would result in success and thus, it would have been obvious for a person of ordinary skill in the art to try to combine the references. Both systems are modular server systems and a person of ordinary skill in the art would have expected components and techniques used in one system could be adapted to work in the other.

As an additional example, the *RLX* system in combination with *Haddock* renders Claim 24 obvious. A person of ordinary skill in the art would have been motivated to combine the *RLX* system and *Haddock* for the reasons stated above in Section III.E. In addition, a person of ordinary skill in the art would have been motivated to combine the *RLX* system with *Haddock* because to do so would have been the use of the knowledge of a person of ordinary skill in the art regarding the functions of ethernet switches, as disclosed in *Haddock*, to use an ethernet switch module in a server system to perform those functions, such as the ethernet switch module used in the *RLX* system. Further, a person of ordinary skill in the art would have been motivated to combine the *RLX* system with *Haddock* because to do so would have been the use of known methods of using ethernet switches to limit collisions caused by communication traffic, as disclosed by *Haddock*, in the ethernet switch module of the *RLX* system to yield predictable results. Similarly,

the combination of the *RLX* system and *Haddock* would have been the use of known functions of ethernet switches, such as limiting collisions (as disclosed in *Haddock*) in the same way for the *RLX* ethernet switch modules. Additionally, it would have been obvious for a person of ordinary skill in the art to try to implement the techniques of limiting collisions in ethernet switches described in *Haddock* in the ethernet switches of the *RLX* system because to do so would have a reasonable expectation of success. The *RLX* system included ethernet switches that distributed communications among multiple LANs, such as a private LAN, a public LAN, and a management LAN. *See,e.g., RLX Control Tower I* at 8–9. This was a well-known function of ethernet switches and the distribution of communications avoided collisions between internal and external communication traffic. Because this collision avoidance already existed in the *RLX* ethernet switches, a person of ordinary skill in the art would have expected that the collision avoidance techniques disclosed in *Haddock* either already existed in the *RLX* system or could have been used in the *RLX* system.

As a further example, the *RLX* system in combination with *Gasparik* and/or the *Compact PCI Specification* render obvious Claims 34–36. A person of ordinary skill in the art would have been motivated to combine these references for the reasons explained above in Section III.E. The server blades in the *RLX* system are hot swappable components. *See,e.g., Power Consumption* at 21. Thus, the *RLX*

system itself provides an explicit motivation for combining the *RLX* system with a reference that discloses connectors for hot swapping, such as *Gasparik* and the *Compact PCI Specification*. Additionally, *Gasparik* and the *Compact PCI Specification* describe a hot swap process including the order that the pins on a connector make contact with a corresponding connector on a backplane board. *See, e.g., Gasparik* at 4:29–43; *Compact PCI Specification* at 29–30. Thus, the method of connecting pins in a certain order for hot-swapping components was a known technique in the computing field and to implement connectors including such pins on the server blades in the *RLX* system would have been modifying similar computer technology—servers—in the same way—with hot-swap connectors including pins that connect in a certain order. For similar reasons, a person of ordinary skill in the art would have been motivated to combine the *RLX* system with *Gasparik* and/or the *Compact PCI Specification* because to do so would have been the use of known methods to yield predictable results, simple substitution of the connectors on the *RLX* server blades with the *Gasparik*/*Compact PCI* connectors, obvious to try, and a person of ordinary skill in the art would have had a reasonable expectation of success. To the extent that the *RLX* system in combination with *Gasparik* and/or the *Compact PCI Specification* does not render obvious Claims 34–36, a person of ordinary skill in the art would have been motivated to combine the *RLX* system, *Gasparik* and/or the *Compact PCI*

*Specification* with the *PXE Specification* to render Claims 34–36 obvious for at least the reasons described above.

### 3. Combinations based on the *ProLiant 8500* system

To the extent the *ProLiant 8500* system is found not to disclose all limitations of each Asserted Claim, the *ProLiant 8500* system in combination with any one or more of the references identified in Section III.A would render obvious each of the Asserted Claims.

For example, the *ProLiant 8500* system in combination with the *PXE Specification* renders Claims 14–17 obvious. A person having ordinary skill in the art would have been motivated to make such a combination for the reasons stated above in Section III.E. In particular, the server blades in the *ProLiant 8500* system included a configuration utility that included the ability to boot from a network location. *See,e.g., ProLiant 8500 Server: Maintenance and Service Guide* at 3-65. Thus, the *ProLiant 8500* system provides motivation for using a protocol, such as the PXE protocol described in the *PXE Specification*, to understand ways to boot a *ProLiant 8500* server blade from a device over a network. Additionally, the combination of the *ProLiant 8500* system and the *PXE Specification* is a combination of known methods to yield predictable results. The *PXE Specification* was well known in the industry at the relevant time period as a way to boot a computing device over the network when the computing device lacked a hard disk

drive and a person of ordinary skill in the art would have known how to combine the known methods described in the *PXE Specification* with the known server blades in the *ProLiant 8500* system to yield a predictable result for booting the *ProLiant 8500* server blades. For similar reasons, a person of ordinary skill in the art would have been motivated to use the *PXE Specification* to understand methods for booting the server blades in the *ProLiant 8500* System from a remote storage location because to do so would have been the use of known PXE techniques for booting a computing device from remote storage such as NAS in the same way on the *ProLiant 8500* server blades. Additionally, it would have been obvious for a person of ordinary skill in the art to try to combine the *ProLiant 8500* system with the *PXE Specification* because such a combination would have a reasonable expectation of success and was the use of known work in the computing field (specifically the use of the PXE protocol to allow client devices to retrieve a boot image from a network server) to apply to another portion of the computing field (specifically to server systems like the *ProLiant 8500* system to allow the *ProLiant 8500* system to boot from a network location).

As an additional example, the *ProLiant 8500* system in combination with the *Ketris 9000* system would have rendered Claims 20, 22, and 23 obvious. A person of ordinary skill in the art would have been motivated to combine the *ProLiant 8500* system and the *Ketris 9000* system for the reasons stated above in Section

III.E. Additionally, a person of ordinary skill in the art would have been motivated to combine the *ProLiant 8500* system with the *Ketris 9000* system because to do so would have been the use of known methods of polling modules in a server chassis to obtain information about the modules, specifically the CPU, power, and ethernet switch modules, in the chassis and the status of an operating system running on the CPU modules in the chassis. The *ProLiant 8500* system included the Compaq Insight Manager that received health information from modules in the chassis. *See, e.g.*, *Technology Brief: Compaq ProLiant 8500 Server Technology* at 14–16. The *Ketris 9000* system included at least one switch blade with system management tools for polling the status of the modules in the server chassis. *See, e.g.*, *Ketris 9000 Datasheet* at 3; *Ketris 9000 System Hardware Manual* at 16. The system manager blade "provided full monitoring, configuration, and failure/detection recovery of all servers*." See, e.g.*, *Ketris System Management Overview* at 2. The system manager blade also monitored other conditions of the server chassis components such as the power supply and the Ethernet switch blade. *See, e.g.*, *id.* at 7–8. It would have been a simple substitution for a person of ordinary skill in the art to substitute the polling methods used in the *ProLiant 8500* system for the methods used in the *Ketris 9000* system. Further, a person of ordinary skill in the art would have been motivated to combine the *ProLiant 8500* system and the *Ketris 9000* system because to do so would have been to combine known methods

of polling computer modules—such as those used in the *Ketris 9000* system—to improve similar devices—server modules—in the same way and would have yielded predictable results. Additionally, a person of ordinary skill in the art would have had a reasonable expectation that combining the *ProLiant 8500* system with the *Ketris 9000* system would result in success and thus, it would have been obvious for a person of ordinary skill in the art to try to combine the references. Both systems are modular server systems and a person of ordinary skill in the art would have expected that components and techniques used in one system could be adapted to work in the other.

As another example, the *ProLiant 8500* system in combination with *Haddock* renders Claim 24 obvious. A person of ordinary skill in the art would have been motivated to combine the *ProLiant 8500* system and *Haddock* for the reasons stated above in Section III.E. In addition, a person of ordinary skill in the art would have been motivated to combine the *ProLiant 8500* system with *Haddock* because to do so would have been the use of the knowledge of a person of ordinary skill in the art regarding the functions of ethernet switches, as disclosed in *Haddock*, for use in an ethernet switch module in a server system to perform those functions, such as the Netelligent NICs used in the *ProLiant 8500* system. Further, a person of ordinary skill in the art would have been motivated to combine the *ProLiant 8500* system with *Haddock* because to do so would have been the use

of known methods of using ethernet switches to limit collisions caused by communication traffic, as disclosed by *Haddock*, in the ethernet switch module of the *ProLiant 8500* system to yield predictable results. Similarly, the combination of the *ProLiant 8500* system and *Haddock* would have been the use of known functions of ethernet switches, such as limiting collisions, (as disclosed in *Haddock*) in the same way for the *ProLiant 8500* ethernet switches. Additionally, it would have been obvious for a person of ordinary skill of the art to try to implement the techniques of limiting collisions in ethernet switches described in *Haddock* in the ethernet switches of the *ProLiant 8500* system because to do so would have a reasonable expectation of success. The *ProLiant 8500* system included ethernet switches that included an input/output filter that buffered data packets. *See, e.g., Technology Brief: Compaq ProLiant 8500 Server Technology* at 7. Because buffering data packets would result in avoiding collisions and that capability already existed in the *ProLiant 8500* ethernet switches, a person of ordinary skill in the art would have expected that the collision avoidance techniques disclosed in *Haddock* either already existed in the *ProLiant 8500* system or could have been used in the *ProLiant 8500* system.

As a further example, the *ProLiant 8500* system in combination with *Gasparik* and/or the *Compact PCI Specification* render obvious Claims 34–36. A person of ordinary skill in the art would have been motivated to combine these

references for the reasons explained above in Section III.E. The server blades in the *ProLiant 8500* system are swappable components with PCI Hot Plug connectors. *See,e.g., Technology Brief: Compaq ProLiant 8500 Server Technology* at 12. Thus, the *ProLiant 8500* system itself provides a motivation for combining the *ProLiant 8500* system with the *Compact PCI Specification*. It would have been a simple substitution for a person of ordinary skill in the art to substitute the PCI Hot Plug connector on the *ProLiant 8500* components with a Compact PCI connector. Additionally, *Gasparik* and the *Compact PCI Specification* describe a hot swap process including the order that the pins on a connector make contact with a corresponding connector on a backplane board. *See,e.g., Gasparik* at 4:29–43; *Compact PCI Specification* at 29–30. Thus, the method of connecting pins in a certain order for hot-swapping components was a known technique in the computing field and to implement such pins on the server blades in the *ProLiant 8500* system would have been modifying similar computer technology—servers— in the same way—with hot-swap connectors including pins that connect in a certain order. For similar reasons, a person of ordinary skill in the art would have been motivated to combine the *ProLiant 8500* system with *Gasparik* and/or the *Compact PCI Specification* because to do so would have been the use of known methods to yield predictable results, obvious to try, and a person of ordinary skill in the art would have had a reasonable expectation of success. To the extent that

the *ProLiant 8500* system in combination with *Gasparik* and/or the *Compact PCI Specification* does not render obvious Claims 34–36, a person of ordinary skill in the art would have been motivated to combine the *ProLiant 8500* system, *Gasparik* and/or the *Compact PCI Specification* with the *PXE Specification* to render Claims 34–36 obvious for at least the reasons described above.

### 4. Combinations based on the *Chipcom* system

To the extent the *Chipcom* system is found not to disclose all limitations of each Asserted Claim, the *Chipcom* system in combination with any one or more of the references identified in Section III.A would render obvious each of the Asserted Claims.

For example, the *Chipcom* system in combination with the *PXE Specification* renders Claims 14–17 obvious. A person having ordinary skill in the art would have been motivated to make such a combination for the reasons stated above in Section III.E. In particular, the server blades in the *Chipcom* system included support for booting from a host device located on an Ethernet network. *See,e.g., Communications Server Module Installation Guide for Ethernet* at 3-13–14. Thus, the *Chipcom* system provides motivation for using a protocol, such as the PXE protocol described in the *PXE Specification*, to understand ways to boot a *Chipcom* server blade from a host device over a network. Additionally, the combination of the *Chipcom* system and the *PXE Specification* is a combination of

known methods to yield predictable results. The *PXE Specification* was well known in the industry at the relevant time period and a person of ordinary skill in the art would have known how to combine the known methods described in the *PXE Specification* with the known server blades in the *Chipcom* system to yield a predictable result for booting the *Chipcom* server blades. For similar reasons, a person of ordinary skill in the art would have been motivated to use the *PXE Specification* to understand methods for booting the server blades in the *Chipcom* system from a remote storage location because to do so would have been the use of known PXE techniques for booting a computing device from remote storage such as NAS in the same way on the *Chipcom* server blades. Additionally, it would have been obvious for a person of ordinary skill in the art to try to combine the *Chipcom* system with the *PXE Specification* because such a combination would have a reasonable expectation of success and was the use of known work in the computing field (specifically the use of the PXE protocol to allow client devices to retrieve a boot image from a network server) to apply to another portion of the computing field (specifically to server systems like the *Chipcom* system to allow the *Chipcom* system to boot from a network location).

As an additional example, the *Chipcom* system in combination with the *Ketris 9000* system would have rendered Claims 20, 22, and 23 obvious. A person of ordinary skill in the art would have been motivated to combine the *Chipcom*

system and the *Ketris 9000* system for the reasons stated above in Section III.E. Additionally, a person of ordinary skill in the art would have been motivated to combine the *Chipcom* system with the *Ketris 9000* system because to do so would have been the use of known methods of polling modules in a server chassis to obtain information about the modules in the chassis—including the CPU, power, and ethernet switch modules—and the status of an operating system running on the CPU modules in the chassis. The *Chipcom* system included the CoreBuilder 5000 Integrated System Hub network management architecture that received health information from modules in the chassis. *See, e.g.*, *CoreBuilder 5000 Integrated System Hub Installation and Distributed Management Module User Guide* at 1-10. The *Ketris 9000* system included at least one switch blade with system management tools for polling the status of the modules in the server chassis. *See, e.g.*, *Ketris 9000 Datasheet* at 3; *Ketris 9000 System Hardware Manual* at 16. The system manager blade "provided full monitoring, configuration, and failure/detection recovery of all servers*." See, e.g.*, *Ketris System Management Overview* at 2. The system manager blade also monitored other conditions of the server chassis components such as the power supply and the Ethernet switch blade. *See, e.g.*, *id.* at 7–8. It would have been a simple substitution for a person of ordinary skill in the art to substitute the polling methods used in the *Chipcom* system for the methods used in the *Ketris 9000* system. Further, a person of

ordinary skill in the art would have been motivated to combine the *Chipcom* system and the *Ketris 9000* system because to do so would have been to combine known methods of polling computer modules—such as those used in the *Ketris 9000* system—to improve similar devices—server modules—in the same way and would have yielded predictable results. Additionally, a person of ordinary skill in the art would have had a reasonable expectation that combining the *Chipcom* system with the *Ketris 9000* system would result in success and thus, it would have been obvious for a person of ordinary skill in the art to try to combine the references. Both systems are modular server systems and a person of ordinary skill in the art would have expected that components and techniques used in one system could be adapted to work in the other.

As another example, the *Chipcom* system in combination with *Nouri* and/or *Burckartt* render obvious Claims 22 and 23. A person of ordinary skill in the art would have been motivated to combine the *Chipcom* system with *Nouri* and/or *Burckartt* because to do so would have been the use of known computer system techniques of polling for the status of an operating system to improve a server module in a similar way. *Nouri* discloses a server system including a microcontroller that continuously monitors and manages the health of modules in the server. *See, e.g.*, *Nouri* at 5:66–6:52. The server can determine the operational status of the server and determine if the operating system has unexpectedly

crashed. *See, e.g.*, *id.*; *see also id*. at Abstract. Once the server determines that the operating system has unexpectedly crashed, the server can be restarted through a local or remote client machine. *See, e.g.*, *id*. at Abstract. Similarly, *Burckartt* discloses a computer system including a timer that times out if the operating system running on a computer system does not periodically reset the timer. *See, e.g.*, *Burckartt* at Abstract. When the operating system fails, the timer is not reset and the computer system can determine that the operating system has failed. *See, e.g.*, *id*. at Abstract, 1:50–2:15. Once the system identifies that the operating system has failed, the system reboots itself. *See, e.g.*, *id*. at Abstract, 13:45–62. As explained above, the *Chipcom* system included the ability to monitor the health of the server. It would have been simple substitution for a person of ordinary skill in the art to substitute the operating system monitoring capability of *Nouri* and/or *Burckartt* with the monitoring capability in the *Chipcom* system. Further, such a combination would have yielded predictable results and would have been obvious for a person of ordinary skill in the art to try. A person of ordinary skill in the art would have had a reasonable expectation that the operating system monitoring capability of *Nouri* and/or *Burckartt* would have been successfully implemented in the *Chipcom* system.

As a further example, the *Chipcom* system in combination with *Gasparik* and/or the *Compact PCI Specification* render obvious Claims 34–36. A person of

ordinary skill in the art would have been motivated to combine these references for the reasons explained above in Section III.E. The server blades in the *Chipcom* system are hot-swappable components. *See,e.g., CoreBuilder™ 5000 Network Router Module Installation Guide for Ethernet* at 1-10. Thus, the *Chipcom* system itself provides a motivation for combining the *Chipcom* system with a reference that discloses connectors designed for hot-swappable modules, such as *Gasparik* and/or the *Compact PCI Specification*. It would have been a simple substitution for a person of ordinary skill in the art to substitute the connector on the *Chipcom* components with a Compact PCI connector, as disclosed in the *Compact PCI Specification*, or the connector disclosed in *Gasparik*. Additionally, *Gasparik* and the *Compact PCI Specification* describe a hot swap process including the order that the pins on a connector make contact with a corresponding connector on a backplane board. *See,e.g., Gasparik* at 4:29–43; *Compact PCI Specification* at 29–30. Thus, the method of connecting pins in a certain order for hot-swapping components was a known technique in the computing field and to implement such pins on the server blades in the *Chipcom* system would have been modifying similar computer technology—servers—in the same way—with hot-swap connectors including pins that connect in a certain order. For similar reasons, a person of ordinary skill in the art would have been motivated to combine the *Chipcom* system with *Gasparik* and/or the *Compact PCI Specification* because to

do so would have been the use of known methods to yield predictable results, obvious to try, and a person of ordinary skill in the art would have had a reasonable expectation of success. To the extent that the *Chipcom* system in combination with *Gasparik* and/or the *Compact PCI Specification* does not render obvious Claims 34–36, a person of ordinary skill in the art would have been motivated to combine the *Chipcom* system, *Gasparik* and/or the *Compact PCI Specification* with the *PXE Specification* to render Claims 34–36 obvious for at least the reasons described above.

## 5. Combinations based on the *Motorola CPX8000* system

To the extent the *Motorola CPX8000* system is found not to disclose all limitations of each Asserted Claim, the *Motorola CPX8000* system in combination with any one or more of the references identified in Section III.A would render obvious each of the Asserted Claims.

For example, the *Motorola CPX8000* system in combination with *Jackson* and/or *Pallotti* renders obvious Claim 3. A person having ordinary skill in the art would have been motivated to make such a combination for the reasons stated above in Section III.E. Additionally, a person of ordinary skill in the art would have been motivated to combine the *Motorola CPX8000* system and *Jackson* and/or *Pallotti* because market forces would have driven a person of ordinary skill in the art to add a caddy, as disclosed in *Jackson* and *Pallotti*, to a module on the

*Motorola CPX8000* system. Specifically, a person of ordinary skill in the art would have recognized the convenience of using a caddy with an *Motorola CPX8000* module to decrease the MTTR by providing a way for a technician to easily transport the module and align the module for insertion in the server system. Caddies, such as the caddies described in *Jackson* and *Pallotti*, would have been well-known to a person of ordinary skill in the art and adding a caddy to a module was well within the ability of such a person. Further, it would have been obvious for a person of ordinary skill in the art to try to combine one or more of the modules in the *Motorola CPX8000* system with one of the caddies disclosed in *Jackson* and/or *Pallotti* because a person of ordinary skill in the art would have had a reasonable expectation that such a combination would have been successful. A caddy is simply a mechanical device added to a computer module and a person of ordinary skill in the art would have easily predicted how the addition of the caddies disclosed in *Jackson* and/or *Pallotti* would have functioned on the *Motorola CPX8000* modules. Additionally, a person of ordinary skill in the art would have been using known devices from the computing field—caddies on computing devices—to improve similar devices—modules in an *Motorola CPX8000* server— in the same way and the combination would have yielded predictable results.

As another example, the *Motorola CPX8000* system in combination with the *PXE Specification* renders Claims 14–17 obvious. A person having ordinary skill

in the art would have been motivated to make such a combination for the reasons stated above in Section III.E. Additionally, the combination of the *Motorola CPX8000* system and the *PXE Specification* is a combination of known methods to yield predictable results. As explained above, the *PXE Specification* was well known in the industry at the relevant time period and a person of ordinary skill in the art would have known how to combine the known methods described in the *PXE Specification* with the known server blades in the *Motorola CPX8000* system to yield a predictable result for booting the *Motorola CPX8000* server blades. For similar reasons, a person of ordinary skill in the art would have been motivated to use the *PXE Specification* to understand the operation of the server blades in the *Motorola CPX8000* system because to do so would have been the use of known PXE techniques for booting a computing device from remote storage such as NAS in the same way on the *Motorola CPX8000* server blades. The *Motorola CPX8000* server blades included the Phoenix BIOS software. *See,e.g., CPX8216 Datasheet* at 3. The Phoenix BIOS included LAN remote boot using the PXE protocol. *See,e.g., Phoenix BIOS* at 3. Thus, the *Motorola CPX8000* system itself would have provided explicit motivation to combine the *PXE Specification* with the *Motorola CPX8000* system. Additionally, it would have been obvious for a person of ordinary skill in the art to try to combine the *Motorola CPX8000* system with the *PXE Specification* because such a combination would have a reasonable

expectation of success and was the use of known work in the computing field (specifically the use of the PXE protocol to allow client devices to retrieve a boot image from a network server) to apply to another portion of the computing field (specifically to server systems like the *Motorola CPX8000* system to allow the *Motorola CPX8000* system to boot from a network location).

As an additional example, the *Motorola CPX8000* system in combination with the *Ketris 9000* system would have rendered Claims 20, 22, and 23 obvious. A person of ordinary skill in the art would have been motivated to combine the *Motorola CPX8000* system and the *Ketris 9000* system for the reasons stated above in Section III.E. Additionally, a person of ordinary skill in the art would have been motivated to combine the *Motorola CPX8000* system with the *Ketris 9000* system because to do so would have been the use of known methods of polling modules in a server chassis to obtain information about the modules— including the CPU, power, and ethernet switch modules—in the chassis and the status of an operating system running on the CPU modules in the chassis. The *Motorola CPX8000* system included debugging and diagnostics functionality that allowed the user to obtain system-level diagnostics. *See, e.g.*, *CPX8216 Datasheet* at 3. The *Motorola CPX8000* system also included a hot swap controller/bridge (HSC) module that functioned to "monitor[] and control[] CPU boards, nonhost boards, and peripherals, including power and fan sleds, board and system LEDs,

and alarms." *CPX8000 Series CPX8216/CPX8216T CompactPCI System Reference Manual* at 1-5–6. The *Ketris 9000* system included at least one switch blade with system management tools for polling the status of the modules in the server chassis. *See, e.g.*, *Ketris 9000 Datasheet* at 3; *Ketris 9000 System Hardware Manual* at 16. The system manager blade "provided full monitoring, configuration, and failure/detection recovery of all servers*." See, e.g.*, *Ketris System Management Overview* at 2. The system manager blade also monitored other conditions of the server chassis components such as the power supply and the Ethernet switch blade. *See, e.g.*, *id.* at 7–8. It would have been a simple substitution for a person of ordinary skill in the art to substitute the monitoring methods used in the *Motorola CPX8000* system for the methods used in the *Ketris 9000* system. Further, a person of ordinary skill in the art would have been motivated to combine the *Motorola CPX8000* system and the *Ketris 9000* system because to do so would have been to combine known methods of polling computer modules—such as those used in the *Ketris 9000* system—to improve similar devices—server modules like those in the *Motorola CPX8000* system—in the same way and would have yielded predictable results. Additionally, a person of ordinary skill in the art would have had a reasonable expectation that combining the *Motorola CPX8000* system with the *Ketris 9000* system would result in success and thus, it would have been obvious for a person of ordinary skill in the art to try to combine the references. Both

systems are modular server systems and a person of ordinary skill in the art would have expected that components and techniques used in one system could be adapted to work in the other.

As another example, the *Motorola CPX8000* system in combination with *Nouri* and/or *Burckartt* render obvious Claims 22 and 23. A person of ordinary skill in the art would have been motivated to combine the *Motorola CPX8000* system with *Nouri* and/or *Burckartt* because to do so would have been the use of known computer system techniques of polling for the status of an operating system to improve a server module in a similar way. *Nouri* discloses a server system including a microcontroller that continuously monitors and manages the health of modules in the server. *See, e.g.*, *Nouri* at 5:66–6:52. The server can determine the operational status of the server and determine if the operating system has unexpectedly crashed. *See, e.g.*, *id.*; *see also id*. at Abstract. Once the server determines that the operating system has unexpectedly crashed, the server can be restarted through a local or remote client machine. *See, e.g.*, *id*. at Abstract. Similarly, *Burckartt* discloses a computer system including a timer that times out if the operating system running on a computer system does not periodically reset the timer. *See, e.g.*, *Burckartt* at Abstract. When the operating system fails, the timer is not reset and the computer system can determine that the operating system has failed. *See, e.g.*, *id*. at Abstract, 1:50–2:15. Once the system identifies that the

operating system has failed, the system reboots itself. *See, e.g.*, *id*. at Abstract, 13:45–62. As explained above, the *Motorola CPX8000* system included the ability to monitor the health of the system. It would have been simple substitution for a person of ordinary skill in the art to substitute the operating system monitoring capability of *Nouri* and/or *Burckartt* with the monitoring capability in the *Motorola CPX8000* system. Further, such a combination would have yielded predictable results and would have been obvious for a person of ordinary skill in the art to try. A person of ordinary skill in the art would have had a reasonable expectation that the operating system monitoring capability of *Nouri* and/or *Burckartt* would have been successfully implemented in the *Motorola CPX8000* system.

As a further example, the *Motorola CPX8000* system in combination with *Haddock* renders Claim 24 obvious. A person of ordinary skill in the art would have been motivated to combine the *Motorola CPX8000* system and *Haddock* for the reasons stated above in Section III.E. In addition, a person of ordinary skill in the art would have been motivated to combine the *Motorola CPX8000* system with *Haddock* because to do so would have been the use of the knowledge of a person of ordinary skill in the art regarding the functions of ethernet switches, as disclosed in *Haddock*, to use an ethernet switch module in a server system to perform those functions, such as the ethernet switch module used in the *Motorola CPX8000* system. Further, a person of ordinary skill in the art would have been motivated to

combine the *Motorola CPX8000* system with *Haddock* because to do so would have been the use of known methods of using ethernet switches to limit collisions caused by communication traffic, as disclosed by *Haddock*, in the ethernet switch module of the *Motorola CPX8000* system to yield predictable results. Similarly, the combination of the *Motorola CPX8000* system and *Haddock* would have been the use of known functions of ethernet switches, such as limiting collisions, (as disclosed in *Haddock*) in the same way for the *Motorola CPX8000* ethernet switch modules. Additionally, it would have been obvious for a person of ordinary skill of the art to try to implement the techniques of limiting collisions in ethernet switches described in *Haddock* in the ethernet switches of the *Motorola CPX8000* system because to do so would have a reasonable expectation of success. The *Motorola CPX8000* system included Compact PCI slots that supported input/output devices. *See,e.g., CPX8000 Series CPX8216/CPX8216T CompactPCI System Reference Manual* at 1-10. These input/output devices included the ability to switch between many different communication types, such as Ethernet, serial communications, and Compact PCI. *See,e.g., id*. at 1-12. Thus, the input/output devices managed communications between multiple devices over multiple types of communication links. A well-known requirement for managing communications was to avoid collisions between communication traffic. Therefore, because collision avoidance already existed in the *Motorola CPX8000* input/output devices, a person of

ordinary skill in the art would have expected that the collision avoidance techniques disclosed in *Haddock* either already existed in the *Motorola CPX8000* system or could have been used in the *Motorola CPX8000* system.

### 6. Combinations based on the *Cubix Density* system

To the extent the *Cubix Density* system is found not to disclose all limitations of each Asserted Claim, the *Cubix Density* system in combination with any one or more of the references identified in Section III.A would render obvious each of the Asserted Claims.

For example, the *Cubix Density* system in combination with the *Ketris 9000* system and/or *Hipp '748* would have rendered Claims 3, 14–17, 20, 22–24, and 34–36 obvious. A person of ordinary skill in the art would have been motivated to combine the *Cubix Density* system and the *Ketris 9000* system and/or *Hipp '748* for the reasons stated above in Section III.E. Additionally, a person of ordinary skill in the art would have been motivated to combine the *Cubix Density* system with the *Ketris 9000* system and/or *Hipp '748* because to do so would have been the use of known hot-swappable ethernet switch modules in a server chassis to integrate ethernet switching capability into the chassis. The *Cubix Density* system included Ethernet controllers on the CPU modules. *See, e.g.*, *DPXX User Guide* at 4. The *Ketris 9000* system included up to four hot-swappable switch blades. *See, e.g.*, *Ketris 9000 System Hardware Manual* at 16. *Hipp '748* discloses a hot-

swappable network interface card. *See,e.g., Hipp '748* at 2:56–58. It would have been a simple substitution for a person of ordinary skill in the art to substitute the Ethernet controllers on the CPU modules used in the *Cubix Density* system for the hot-swappable switches used in the *Ketris 9000* system and/or *Hipp '748*. Further, a person of ordinary skill in the art would have been motivated to combine the *Cubix Density* system and the *Ketris 9000* system and/or *Hipp '748* because to do so would have been to combine known methods of using ethernet switch modules—such as those used in the *Ketris 9000* system and/or *Hipp '748*—to improve similar devices—servers like the *Cubix Density* system—in the same way and would have yielded predictable results. Additionally, a person of ordinary skill in the art would have had a reasonable expectation that combining the *Cubix Density* system with the *Ketris 9000* system and/or *Hipp '748* would result in success and thus, it would have been obvious for a person of ordinary skill in the art to try to combine the references. Both systems are modular server systems and a person of ordinary skill in the art would have expected that components and techniques used in one system could be adapted to work in the other.

As another example, the *Cubix Density* system in combination with *Jackson* and/or *Pallotti* renders obvious Claim 3. A person having ordinary skill in the art would have been motivated to make such a combination for the reasons stated above in Section III.E. Additionally, a person of ordinary skill in the art would

have been motivated to combine the *Cubix Density* system and *Jackson* and/or *Pallotti* because market forces would have driven a person of ordinary skill in the art to add a caddy, as disclosed in *Jackson* and *Pallotti*, to a module on the *Cubix Density* system. Specifically, a person of ordinary skill in the art would have recognized the convenience of using a caddy with an *Cubix Density* module to decrease the MTTR by providing a way for a technician to easily transport the module and align the module for insertion in the server system. Caddies, such as the caddies described in *Jackson* and *Pallotti*, would have been well-known to a person of ordinary skill in the art and adding a caddy to a module was well within the ability of such a person. Further, it would have been obvious for a person of ordinary skill in the art to try to combine one or more of the modules in the *Cubix Density* system with one of the caddies disclosed in *Jackson* and/or *Pallotti* because a person of ordinary skill in the art would have had a reasonable expectation that such a combination would have been successful. A caddy is simply a mechanical device added to a computer module and a person of ordinary skill in the art would have easily predicted how the addition of the caddies disclosed in *Jackson* and/or *Pallotti* would have functioned on the *Cubix Density* modules. Additionally, a person of ordinary skill in the art would have been using known devices from the computing field—caddies on computing devices—to

improve similar devices—modules in an *Cubix Density* server—in the same way and the combination would have yielded predictable results.

As an additional example, the *Cubix Density* system in combination with the *PXE Specification* renders Claims 14–17 obvious. A person having ordinary skill in the art would have been motivated to make such a combination for the reasons stated above in Section III.E. Additionally, the combination of the *Cubix Density* system and the *PXE Specification* is a combination of known methods to yield predictable results. As explained above, the *PXE Specification* was well known in the industry at the relevant time period and a person of ordinary skill in the art would have known how to combine the known methods described in the *PXE Specification* with the known server blades in the *Cubix Density* system to yield a predictable result for booting the *Cubix Density* server blades. For similar reasons, a person of ordinary skill in the art would have been motivated to use the *PXE Specification* to understand the operation of the server blades in the *Cubix Density* system because to do so would have been the use of known PXE techniques for booting a computing device from remote storage such as NAS in the same way on the *Cubix Density* server blades. The *Cubix Density* server blades included BIOS software for booting. *See,e.g., DPXX User Guide* at 4. Thus, it would have been obvious for a person of ordinary skill in the art to add the remote booting functionality described in the *PXE Specification* to the *Cubix Density* BIOS

because remote booting functionality was well-known in the field and a person of ordinary skill in the art would have known how to adapt an existing BIOS to include that functionality. Additionally, it would have been obvious for a person of ordinary skill in the art to try to combine the *Cubix Density* system with the *PXE Specification* because such a combination would have a reasonable expectation of success and was the use of known work in the computing field (specifically the use of the PXE protocol to allow client devices to retrieve a boot image from a network server) to apply to another portion of the computing field (specifically to server systems like the *Cubix Density* system to allow the *Cubix Density* system to boot from a network location).

As another example, the *Cubix Density* system in combination with the *Ketris 9000* system, *Nouri* and/or *Burckartt* render obvious Claims 20, 22, and 23. A person of ordinary skill in the art would have been motivated to combine the *Cubix Density* system with the *Ketris 9000* system, *Nouri* and/or *Burckartt* because to do so would have been the use of known computer system techniques of polling modules in a server chassis including polling the status of an operating system to improve a server module in a similar way. The *Ketris 9000* system included at least one switch blade with system management tools for polling the status of the modules in the server chassis. *See, e.g.*, *Ketris 9000 Datasheet* at 3; *Ketris 9000 System Hardware Manual* at 16. The system manager blade "provided full

monitoring, configuration, and failure/detection recovery of all servers*." See, e.g.*, *Ketris System Management Overview* at 2. The system manager blade also monitored other conditions of the server chassis components such as the power supply and the Ethernet switch blade. *See, e.g.*, *id.* at 7–8. *Nouri* discloses a server system including a microcontroller that continuously monitors and manages the health of modules in the server. *See, e.g.*, *Nouri* at 5:66–6:52. The server can determine the operational status of the server and determine if the operating system has unexpectedly crashed. *See, e.g.*, *id.*; *see also id.* at Abstract. Once the server determines that the operating system has unexpectedly crashed, the server can be restarted through a local or remote client machine. *See, e.g.*, *id.* at Abstract. Similarly, *Burckart* discloses a computer system including a timer that times out if the operating system running on a computer system does not periodically reset the timer. *See, e.g.*, *Burckart* at Abstract. When the operating system fails, the timer is not reset and the computer system can determine that the operating system has failed. *See, e.g.*, *id.* at Abstract, 1:50–2:15. Once the system identifies that the operating system has failed, the system reboots itself. *See, e.g.*, *id.* at Abstract, 13:45–62. The *Cubix Density* system included the ability to monitor the health of the system using the Intelligent Environmental Sensor feature. *See, e.g.*, *Density Manual* at 3. It would have been simple substitution for a person of ordinary skill in the art to substitute the operating system monitoring capability of *Nouri* and/or

*Burckartt* and/or the module monitoring capability of the *Ketris 9000* system with the monitoring capability in the *Cubix Density* system. Further, such a combination would have yielded predictable results and would have been obvious for a person of ordinary skill in the art to try. A person of ordinary skill in the art would have had a reasonable expectation that the operating system monitoring capability of the *Ketris 9000* system, *Nouri* and/or *Burckartt* would have been successfully implemented in the *Cubix Density* system.

As a further example, the *Cubix Density* system in combination with *Gasparik* and/or the *Compact PCI Specification* render obvious Claims 34–36. A person of ordinary skill in the art would have been motivated to combine these references for the reasons explained above in Section III.E. The server blades in the *Cubix Density* system are hot-swappable components. *See,e.g., Density Series Datasheet* at 4. Thus, the *Cubix Density* system itself provides a motivation for combining the *Cubix Density* system with a reference that discloses connectors designed for hot-swappable modules, such as *Gasparik* and/or the *Compact PCI Specification*. It would have been a simple substitution for a person of ordinary skill in the art to substitute the connector on the *Cubix Density* components with a Compact PCI connector, as disclosed in the *Compact PCI Specification*, or the connector disclosed in *Gasparik*. Additionally, *Gasparik* and the *Compact PCI Specification* describe a hot swap process including the order that the pins on a

connector make contact with a corresponding connector on a backplane board. *See,e.g., Gasparik* at 4:29–43; *Compact PCI Specification* at 29–30. Thus, the method of connecting pins in a certain order for hot-swapping components was a known technique in the computing field and to implement such pins on the server blades in the *Cubix Density* system would have been modifying similar computer technology—servers—in the same way—with hot-swap connectors including pins that connect in a certain order. For similar reasons, a person of ordinary skill in the art would have been motivated to combine the *Cubix Density* system with *Gasparik* and/or the *Compact PCI Specification* because to do so would have been the use of known methods to yield predictable results, obvious to try, and a person of ordinary skill in the art would have had a reasonable expectation of success. To the extent that the *Cubix Density* system in combination with *Gasparik* and/or the *Compact PCI Specification* does not render obvious Claims 34–36, a person of ordinary skill in the art would have been motivated to combine the *Cubix Density* system, *Gasparik* and/or the *Compact PCI Specification* with the *PXE Specification* to render Claims 34–36 obvious for at least the reasons described above.

### 7. Combinations based on the Hipp patents

To the extent *Hipp '748*, *Hipp '636*, *Hipp '878*, *Hipp '506*, and *Hipp '967* patents (collectively" the Hipp patents") are found not to disclose all limitations of

each Asserted Claim, the Hipp patents in combination with any one or more of the references identified in Section III.A would render obvious each of the Asserted Claims.

As an example, the Hipp patents in combination with the *Ketris 9000* system would have rendered Claims 20, 22, and 23 obvious. A person of ordinary skill in the art would have been motivated to combine the Hipp patents and the *Ketris 9000* system for the reasons stated above in Section III.E. Additionally, a person of ordinary skill in the art would have been motivated to combine the Hipp patents with the *Ketris 9000* system because to do so would have been the use of known methods of polling modules in a server chassis to obtain information about the modules—including the CPU, power, and ethernet switch modules—in the chassis and the status of an operating system running on the CPU modules in the chassis. The Hipp patents disclosed a remote management system with "the ability to monitor, manage, back-up, restore, activate and operate many of the components of high density server network." *See, e.g.*, *Hipp '748* at 6:13–16; *Hipp '636* at 5:65– 6:1; *Hipp '878* at 6:10–13; *Hipp '506* at 5:62–66; *Hipp '967* at 6:22–25. The Hipp patents disclose monitoring the web server processing card, the power supply, and the ethernet switch. *See, e.g.*, *Hipp '748* at 15:24–28, 17:45–63, 21:21–54; *Hipp '636* 15:24–28, 17:45–63, 21:19–51; *Hipp '878* at 15:32–36, 17:51–18:2, 21:23– 56; *Hipp '506* at 15:10–14, 17:26–44, 20:65–21:30; *Hipp '967* at 15:43–47, 17:63–

66, 21:38–22:2. The *Ketris 9000* system included at least one switch blade with system management tools for polling the status of the modules in the server chassis. *See, e.g.*, *Ketris 9000 Datasheet* at 3; *Ketris 9000 System Hardware Manual* at 16. The system manager blade "provided full monitoring, configuration, and failure/detection recovery of all servers." *See, e.g.*, *Ketris System Management Overview* at 2. The system manager blade also monitored other conditions of the server chassis components such as the power supply and the Ethernet switch blade. *See, e.g.*, *id*. at 7–8. It would have been a simple substitution for a person of ordinary skill in the art to substitute the polling methods used in the Hipp patents for the methods used in the *Ketris 9000* system. Further, a person of ordinary skill in the art would have been motivated to combine the Hipp patents and the *Ketris 9000* system because to do so would have been to combine known methods of polling computer modules—such as those used in the *Ketris 9000* system—to improve similar devices—server modules—in the same way and would have yielded predictable results. Additionally, a person of ordinary skill in the art would have had a reasonable expectation that combining the Hipp patents with the *Ketris 9000* system would result in success and thus, it would have been obvious for a person of ordinary skill in the art to try to combine the references. Both systems are modular server systems and a person of ordinary skill in the art would have

expected that components and techniques used in one system could be adapted to work in the other.

As an additional example, the Hipp patents in combination with *Haddock* renders Claim 24 obvious. A person of ordinary skill in the art would have been motivated to combine the Hipp patents and *Haddock* for the reasons stated above in Section III.E. In addition, a person of ordinary skill in the art would have been motivated to combine the Hipp patents with *Haddock* because to do so would have been the use of the knowledge of a person of ordinary skill in the art regarding the functions of ethernet switches, as disclosed in *Haddock*, to use an ethernet switch module in a server system to perform those functions, such as the ethernet switch modules disclosed in the Hipp patents. Further, a person of ordinary skill in the art would have been motivated to combine the Hipp patents with *Haddock* because to do so would have been the use of known methods of using ethernet switches to limit collisions caused by communication traffic, as disclosed by *Haddock*, in the ethernet switch modules disclosed in the Hipp patents to yield predictable results. Similarly, the combination of the Hipp patents and *Haddock* would have been the use of known functions of ethernet switches, such as limiting collisions, (as disclosed in *Haddock*) in the same way for the ethernet switch modules disclosed in the Hipp patents. Additionally, it would have been obvious for a person of ordinary skill of the art to try to implement the techniques of limiting collisions in

ethernet switches described in *Haddock* in the ethernet switches of the Hipp patents because to do so would have a reasonable expectation of success. The Hipp patents disclose ethernet switches that distribute communications among multiple LANs, such as a private LAN and a public LAN. *See, e.g.*, *Hipp '748* at 12:36–61; *Hipp '636* at 12:37–13:61; *Hipp '878* at 12:46–13:13; *Hipp '506* at 12:25–59; *Hipp '967* at 12:57–13:24. This was a well-known function of ethernet switches and the distribution of communications avoided collisions between internal and external communication traffic. Because this collision avoidance already existed in the ethernet switches disclosed in the Hipp patents, a person of ordinary skill in the art would have expected that the collision avoidance techniques disclosed in *Haddock* either already existed in ethernet switches disclosed in the Hipp patents or could have been used in the ethernet switches disclosed in the Hipp patents.

## F.    Pursuant to LPR 4.3(a)(4), Contentions Under 35 U.S.C. § 112

The following contentions are subject to revision and amendment pursuant to Federal Rule of Civil Procedure 26(e) and the Orders of record in this matter to the extent appropriate in light of further investigation and discovery regarding the defenses, the Court's construction of the claims at issue, and/or the review and analysis of expert witnesses.

Subject to the reservation of rights above, Dell provides below an identification of Asserted Claims along with an identification of the specific

limitations that are invalid pursuant to 35 U.S.C. § 112 ¶ 1 for lack of written description and/or enablement, and/or 35 U.S.C. § 112 ¶ 2 for indefiniteness, particularly in light of Plaintiff's Infringement Contentions. Any deficiencies that render the independent claims invalid under 35 U.S.C. § 112 also infect and, thus, invalidate the claims depending therefrom.

To the extent an Asserted Claim includes a limitation under 35 U.S.C. § 112, ¶ 6, and the written description either does not provide support for the recited function or does not clearly link disclosed structure to performance of the recited function, that claim is invalid for indefiniteness.

## 1. <u>Lack of Enablement Under 35 U.S.C. § 112 ¶ 1</u>

The Asserted Claims are invalid for failure to comply with the enablement requirement of 35 U.S.C. § 112 ¶ 1 because the patent disclosure does not enable a person of ordinary skill in the art to practice the claimed invention. Specifically, the patent disclosure does not provide sufficent information to a POSITA to construct the element identified, to adapt the element identified to its intended operational environment, or to operate the identified element in its intended environment to meet its intended objective. For example, the Asserted Claims fail to meet the enablement requirement based on at least the following claim limitations:

| Claim Limitation | Claims Using Limitation |
|---|---|
| hot-swappable power module | 1, 20, 24 |
| hot-swappable ethernet switch module | 1, 20, 24 |
| hot-swappable CPU module | 1, 20, 24, 30 |
| CPU module is a stand-alone independently-functioning computer | 1, 30 |
| wherein the dedicated ethernet path is separate from a switched fast ethernet connection and provides the microcontroller module with a connection to remotely poll the CPU module, the power module and the ethernet switch module | 20 |
| chassis comprises caddies providing air flow from the front to the rear of the chassis | 3 |
| configuring the CPU module and instructing a network attached storage (NAS) to locate an operating system (OS) from which to boot | 14 |
| a specific hot swap mating connector of the backplane board | 20, 24 |
| the ethernet switch module filters communications internal and external to the computer network appliance to limit collisions caused by communications traffic | 24 |
| CPU module is a stand-alone independently-functioning computer | 1, 30 |
| the computer network appliance is free of a local hard disk drive (HDD) | 15 |
| the computer network appliance is free of a local HDD | 34 |

## 2. **Lack of Written Description Under 35 U.S.C. § 112 ¶ 1**

The Asserted Claims are invalid for failure to comply with the written description requirement of 35 U.S.C. § 112 ¶ 1 because the patent disclosure does not sufficiently establish to one skilled in the art that the patentee had possession of every limitation of the claimed invention at the time the application was filed. For example, the Asserted Claims fail to meet the written description requirement based on at least the following claim limitations:

| Claim Limitation | Claims Using Limitation |
|---|---|
| hot-swappable power module | 1, 20, 24 |
| hot-swappable ethernet switch module | 1, 20, 24 |
| hot-swappable CPU module | 1, 20, 24, 30 |
| CPU module is a stand-alone independently-functioning computer | 1, 30 |
| wherein the dedicated ethernet path is separate from a switched fast ethernet connection and provides the microcontroller module with a connection to remotely poll the CPU module, the power module and the ethernet switch module | 20 |
| chassis comprises caddies providing air flow from the front to the rear of the chassis | 3 |
| configuring the CPU module and instructing a network attached storage (NAS) to locate an operating system (OS) from which to boot | 14 |
| a specific hot swap mating connector of the backplane board | 20, 24 |
| the ethernet switch module filters communications internal and external to | 24 |

| Claim Limitation | Claims Using Limitation |
|---|---|
| the computer network appliance to limit collisions caused by communications traffic | |
| CPU module is a stand-alone independently-functioning computer | 1, 30 |
| the computer network appliance is free of a local hard disk drive (HDD) | 15 |
| the computer network appliance is free of a local HDD | 34 |

### 3.    **Indefiniteness Under 35 U.S.C. § 112 ¶ 2**

The Asserted Claims are invalid for failure to comply with the definiteness requirement of 35 U.S.C. § 112 ¶ 2 because they fail to particularly point out and distinctly claim the subject matter regarded as the alleged invention such that one skilled in the art would be reasonably apprised of the bounds of the claims when read in light of the specification. For example, the following limitations of the Asserted Claims are indefinite:

| Claim Limitation | Claims Using Limitation |
|---|---|
| CPU module is a stand-alone independently-functioning computer | 1, 30 |
| such that the at least one power module and the at least one ethernet switch module can be used as a shared resource by the plurality of CPU modules | 1 |
| chassis comprises caddies providing air flow from the front to the rear of the chassis | 3 |
| wherein the dedicated ethernet path is separate from a switched fast ethernet connection and provides the | 20 |

| | |
|---|---|
| microcontroller module with a connection to remotely poll the CPU module, the power module and the ethernet switch module | |
| a specific hot swap mating connector of the backplane board | 20, 24 |
| configuring the CPU module and instructing a network attached storage (NAS) to locate an operating system (OS) from which to boot | 14 |
| remote booting of a CPU module allows the CPU module to run different types of operating systems | 16 |
| remote booting of the CPU module allows the CPU module to run different types of operating systems | 35 |
| the ethernet switch module filters communications internal and external to the computer network appliance to limit collisions caused by communications traffic | 24 |
| effects of a lack of a local HDD include increased mean time between failure (MTBF) and decreased mean time to repair (MTTR) of the computer network appliance. | 17, 36 |

Additionally, to the extent an asserted apparatus claim includes both apparatus and method limitations, that claim is invalid for indefiniteness. *See, e.g., IPXL Holdings, LLC v. Amazon.com, Inc.*, 430 F.3d 1377 (Fed. Cir. 2005). Claims 16, 22, 23 and 24 are also invalid for indefiniteness because they are apparatus claims that contain method limitations.

Because discovery is ongoing and additional claim construction may be necessary for Plaintiff's Asserted Claims, Defendant hereby reserves the right to

assert additional grounds for the invalidity of any of the claims based on non-enablement or inadequate written description under 35 U.S.C. § 112 ¶ 1 or indefiniteness under 35 U.S.C. § 112 ¶ 2.

4. **Invalidity Under 35 U.S.C. § 112 ¶ 4**

Asserted Claims 17 and 36 are invalid for failing to comply with the requirements of 35 U.S.C. § 112 ¶ 4. 35 U.S.C. § 112 ¶ 4 recites:

> Subject to the following paragraph, a claim in dependent form shall contain a reference to a claim previously set forth and then specify a further limitation of the subject matter claimed. A claim in dependent form shall be construed to incorporate by reference all the limitations of the claim to which it refers.

Claim 17 and 36 fail to add a "further limitation" as required and merely restate a necessary characteristic or fundamental law of nature of a previously recited element.

## IV.    **PRIORITY**

Dell hereby provides notice that it contends that the '021 Patent is not entitled to the priority claim stated on the face the patent.

The '021 Patent is not entitled to the benefit of Provisional Application No. 60/248,834 because the application does not satisfy the written description and enablement requirements of 35 U.S.C. § 112, ¶ 1. *See* 35. U.S.C. § 119. For example, the Provisional Application No. 60/248,834 fails to meet the written description and/or enablement requirements for the following claims:

| Claim Limitation | Claims Using Limitation |
|---|---|
| hot-swappable power module | 1, 20, 24 |
| hot-swappable ethernet switch module | 1, 20, 24 |
| hot-swappable CPU module | 1, 20, 24, 30 |
| CPU module is a stand-alone independently-functioning computer | 1, 30 |
| wherein the dedicated ethernet path is separate from a switched fast ethernet connection and provides the microcontroller module with a connection to remotely poll the CPU module, the power module and the ethernet switch module | 20 |
| chassis comprises caddies providing air flow from the front to the rear of the chassis | 3 |
| configuring the CPU module and instructing a network attached storage (NAS) to locate an operating system (OS) from which to boot | 14 |
| a specific hot swap mating connector of the backplane board | 20, 24 |
| the ethernet switch module filters communications internal and external to the computer network appliance to limit collisions caused by communications traffic | 24 |
| CPU module is a stand-alone independently-functioning computer | 1, 30 |
| the computer network appliance is free of a local hard disk drive (HDD) | 15 |
| the computer network appliance is free of a local HDD | 34 |

## V.    DOCUMENT PRODUCTION UNDER L.P.R. 4.3(B)

Pursuant to P.R. 4.3(b), Dell hereby produces, to the extent not already produced by Defendant, a copy of each item of prior art identified in this disclosure comprising a printed publication if such item of prior art does not appear in the file history of the patent at issue.

Dated: July 17, 2017        Respectfully submitted,

/s/ *Paula D. Heyman*

Scott E. Taylor (Georgia Bar No. 785596)
Andrew B. Flake (Georgia Bar No. 262425)
**ARNALL GOLDEN GREGORY LLP**
17117th Street Northwest
Suite 2100
Atlanta, Georgia 30363
Phone: (404) 873-7026
Fax: (404) 873-7027
*andrew.flake@agg.com*

Of Counsel:

Kevin J. Meek (admitted *pro hac vice*)
E-mail: *kevin.meek@bakerbotts.com*
Paula D. Heyman (admitted *pro hac vice*)
E-mail: *paula.heyman@bakerbotts.com*
**BAKER BOTTS L.L.P.**
98 San Jacinto Boulevard, Suite 1500
Austin, Texas 78701-4078
Telephone: (512) 322-2500
Facsimile: (512) 322-2501

Roger Fulghum (admitted *pro hac vice*)
E-mail: *roger.fulghum@bakerbotts.com*
**BAKER BOTTS L.L.P.**
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

***Attorneys for Defendant/ Counterclaimant,
DELL INC.***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document was served on the following counsel of record on the 17th day of July, 2017, by email.


N. Andrew Crain
Dan R. Gresham
Eric Maurer
Robert Duncan Gravois
**THOMAS |HORSTEMEYER, LLP**
400 Interstate North Parkway
Suite 1500
Atlanta, Georgia 30339
Tel: (770) 933-9500
Fax: (770) 951-0933
andrew.crain@thomashorstemeyer.com
dan.gresham@thomashorstemeyer.com
eric.maurer@thomashorstemeyer.com
robert.gravois@thomashorstemeyer.com

*Attorneys for Plaintiff Acceleron*


_/s/ Paula D. Heyman_