# Exhibit A-1

**Invalidity Chart for Asserted U.S. Patent 6,948,021**
**U.S. Patent No. 5,317,697 to David J. Husak et al. ("Husak")**

| Claim Element | Husak |
|---|---|
| 20[p]. A computer network appliance comprising: | *See, e.g.*, Husak at 3:35–49, "An illustrative embodiment of a live insertion and removal mechanism according to the invention can be implemented in a communication apparatus, such as a network hub as illustrated in FIG. 1 and described in co-pending commonly owned U.S. application Ser. No. 07/738,200, which is incorporated herein by reference. Such a system typically comprises a chassis 10 having a backplane 12 which defines slots for accommodating a plurality of sub-assemblies or circuit boards 15. The backplane provides pathways, such as power planes and buses for conveying power, control and data signals among a processor 13 and circuit boards installed in the system. The circuit boards access the backplane for communication over a bus, such as a VMEbus 14, via a plurality of connectors 16." <br><br> *See also* Husak at Claims 1, 7. <br><br> *See, e.g.*, Husak at Fig. 1. <br><br>  <br><br> FIG. 1 <br><br> To the extent the Plaintiff alleges this limitation is not literally present in the reference, this limitation would have been obvious to one of ordinary skill in the art in view of this reference and/or in combination with other references as disclosed in the cover pleading for Dell's Invalidity Contentions. |

| Claim Element | Husak |
|---|---|
| 20[a]. a hot-swappable CPU module; | *See, e.g.*, Husak at 3:35–49, "An illustrative embodiment of a live insertion and removal mechanism according to the invention can be implemented in a communication apparatus, such as a network hub as illustrated in FIG. 1 and described in co-pending commonly owned U.S. application Ser. No. 07/738,200, which is incorporated herein by reference. Such a system typically comprises a chassis 10 having a backplane 12 which defines slots for accommodating a plurality of sub-assemblies or circuit boards 15. The backplane provides pathways, such as power planes and buses for conveying power, control and data signals among a processor 13 and circuit boards installed in the system. The circuit boards access the backplane for communication over a bus, such as a VMEbus 14, via a plurality of connectors 16."<br><br>*See also* Husak at Claims 1, 4, 10.<br><br>*See, e.g.*, Husak at Fig. 1.<br><br><br><br>**FIG. 1**<br><br>To the extent the Plaintiff alleges this limitation is not literally present in the reference, this limitation would have been obvious to one of ordinary skill in the art in view of this reference and/or in combination with other references as disclosed in the cover pleading for Dell's Invalidity Contentions. |
| 20[b]. a hot-swappable power | *See, e.g.*, Husak at 1:66–8, "The aforementioned considerations are presently addressed in part by some implementations of live-insertion schemes known in the art. One implementation known, is to use DC-DC conversion schemes wherein a backplane is provided with a backplane voltage at a higher voltage than is used by |

| Claim Element | Husak |
|---|---|
| module; | the sub-assemblies. Each sub-assembly has a DC-DC converter for connection to the backplane voltage, to effect power isolation. Such an implementation requires significant additional and costly circuitry and consumes considerable space on the sub-assemblies."<br><br>*See, e.g.*, Husak at 3:35–49, "An illustrative embodiment of a live insertion and removal mechanism according to the invention can be implemented in a communication apparatus, such as a network hub as illustrated in FIG. 1 and described in co-pending commonly owned U.S. application Ser. No. 07/738,200, which is incorporated herein by reference. Such a system typically comprises a chassis 10 having a backplane 12 which defines slots for accommodating a plurality of sub-assemblies or circuit boards 15. The backplane provides pathways, such as power planes and buses for conveying power, control and data signals among a processor 13 and circuit boards installed in the system. The circuit boards access the backplane for communication over a bus, such as a VMEbus 14, via a plurality of connectors 16."<br><br>*See also* Husak at Claims 1, 28.<br><br>To the extent the Plaintiff alleges this limitation is not literally present in the reference, this limitation would have been obvious to one of ordinary skill in the art in view of this reference and/or in combination with other references as disclosed in the cover pleading for Dell's Invalidity Contentions. |
| 20[c]. a hot-swappable ethernet switch module; | *See, e.g.*, Husak at 3:35–49, "An illustrative embodiment of a live insertion and removal mechanism according to the invention can be implemented in a communication apparatus, such as a network hub as illustrated in FIG. 1 and described in co-pending commonly owned U.S. application Ser. No. 07/738,200, which is incorporated herein by reference. Such a system typically comprises a chassis 10 having a backplane 12 which defines slots for accommodating a plurality of sub-assemblies or circuit boards 15. The backplane provides pathways, such as power planes and buses for conveying power, control and data signals among a processor 13 and circuit boards installed in the system. The circuit boards access the backplane for communication over a bus, such as a VMEbus 14, via a plurality of connectors 16."<br><br>*See also* Husak at Claims 1.<br><br>To the extent the Plaintiff alleges this limitation is not literally present in the reference, this limitation would have been obvious to one of ordinary skill in the art in view of this reference and/or in combination with other references as disclosed in the cover pleading for Dell's Invalidity Contentions. |
| 20[d]. and a backplane | *See, e.g.*, Husak at 1:66–8, "The aforementioned considerations are presently addressed in part by some implementations of live-insertion schemes known in the art. One implementation known, is to use DC-DC |

| Claim Element | Husak |
|---|---|
| board having a plurality of hot swap mating connectors; | conversion schemes wherein a backplane is provided with a backplane voltage at a higher voltage than is used by the sub-assemblies. Each sub-assembly has a DC-DC converter for connection to the backplane voltage, to effect power isolation. Such an implementation requires significant additional and costly circuitry and consumes considerable space on the sub-assemblies."<br><br>*See, e.g.*, Husak at 2:37–62, "As presently disclosed, an active switching device such as a metal oxide semiconductor field effect transistor (mosfet) and related passive circuitry, and a connector having a plurality of graduated pin lengths effect a controlled ramp-up and ramp-down of power to a sub-assembly inserted into and removed from a live electronic assembly. During insertion of an unpowered sub-assembly into a live electronic assembly, a first set of contact pins (long pins) provide a ground and a preliminary voltage (PRE-- VCC) to the inserted sub-assembly to power live insertion request logic. A live insertion period request is issued which causes a system bus arbiter to force the system bus to an idle state after any bus operation in progress is completed. A second set of contact pins (medium pins) provide power to the mosfet and related passive circuitry which ramps up power to the inserted sub-assembly assuring that current in-rush is gradual. A third set of contact pins (short pins) bypass the mosfet circuitry and indicate when the sub-assembly is fully inserted. During removal short pins disengage first. The mosfet bypass is removed. An indication is issued that the sub-assembly is not fully seated. A live insertion period is requested. The mosfet and related passive circuitry ramp down power after the medium pins disengage until the power to the sub-assembly is completely removed upon full withdrawal."<br><br>*See, e.g.*, Husak at 2:63–3:3, "Features of the invention include using system voltages used on a backplane for assembly and sub-assembly power, to implement protection schemes as described. This inexpensive implementation of live insertion and removal avoids complex circuitry and the consumption of valuable board space associated therewith. Critical pins are strategically located in the connector to avoid problems resulting from board or assembly skew during insertion or removal."<br><br>*See, e.g.*, Husak at 3:35–49, "An illustrative embodiment of a live insertion and removal mechanism according to the invention can be implemented in a communication apparatus, such as a network hub as illustrated in FIG. 1 and described in co-pending commonly owned U.S. application Ser. No. 07/738,200, which is incorporated herein by reference. Such a system typically comprises a chassis 10 having a backplane 12 which defines slots for accommodating a plurality of sub-assemblies or circuit boards 15. The backplane provides pathways, such as power planes and buses for conveying power, control and data signals among a processor 13 and circuit boards installed in the system. The circuit boards access the backplane for communication over a bus, such as a VMEbus 14, via a plurality of connectors 16."<br><br>*See, e.g.*, Husak at 3:50–56, "Where there are large amounts of power, control and data signals to be transmitted |

| Claim Element | Husak |
|---|---|
|  | on the bus, the connectors may be high density interconnect devices, such as illustrated in FIGS. 1a and 1b. The connectors according to this illustrative embodiment comprise a four row vertical header with compliant pressfit pins and a guide pin for assuring proper alignment with a mating receptacle."

*See, e.g.*, Husak at 3:57–68, "To effect live insertion and removal according to the invention, a plurality of pin heights is desirable to create sequenced engagement or contact of electronic circuitry as discussed hereinafter. In the case of insertion, a first pin height or long pin(s) 18 facilitate an initial electrical, connection between the connector 16 and receptacle. A second pin height or medium pin(s) 20 facilitate an intermediate engagement and a third pin height or short pin(s) 22 are the last pins to engage for complete electrical connection. The difference in height between the respective heights is preferably approximately 0.03 inch."

*See, e.g.*, Husak at 4:6–22, "The plurality of pin heights as described hereinbefore work in conjunction with electronic circuitry to effect live insertion and removal, without damage to any electronic circuitry and without corruption of data. As illustrated in the block diagram of FIG. 2, insertion/removal logic 24 is required to sense or detect when a live insertion or removal is being undertaken, as indicated by circuitry on a sub-assembly being installed or removed. The insertion/removal logic 24 is resident on the processor board 13. The insertion/removal logic 24 communicates with bus arbitration logic 28 resident on the processor board 13. The bus arbitration logic, such as a VME bus arbiter known in the art, receives bus requests and prioritizes bus access. The known bus arbitration logic 28 is modified to accommodate a highest priority bus request which is issued by the insertion/removal logic 24 as discussed hereinafter."

*See, e.g.*, Husak at 8:17–21, "The live insertion and removal mechanism is described herein in the context of a VMEbus and an FDDI backplane ring, however those of ordinary skill in the art will appreciate that such a mechanism can be implemented in systems having other system buses."

*See, e.g.*, Husak at 8:22–27, "Similarly, while the invention is discussed in the context of a communication hub, it will be appreciated that such a live insertion and removal mechanism can be desirably implemented in other contexts wherein sub-assemblies are inserted or removed from a live assembly, such as in computer systems and the like."

*See also* Husak at 4:23–7:55.

*See also* Husak at Claims 1, 7, 13,17–19, 24–27.

*See, e.g.*, Husak at Fig. 1. |

**Appendix A-1**

| Claim Element | Husak |
|---|---|
| | <br><br>**FIG. 1**<br><br>To the extent the Plaintiff alleges this limitation is not literally present in the reference, this limitation would have been obvious to one of ordinary skill in the art in view of this reference and/or in combination with other references as disclosed in the cover pleading for Dell's Invalidity Contentions. |
| 20[e]. and a microcontroller module and a dedicated ethernet path, wherein the dedicated ethernet path is separate from a switched fast ethernet connection and provides the microcontroller module with a connection to remotely poll the CPU | *See, e.g.*, Husak at 3:35–49, "An illustrative embodiment of a live insertion and removal mechanism according to the invention can be implemented in a communication apparatus, such as a network hub as illustrated in FIG. 1 and described in co-pending commonly owned U.S. application Ser. No. 07/738,200, which is incorporated herein by reference. Such a system typically comprises a chassis 10 having a backplane 12 which defines slots for accommodating a plurality of sub-assemblies or circuit boards 15. The backplane provides pathways, such as power planes and buses for conveying power, control and data signals among a processor 13 and circuit boards installed in the system. The circuit boards access the backplane for communication over a bus, such as a VMEbus 14, via a plurality of connectors 16."<br><br>*See also* Husak at Claim 1.<br><br>To the extent the Plaintiff alleges this limitation is not literally present in the reference, this limitation would have been obvious to one of ordinary skill in the art in view of this reference and/or in combination with other references as disclosed in the cover pleading for Dell's Invalidity Contentions. |

| Claim Element | Husak |
|---|---|
| module, the power module and the ethernet switch module | |
| 20[f]. wherein each of the CPU module, the power module and the ethernet switch module includes a hot swap connector for connecting with a specific hot swap mating connector of the backplane board. | *See, e.g.*, Husak at Abstract, "A live insertion and removal mechanism assures that a sub-assembly being inserted or removed from a live electronic assembly does not disrupt system power and buses and is protected against the negative affects of current surge. An active current control device and related circuitry, and a connector having a plurality of graduated pin lengths effect a controlled ramp-up and ramp-down of power to the sub-assembly inserted into and removed from the live electronic assembly. Additionally, means are provided for effectively disconnecting selected output drivers from signal and control paths to avoid damage to the drivers upon insertion or removal of the sub-assembly from the live assembly." <br><br> *See, e.g.*, Husak at 2:9–26, "An alternative scheme using a mechanical switch to remove and supply power to a sub-assembly being removed or inserted, is disclosed in U.S. Pat. No. 4,835,737. The modules to be live inserted or removed each have an associated mechanical switch that causes an inhibit signal to be issued to a control circuit which has a resident state machine to effect a logic sequence that inhibits bus operation, such as by halting clock signals. Two different lengths of pins are used in a connector to which the actuator operated switch is connected to assure that the switch state indicating pins contact the connector before other signal pins. However, in such an embodiment no attempt is made to protect voltages on the backplane or to protect devices on the sub-assembly being inserted or removed. Further, such a live insertion mechanism requires elaborate sequential logic circuitry" <br><br> *See, e.g.*, Husak at 2:29–36, "The present invention provides a live insertion and removal mechanism that does not require the use of elaborate sequential logic circuitry in assuring that a sub-assembly being inserted or removed from a live electronic assembly does not disrupt system power and corrupt system buses. In addition, the mechanism Protects the sub-assembly being inserted or removed against damage." <br><br> *See, e.g.*, Husak at 2:37–62, "As presently disclosed, an active switching device such as a metal oxide semiconductor field effect transistor (mosfet) and related passive circuitry, and a connector having a plurality of graduated pin lengths effect a controlled ramp-up and ramp-down of power to a sub-assembly inserted into and removed from a live electronic assembly. During insertion of an unpowered sub-assembly into a live electronic assembly, a first set of contact pins (long pins) provide a ground and a preliminary voltage (PRE-- VCC) to the inserted sub-assembly to power live insertion request logic. A live insertion period request is issued which causes a system bus arbiter to force the system bus to an idle state after any bus operation in progress is completed. A. second set of contact pins (medium pins) provide power to the mosfet and related passive circuitry which ramps |

| Claim Element | Husak |
|---|---|
| | up power to the inserted sub-assembly assuring that current in-rush is gradual. A third set of contact pins (short pins) bypass the mosfet circuitry and indicate when the sub-assembly is fully inserted. During removal short pins disengage first. The mosfet bypass is removed. An indication is issued that the sub-assembly is not fully seated. A live insertion period is requested. The mosfet and related passive circuitry ramp down power after the medium pins disengage until the power to the sub-assembly is completely removed upon full withdrawal."<br><br>*See, e.g.*, Husak at 3:50–56, "Where there are large amounts of power, control and data signals to be transmitted on the bus, the connectors may be high density interconnect devices, such as illustrated in FIGS. 1a and 1b. The connectors according to this illustrative embodiment comprise a four row vertical header with compliant pressfit pins and a guide pin for assuring proper alignment with a mating receptacle."<br><br>*See, e.g.*, Husak at 3:57–68, "To effect live insertion and removal according to the invention, a plurality of pin heights is desirable to create sequenced engagement or contact of electronic circuitry as discussed hereinafter. In the case of insertion, a first pin height or long pin(s) 18 facilitate an initial electrical, connection between the connector 16 and receptacle. A second pin height or medium pin(s) 20 facilitate an intermediate engagement and a third pin height or short pin(s) 22 are the last pins to engage for complete electrical connection. The difference in height between the respective heights is preferably approximately 0.03 inch."<br><br>*See, e.g.*, Husak at 4:1–5, "Upon removal, the sequence of disengagement is reversed. The short pins 22 disengage first, the medium pins 20 disengage second and the long pins 18 are last to disengage. The sequence of disengagement facilitates graceful removal of power."<br><br>*See, e.g.*, Husak at 4:6–22, "The plurality of pin heights as described hereinbefore work in conjunction with electronic circuitry to effect live insertion and removal, without damage to any electronic circuitry and without corruption of data. As illustrated in the block diagram of FIG. 2, insertion/removal logic 24 is required to sense or detect when a live insertion or removal is being undertaken, as indicated by circuitry on a sub-assembly being installed or removed. The insertion/removal logic 24 is resident on the processor board 13. The insertion/removal logic 24 communicates with bus arbitration logic 28 resident on the processor board 13. The bus arbitration logic, such as a VME bus arbiter known in the art, receives bus requests and prioritizes bus access. The known bus arbitration logic 28 is modified to accommodate a highest priority bus request which is issued by the insertion/removal logic 24 as discussed hereinafter."<br><br>*See, e.g.*, Husak at 8:17–21, "The live insertion and removal mechanism is described herein in the context of a VMEbus and an FDDI backplane ring, however those of ordinary skill in the art will appreciate that such a mechanism can be implemented in systems having other system buses." |

| Claim Element | Husak |
|---|---|
| | *See, e.g.*, Husak at 8:22–27, "Similarly, while the invention is discussed in the context of a communication hub, it will be appreciated that such a live insertion and removal mechanism can be desirably implemented in other contexts wherein sub-assemblies are inserted or removed from a live assembly, such as in computer systems and the like." <br><br> *See, e.g.*, Husak at 8:34–38, "While three pin heights, differing by 0.03 inch are used herein to illustrate the live insertion and removal according to the invention, it will be appreciated that greater or fewer heights, of various differentials can be implemented. <br><br> *See also* Husak at 4:23–7:55. <br><br> *See also* Husak at Claims 1, 7, 13,17–19, 24–27. <br><br> *See, e.g.*, Husak at Fig. 1A. <br><br>  <br> **FIG. 1A** <br><br> *See, e.g.*, Husak at Fig. 1B. <br><br>  <br> **FIG. 1B** <br><br> To the extent the Plaintiff alleges this limitation is not literally present in the reference, this limitation would have been obvious to one of ordinary skill in the art in view of this reference and/or in combination with other |

| Claim Element | Husak |
|---|---|
|  | references as disclosed in the cover pleading for Dell's Invalidity Contentions. |
| 24[p]. A computer network appliance, comprising: | *See* Claim 20[p], above. |
| 24[a]. a hot-swappable CPU module; | *See* Claim 20[a], above. |
| 24[b]. a hot-swappable power module; | *See* Claim 20[b], above. |
| 24[c]. a hot-swappable ethernet switch module; | *See* Claim 20[c], above. |
| 24[d]. and a backplane board having a plurality of hot swap mating connectors; | *See* Claim 20[d], above. |
| 24[e]. wherein each of the CPU module, the power module and the ethernet switch module includes a hot | *See* Claim 20[f], above. |

| Claim Element | Husak |
|---|---|
| swap connector for connecting with a specific hot swap mating connector of the backplane board; | |
| 24[f]. wherein the ethernet switch module filters communications internal and external to the computer network appliance to limit collisions caused by communications traffic. | To the extent the Plaintiff alleges this limitation is not literally present in the reference, this limitation would have been obvious to one of ordinary skill in the art in view of this reference and/or in combination with other references as disclosed in the cover pleading for Dell's Invalidity Contentions. |
| 30[p]. **[Not asserted]** A method of mounting a plurality of hot-swappable CPU modules in a computer network appliance, wherein each | *See, e.g.*, Husak at Abstract, "A live insertion and removal mechanism assures that a sub-assembly being inserted or removed from a live electronic assembly does not disrupt system power and buses and is protected against the negative affects of current surge. An active current control device and related circuitry, and a connector having a plurality of graduated pin lengths effect a controlled ramp-up and ramp-down of power to the sub-assembly inserted into and removed from the live electronic assembly. Additionally, means are provided for effectively disconnecting selected output drivers from signal and control paths to avoid damage to the drivers upon insertion or removal of the sub-assembly from the live assembly." *See, e.g.*, Husak at 1:66–8, "The aforementioned considerations are presently addressed in part by some implementations of live-insertion schemes known in the art. One implementation known, is to use DC-DC conversion schemes wherein a backplane is provided with a backplane voltage at a higher voltage than is used by |

| Claim Element | Husak |
|---|---|
| CPU module is an independently-functioning stand-alone computer, each CPU module comprising a hot swap connector including ground pins, power pins and signal pins, the computer network appliance including a backplane board having hot swap mating connectors, the method comprising: | the sub-assemblies. Each sub-assembly has a DC-DC converter for connection to the backplane voltage, to effect power isolation. Such an implementation requires significant additional and costly circuitry and consumes considerable space on the sub-assemblies."

*See, e.g.*, Husak at 2:9–26, "An alternative scheme using a mechanical switch to remove and supply power to a sub-assembly being removed or inserted, is disclosed in U.S. Pat. No. 4,835,737. The modules to be live inserted or removed each have an associated mechanical switch that causes an inhibit signal to be issued to a control circuit which has a resident state machine to effect a logic sequence that inhibits bus operation, such as by halting clock signals. Two different lengths of pins are used in a connector to which the actuator operated switch is connected to assure that the switch state indicating pins contact the connector before other signal pins. However, in such an embodiment no attempt is made to protect voltages on the backplane or to protect devices on the sub-assembly being inserted or removed. Further, such a live insertion mechanism requires elaborate sequential logic circuitry"

*See, e.g.*, Husak at 2:29–36, "The present invention provides a live insertion and removal mechanism that does not require the use of elaborate sequential logic circuitry in assuring that a sub-assembly being inserted or removed from a live electronic assembly does not disrupt system power and corrupt system buses. In addition, the mechanism Protects the sub-assembly being inserted or removed against damage."

*See, e.g.*, Husak at 2:37–62, "As presently disclosed, an active switching device such as a metal oxide semiconductor field effect transistor (mosfet) and related passive circuitry, and a connector having a plurality of graduated pin lengths effect a controlled ramp-up and ramp-down of power to a sub-assembly inserted into and removed from a live electronic assembly. During insertion of an unpowered sub-assembly into a live electronic assembly, a first set of contact pins (long pins) provide a ground and a preliminary voltage (PRE-- VCC) to the inserted sub-assembly to power live insertion request logic. A live insertion period request is issued which causes a system bus arbiter to force the system bus to an idle state after any bus operation in progress is completed. A second set of contact pins (medium pins) provide power to the mosfet and related passive circuitry which ramps up power to the inserted sub-assembly assuring that current in-rush is gradual. A third set of contact pins (short pins) bypass the mosfet circuitry and indicate when the sub-assembly is fully inserted. During removal short pins disengage first. The mosfet bypass is removed. An indication is issued that the sub-assembly is not fully seated. A live insertion period is requested. The mosfet and related passive circuitry ramp down power after the medium pins disengage until the power to the sub-assembly is completely removed upon full withdrawal."

*See, e.g.*, Husak at 2:63–3:3, "Features of the invention include using system voltages used on a backplane for assembly and sub-assembly power, to implement protection schemes as described. This inexpensive implementation of live insertion and removal avoids complex circuitry and the consumption of valuable board |

| Claim Element | Husak |
|---|---|
| | space associated therewith. Critical pins are strategically located in the connector to avoid problems resulting from board or assembly skew during insertion or removal." |

*See, e.g.*, Husak at 3:35–49, "An illustrative embodiment of a live insertion and removal mechanism according to the invention can be implemented in a communication apparatus, such as a network hub as illustrated in FIG. 1 and described in co-pending commonly owned U.S. application Ser. No. 07/738,200, which is incorporated herein by reference. Such a system typically comprises a chassis 10 having a backplane 12 which defines slots for accommodating a plurality of sub-assemblies or circuit boards 15. The backplane provides pathways, such as power planes and buses for conveying power, control and data signals among a processor 13 and circuit boards installed in the system. The circuit boards access the backplane for communication over a bus, such as a VMEbus 14, via a plurality of connectors 16."

*See, e.g.*, Husak at 3:50–56, "Where there are large amounts of power, control and data signals to be transmitted on the bus, the connectors may be high density interconnect devices, such as illustrated in FIGS. 1a and 1b. The connectors according to this illustrative embodiment comprise a four row vertical header with compliant pressfit pins and a guide pin for assuring proper alignment with a mating receptacle."

*See, e.g.*, Husak at 3:57–68, "To effect live insertion and removal according to the invention, a plurality of pin heights is desirable to create sequenced engagement or contact of electronic circuitry as discussed hereinafter. In the case of insertion, a first pin height or long pin(s) 18 facilitate an initial electrical, connection between the connector 16 and receptacle. A second pin height or medium pin(s) 20 facilitate an intermediate engagement and a third pin height or short pin(s) 22 are the last pins to engage for complete electrical connection. The difference in height between the respective heights is preferably approximately 0.03 inch."

*See, e.g.*, Husak at 4:1–5, "Upon removal, the sequence of disengagement is reversed. The short pins 22 disengage first, the medium pins 20 disengage second and the long pins 18 are last to disengage. The sequence of disengagement facilitates graceful removal of power."

*See, e.g.*, Husak at 4:6–22, "The plurality of pin heights as described hereinbefore work in conjunction with electronic circuitry to effect live insertion and removal, without damage to any electronic circuitry and without corruption of data. As illustrated in the block diagram of FIG. 2, insertion/removal logic 24 is required to sense or detect when a live insertion or removal is being undertaken, as indicated by circuitry on a sub-assembly being installed or removed. The insertion/removal logic 24 is resident on the processor board 13. The insertion/removal logic 24 communicates with bus arbitration logic 28 resident on the processor board 13. The bus arbitration logic, such as a VME bus arbiter known in the art, receives bus requests and prioritizes bus access. The known bus arbitration logic 28 is modified to accommodate a highest priority bus request which is issued by the

| Claim Element | Husak |
|---|---|
| | insertion/removal logic 24 as discussed hereinafter." |

*See, e.g.*, Husak at 8:17–21, "The live insertion and removal mechanism is described herein in the context of a VMEbus and an FDDI backplane ring, however those of ordinary skill in the art will appreciate that such a mechanism can be implemented in systems having other system buses."

*See, e.g.*, Husak at 8:22–27, "Similarly, while the invention is discussed in the context of a communication hub, it will be appreciated that such a live insertion and removal mechanism can be desirably implemented in other contexts wherein sub-assemblies are inserted or removed from a live assembly, such as in computer systems and the like."

*See, e.g.*, Husak at 8:34–38, "While three pin heights, differing by 0.03 inch are used herein to illustrate the live insertion and removal according to the invention, it will be appreciated that greater or fewer heights, of various differentials can be implemented.

*See also* Husak at 4:23–7:55.

*See also* Husak at Claims 1, 4, 7, 10, 13,17–19, 24–27.

*See, e.g.*, Husak at Fig. 1.



**FIG. 1**

*See, e.g.*, Husak at Fig. 1A.

| Claim Element | Husak |
|---|---|
| | <br>FIG. 1A<br><br>*See, e.g.*, Husak at Fig. 1B.<br><br><br>FIG. 1B<br><br>To the extent the Plaintiff alleges this limitation is not literally present in the reference, this limitation would have been obvious to one of ordinary skill in the art in view of this reference and/or in combination with other references as disclosed in the cover pleading for Dell's Invalidity Contentions. |
| 30[a]. **[Not asserted]** connecting the ground pins of the hot swap connector with corresponding ground elements of a hot swap mating connector of the backplane board; | *See, e.g.*, Husak at Abstract, "A live insertion and removal mechanism assures that a sub-assembly being inserted or removed from a live electronic assembly does not disrupt system power and buses and is protected against the negative affects of current surge. An active current control device and related circuitry, and a connector having a plurality of graduated pin lengths effect a controlled ramp-up and ramp-down of power to the sub-assembly inserted into and removed from the live electronic assembly. Additionally, means are provided for effectively disconnecting selected output drivers from signal and control paths to avoid damage to the drivers upon insertion or removal of the sub-assembly from the live assembly."<br><br>*See, e.g.*, Husak at 1:66–8, "The aforementioned considerations are presently addressed in part by some implementations of live-insertion schemes known in the art. One implementation known, is to use DC-DC conversion schemes wherein a backplane is provided with a backplane voltage at a higher voltage than is used by the sub-assemblies. Each sub-assembly has a DC-DC converter for connection to the backplane voltage, to effect power isolation. Such an implementation requires significant additional and costly circuitry and consumes |

| Claim Element | Husak |
|---|---|
| | considerable space on the sub-assemblies."

*See, e.g.*, Husak at 2:9–26, "An alternative scheme using a mechanical switch to remove and supply power to a sub-assembly being removed or inserted, is disclosed in U.S. Pat. No. 4,835,737. The modules to be live inserted or removed each have an associated mechanical switch that causes an inhibit signal to be issued to a control circuit which has a resident state machine to effect a logic sequence that inhibits bus operation, such as by halting clock signals. Two different lengths of pins are used in a connector to which the actuator operated switch is connected to assure that the switch state indicating pins contact the connector before other signal pins. However, in such an embodiment no attempt is made to protect voltages on the backplane or to protect devices on the sub-assembly being inserted or removed. Further, such a live insertion mechanism requires elaborate sequential logic circuitry"

*See, e.g.*, Husak at 2:29–36, "The present invention provides a live insertion and removal mechanism that does not require the use of elaborate sequential logic circuitry in assuring that a sub-assembly being inserted or removed from a live electronic assembly does not disrupt system power and corrupt system buses. In addition, the mechanism Protects the sub-assembly being inserted or removed against damage."

*See, e.g.*, Husak at 2:37–62, "As presently disclosed, an active switching device such as a metal oxide semiconductor field effect transistor (mosfet) and related passive circuitry, and a connector having a plurality of graduated pin lengths effect a controlled ramp-up and ramp-down of power to a sub-assembly inserted into and removed from a live electronic assembly. During insertion of an unpowered sub-assembly into a live electronic assembly, a first set of contact pins (long pins) provide a ground and a preliminary voltage (PRE-- VCC) to the inserted sub-assembly to power live insertion request logic. A live insertion period request is issued which causes a system bus arbiter to force the system bus to an idle state after any bus operation in progress is completed. A. second set of contact pins (medium pins) provide power to the mosfet and related passive circuitry which ramps up power to the inserted sub-assembly assuring that current in-rush is gradual. A third set of contact pins (short pins) bypass the mosfet circuitry and indicate when the sub-assembly is fully inserted. During removal short pins disengage first. The mosfet bypass is removed. An indication is issued that the sub-assembly is not fully seated. A live insertion period is requested. The mosfet and related passive circuitry ramp down power after the medium pins disengage until the power to the sub-assembly is completely removed upon full withdrawal."

*See, e.g.*, Husak at 3:35–49, "An illustrative embodiment of a live insertion and removal mechanism according to the invention can be implemented in a communication apparatus, such as a network hub as illustrated in FIG. 1 and described in co-pending commonly owned U.S. application Ser. No. 07/738,200, which is incorporated herein by reference. Such a system typically comprises a chassis 10 having a backplane 12 which defines slots for accommodating a plurality of sub-assemblies or circuit boards 15. The backplane provides pathways, such as |

| Claim Element | Husak |
|---|---|
| | power planes and buses for conveying power, control and data signals among a processor 13 and circuit boards installed in the system. The circuit boards access the backplane for communication over a bus, such as a VMEbus 14, via a plurality of connectors 16." |

*See, e.g.*, Husak at 3:50–56, "Where there are large amounts of power, control and data signals to be transmitted on the bus, the connectors may be high density interconnect devices, such as illustrated in FIGS. 1a and 1b. The connectors according to this illustrative embodiment comprise a four row vertical header with compliant pressfit pins and a guide pin for assuring proper alignment with a mating receptacle."

*See, e.g.*, Husak at 3:57–68, "To effect live insertion and removal according to the invention, a plurality of pin heights is desirable to create sequenced engagement or contact of electronic circuitry as discussed hereinafter. In the case of insertion, a first pin height or long pin(s) 18 facilitate an initial electrical, connection between the connector 16 and receptacle. A second pin height or medium pin(s) 20 facilitate an intermediate engagement and a third pin height or short pin(s) 22 are the last pins to engage for complete electrical connection. The difference in height between the respective heights is preferably approximately 0.03 inch."

*See, e.g.*, Husak at 4:1–5, "Upon removal, the sequence of disengagement is reversed. The short pins 22 disengage first, the medium pins 20 disengage second and the long pins 18 are last to disengage. The sequence of disengagement facilitates graceful removal of power."

*See, e.g.*, Husak at 4:6–22, "The plurality of pin heights as described hereinbefore work in conjunction with electronic circuitry to effect live insertion and removal, without damage to any electronic circuitry and without corruption of data. As illustrated in the block diagram of FIG. 2, insertion/removal logic 24 is required to sense or detect when a live insertion or removal is being undertaken, as indicated by circuitry on a sub-assembly being installed or removed. The insertion/removal logic 24 is resident on the processor board 13. The insertion/removal logic 24 communicates with bus arbitration logic 28 resident on the processor board 13. The bus arbitration logic, such as a VME bus arbiter known in the art, receives bus requests and prioritizes bus access. The known bus arbitration logic 28 is modified to accommodate a highest priority bus request which is issued by the insertion/removal logic 24 as discussed hereinafter."

*See, e.g.*, Husak at 8:17–21, "The live insertion and removal mechanism is described herein in the context of a VMEbus and an FDDI backplane ring, however those of ordinary skill in the art will appreciate that such a mechanism can be implemented in systems having other system buses."

*See, e.g.*, Husak at 8:22–27, "Similarly, while the invention is discussed in the context of a communication hub, it will be appreciated that such a live insertion and removal mechanism can be desirably implemented in other

| Claim Element | Husak |
|---|---|
| | contexts wherein sub-assemblies are inserted or removed from a live assembly, such as in computer systems and the like."

*See also* Husak at 4:23–7:55.

*See also* Husak at Claims 1, 7, 13,17–19, 24–27.

*See, e.g.*, Husak at Fig. 1.



FIG. 1

*See, e.g.*, Husak at Fig. 1B.



FIG. 1B

To the extent the Plaintiff alleges this limitation is not literally present in the reference, this limitation would have |

| Claim Element | Husak |
|---|---|
|  | been obvious to one of ordinary skill in the art in view of this reference and/or in combination with other references as disclosed in the cover pleading for Dell's Invalidity Contentions. |
| 30[b]. **[Not asserted]** connecting the power pins of the hot swap connector with corresponding power elements of the hot swap mating connector of the backplane board after the ground pins have made contact; and | *See, e.g.*, Husak at Abstract, "A live insertion and removal mechanism assures that a sub-assembly being inserted or removed from a live electronic assembly does not disrupt system power and buses and is protected against the negative affects of current surge. An active current control device and related circuitry, and a connector having a plurality of graduated pin lengths effect a controlled ramp-up and ramp-down of power to the sub-assembly inserted into and removed from the live electronic assembly. Additionally, means are provided for effectively disconnecting selected output drivers from signal and control paths to avoid damage to the drivers upon insertion or removal of the sub-assembly from the live assembly." <br><br> *See, e.g.*, Husak at 1:66–8, "The aforementioned considerations are presently addressed in part by some implementations of live-insertion schemes known in the art. One implementation known, is to use DC-DC conversion schemes wherein a backplane is provided with a backplane voltage at a higher voltage than is used by the sub-assemblies. Each sub-assembly has a DC-DC converter for connection to the backplane voltage, to effect power isolation. Such an implementation requires significant additional and costly circuitry and consumes considerable space on the sub-assemblies." <br><br> *See, e.g.*, Husak at 2:9–26, "An alternative scheme using a mechanical switch to remove and supply power to a sub-assembly being removed or inserted, is disclosed in U.S. Pat. No. 4,835,737. The modules to be live inserted or removed each have an associated mechanical switch that causes an inhibit signal to be issued to a control circuit which has a resident state machine to effect a logic sequence that inhibits bus operation, such as by halting clock signals. Two different lengths of pins are used in a connector to which the actuator operated switch is connected to assure that the switch state indicating pins contact the connector before other signal pins. However, in such an embodiment no attempt is made to protect voltages on the backplane or to protect devices on the sub-assembly being inserted or removed. Further, such a live insertion mechanism requires elaborate sequential logic circuitry" <br><br> *See, e.g.*, Husak at 2:29–36, "The present invention provides a live insertion and removal mechanism that does not require the use of elaborate sequential logic circuitry in assuring that a sub-assembly being inserted or removed from a live electronic assembly does not disrupt system power and corrupt system buses. In addition, the mechanism Protects the sub-assembly being inserted or removed against damage." <br><br> *See, e.g.*, Husak at 2:37–62, "As presently disclosed, an active switching device such as a metal oxide semiconductor field effect transistor (mosfet) and related passive circuitry, and a connector having a plurality of graduated pin lengths effect a controlled ramp-up and ramp-down of power to a sub-assembly inserted into and removed from a live electronic assembly. During insertion of an unpowered sub-assembly into a live electronic |

| Claim Element | Husak |
|---|---|
| | assembly, a first set of contact pins (long pins) provide a ground and a preliminary voltage (PRE-- VCC) to the inserted sub-assembly to power live insertion request logic. A live insertion period request is issued which causes a system bus arbiter to force the system bus to an idle state after any bus operation in progress is completed. A second set of contact pins (medium pins) provide power to the mosfet and related passive circuitry which ramps up power to the inserted sub-assembly assuring that current in-rush is gradual. A third set of contact pins (short pins) bypass the mosfet circuitry and indicate when the sub-assembly is fully inserted. During removal short pins disengage first. The mosfet bypass is removed. An indication is issued that the sub-assembly is not fully seated. A live insertion period is requested. The mosfet and related passive circuitry ramp down power after the medium pins disengage until the power to the sub-assembly is completely removed upon full withdrawal." <br><br> *See, e.g.*, Husak at 3:35–49, "An illustrative embodiment of a live insertion and removal mechanism according to the invention can be implemented in a communication apparatus, such as a network hub as illustrated in FIG. 1 and described in co-pending commonly owned U.S. application Ser. No. 07/738,200, which is incorporated herein by reference. Such a system typically comprises a chassis 10 having a backplane 12 which defines slots for accommodating a plurality of sub-assemblies or circuit boards 15. The backplane provides pathways, such as power planes and buses for conveying power, control and data signals among a processor 13 and circuit boards installed in the system. The circuit boards access the backplane for communication over a bus, such as a VMEbus 14, via a plurality of connectors 16." <br><br> *See, e.g.*, Husak at 3:50–56, "Where there are large amounts of power, control and data signals to be transmitted on the bus, the connectors may be high density interconnect devices, such as illustrated in FIGS. 1a and 1b. The connectors according to this illustrative embodiment comprise a four row vertical header with compliant pressfit pins and a guide pin for assuring proper alignment with a mating receptacle." <br><br> *See, e.g.*, Husak at 3:57–68, "To effect live insertion and removal according to the invention, a plurality of pin heights is desirable to create sequenced engagement or contact of electronic circuitry as discussed hereinafter. In the case of insertion, a first pin height or long pin(s) 18 facilitate an initial electrical, connection between the connector 16 and receptacle. A second pin height or medium pin(s) 20 facilitate an intermediate engagement and a third pin height or short pin(s) 22 are the last pins to engage for complete electrical connection. The difference in height between the respective heights is preferably approximately 0.03 inch." <br><br> *See, e.g.*, Husak at 4:1–5, "Upon removal, the sequence of disengagement is reversed. The short pins 22 disengage first, the medium pins 20 disengage second and the long pins 18 are last to disengage. The sequence of disengagement facilitates graceful removal of power." <br><br> *See, e.g.*, Husak at 4:6–22, "The plurality of pin heights as described hereinbefore work in conjunction with |

| Claim Element | Husak |
|---|---|
| | electronic circuitry to effect live insertion and removal, without damage to any electronic circuitry and without corruption of data. As illustrated in the block diagram of FIG. 2, insertion/removal logic 24 is required to sense or detect when a live insertion or removal is being undertaken, as indicated by circuitry on a sub-assembly being installed or removed. The insertion/removal logic 24 is resident on the processor board 13. The insertion/removal logic 24 communicates with bus arbitration logic 28 resident on the processor board 13. The bus arbitration logic, such as a VME bus arbiter known in the art, receives bus requests and prioritizes bus access. The known bus arbitration logic 28 is modified to accommodate a highest priority bus request which is issued by the insertion/removal logic 24 as discussed hereinafter." <br><br> *See, e.g.*, Husak at 8:17–21, "The live insertion and removal mechanism is described herein in the context of a VMEbus and an FDDI backplane ring, however those of ordinary skill in the art will appreciate that such a mechanism can be implemented in systems having other system buses." <br><br> *See, e.g.*, Husak at 8:22–27, "Similarly, while the invention is discussed in the context of a communication hub, it will be appreciated that such a live insertion and removal mechanism can be desirably implemented in other contexts wherein sub-assemblies are inserted or removed from a live assembly, such as in computer systems and the like." <br><br> *See also* Husak at 4:23–7:55. <br><br> *See also* Husak at Claims 1, 7, 13,17–19, 24–27. <br><br> *See, e.g.*, Husak at Fig. 1. |

| Claim Element | Husak |
|---|---|
| |  *See, e.g.*, Husak at Fig. 1B.  To the extent the Plaintiff alleges this limitation is not literally present in the reference, this limitation would have been obvious to one of ordinary skill in the art in view of this reference and/or in combination with other references as disclosed in the cover pleading for Dell's Invalidity Contentions. |
| 30[c]. **[Not asserted]** connecting the signal pins of the hot swap | *See, e.g.*, Husak at Abstract, "A live insertion and removal mechanism assures that a sub-assembly being inserted or removed from a live electronic assembly does not disrupt system power and buses and is protected against the negative affects of current surge. An active current control device and related circuitry, and a connector having a plurality of graduated pin lengths effect a controlled ramp-up and ramp-down of power to the sub-assembly inserted into and removed from the live electronic assembly. Additionally, means are provided for effectively |

| Claim Element | Husak |
|---|---|
| connector of the module with corresponding signal elements of the hot swap mating connector of the backplane board after the power pins have made contact; | disconnecting selected output drivers from signal and control paths to avoid damage to the drivers upon insertion or removal of the sub-assembly from the live assembly."<br><br>*See, e.g.*, Husak at 1:66–8, "The aforementioned considerations are presently addressed in part by some implementations of live-insertion schemes known in the art. One implementation known, is to use DC-DC conversion schemes wherein a backplane is provided with a backplane voltage at a higher voltage than is used by the sub-assemblies. Each sub-assembly has a DC-DC converter for connection to the backplane voltage, to effect power isolation. Such an implementation requires significant additional and costly circuitry and consumes considerable space on the sub-assemblies."<br><br>*See, e.g.*, Husak at 2:9–26, "An alternative scheme using a mechanical switch to remove and supply power to a sub-assembly being removed or inserted, is disclosed in U.S. Pat. No. 4,835,737. The modules to be live inserted or removed each have an associated mechanical switch that causes an inhibit signal to be issued to a control circuit which has a resident state machine to effect a logic sequence that inhibits bus operation, such as by halting clock signals. Two different lengths of pins are used in a connector to which the actuator operated switch is connected to assure that the switch state indicating pins contact the connector before other signal pins. However, in such an embodiment no attempt is made to protect voltages on the backplane or to protect devices on the sub-assembly being inserted or removed. Further, such a live insertion mechanism requires elaborate sequential logic circuitry"<br><br>*See, e.g.*, Husak at 2:29–36, "The present invention provides a live insertion and removal mechanism that does not require the use of elaborate sequential logic circuitry in assuring that a sub-assembly being inserted or removed from a live electronic assembly does not disrupt system power and corrupt system buses. In addition, the mechanism Protects the sub-assembly being inserted or removed against damage."<br><br>*See, e.g.*, Husak at 2:37–62, "As presently disclosed, an active switching device such as a metal oxide semiconductor field effect transistor (mosfet) and related passive circuitry, and a connector having a plurality of graduated pin lengths effect a controlled ramp-up and ramp-down of power to a sub-assembly inserted into and removed from a live electronic assembly. During insertion of an unpowered sub-assembly into a live electronic assembly, a first set of contact pins (long pins) provide a ground and a preliminary voltage (PRE-- VCC) to the inserted sub-assembly to power live insertion request logic. A live insertion period request is issued which causes a system bus arbiter to force the system bus to an idle state after any bus operation in progress is completed. A second set of contact pins (medium pins) provide power to the mosfet and related passive circuitry which ramps up power to the inserted sub-assembly assuring that current in-rush is gradual. A third set of contact pins (short pins) bypass the mosfet circuitry and indicate when the sub-assembly is fully inserted. During removal short pins disengage first. The mosfet bypass is removed. An indication is issued that the sub-assembly is not fully seated. A |

| Claim Element | Husak |
|---|---|
| | live insertion period is requested. The mosfet and related passive circuitry ramp down power after the medium pins disengage until the power to the sub-assembly is completely removed upon full withdrawal." <br><br> *See, e.g.*, Husak at 3:35–49, "An illustrative embodiment of a live insertion and removal mechanism according to the invention can be implemented in a communication apparatus, such as a network hub as illustrated in FIG. 1 and described in co-pending commonly owned U.S. application Ser. No. 07/738,200, which is incorporated herein by reference. Such a system typically comprises a chassis 10 having a backplane 12 which defines slots for accommodating a plurality of sub-assemblies or circuit boards 15. The backplane provides pathways, such as power planes and buses for conveying power, control and data signals among a processor 13 and circuit boards installed in the system. The circuit boards access the backplane for communication over a bus, such as a VMEbus 14, via a plurality of connectors 16." <br><br> *See, e.g.*, Husak at 3:50–56, "Where there are large amounts of power, control and data signals to be transmitted on the bus, the connectors may be high density interconnect devices, such as illustrated in FIGS. 1a and 1b. The connectors according to this illustrative embodiment comprise a four row vertical header with compliant pressfit pins and a guide pin for assuring proper alignment with a mating receptacle." <br><br> *See, e.g.*, Husak at 3:57–68, "To effect live insertion and removal according to the invention, a plurality of pin heights is desirable to create sequenced engagement or contact of electronic circuitry as discussed hereinafter. In the case of insertion, a first pin height or long pin(s) 18 facilitate an initial electrical, connection between the connector 16 and receptacle. A second pin height or medium pin(s) 20 facilitate an intermediate engagement and a third pin height or short pin(s) 22 are the last pins to engage for complete electrical connection. The difference in height between the respective heights is preferably approximately 0.03 inch." <br><br> *See, e.g.*, Husak at 4:1–5, "Upon removal, the sequence of disengagement is reversed. The short pins 22 disengage first, the medium pins 20 disengage second and the long pins 18 are last to disengage. The sequence of disengagement facilitates graceful removal of power." <br><br> *See, e.g.*, Husak at 4:6–22, "The plurality of pin heights as described hereinbefore work in conjunction with electronic circuitry to effect live insertion and removal, without damage to any electronic circuitry and without corruption of data. As illustrated in the block diagram of FIG. 2, insertion/removal logic 24 is required to sense or detect when a live insertion or removal is being undertaken, as indicated by circuitry on a sub-assembly being installed or removed. The insertion/removal logic 24 is resident on the processor board 13. The insertion/removal logic 24 communicates with bus arbitration logic 28 resident on the processor board 13. The bus arbitration logic, such as a VME bus arbiter known in the art, receives bus requests and prioritizes bus access. The known bus arbitration logic 28 is modified to accommodate a highest priority bus request which is issued by the |

| Claim Element | Husak |
|---|---|
|  | insertion/removal logic 24 as discussed hereinafter." <br><br> *See, e.g.*, Husak at 8:17–21, "The live insertion and removal mechanism is described herein in the context of a VMEbus and an FDDI backplane ring, however those of ordinary skill in the art will appreciate that such a mechanism can be implemented in systems having other system buses." <br><br> *See, e.g.*, Husak at 8:22–27, "Similarly, while the invention is discussed in the context of a communication hub, it will be appreciated that such a live insertion and removal mechanism can be desirably implemented in other contexts wherein sub-assemblies are inserted or removed from a live assembly, such as in computer systems and the like." <br><br> *See also* Husak at 4:23–7:55. <br><br> *See also* Husak at Claims 1, 7, 13,17–19, 24–27. <br><br> *See, e.g.*, Husak at Fig. 1. <br><br>  <br> **FIG. 1** <br><br> *See, e.g.*, Husak at Fig. 1B. |

| Claim Element | Husak |
|---|---|
| | <br><br>**FIG. 1B**<br><br>To the extent the Plaintiff alleges this limitation is not literally present in the reference, this limitation would have been obvious to one of ordinary skill in the art in view of this reference and/or in combination with other references as disclosed in the cover pleading for Dell's Invalidity Contentions. |
| 30[d]. **[Not asserted]** wherein a backplane board interconnects each of the CPU modules with the ground elements, power elements, and signal elements, such that the power module and the ethernet switch module can be used as a shared resource by the plurality of CPU modules | *See, e.g.*, Husak at Abstract, "A live insertion and removal mechanism assures that a sub-assembly being inserted or removed from a live electronic assembly does not disrupt system power and buses and is protected against the negative affects of current surge. An active current control device and related circuitry, and a connector having a plurality of graduated pin lengths effect a controlled ramp-up and ramp-down of power to the sub-assembly inserted into and removed from the live electronic assembly. Additionally, means are provided for effectively disconnecting selected output drivers from signal and control paths to avoid damage to the drivers upon insertion or removal of the sub-assembly from the live assembly."<br><br>*See, e.g.*, Husak at 1:66–8, "The aforementioned considerations are presently addressed in part by some implementations of live-insertion schemes known in the art. One implementation known, is to use DC-DC conversion schemes wherein a backplane is provided with a backplane voltage at a higher voltage than is used by the sub-assemblies. Each sub-assembly has a DC-DC converter for connection to the backplane voltage, to effect power isolation. Such an implementation requires significant additional and costly circuitry and consumes considerable space on the sub-assemblies."<br><br>*See, e.g.*, Husak at 2:9–26, "An alternative scheme using a mechanical switch to remove and supply power to a sub-assembly being removed or inserted, is disclosed in U.S. Pat. No. 4,835,737. The modules to be live inserted or removed each have an associated mechanical switch that causes an inhibit signal to be issued to a control circuit which has a resident state machine to effect a logic sequence that inhibits bus operation, such as by halting clock signals. Two different lengths of pins are used in a connector to which the actuator operated switch is connected to |

| Claim Element | Husak |
|---|---|
| | assure that the switch state indicating pins contact the connector before other signal pins. However, in such an embodiment no attempt is made to protect voltages on the backplane or to protect devices on the sub-assembly being inserted or removed. Further, such a live insertion mechanism requires elaborate sequential logic circuitry" <br><br> *See, e.g.*, Husak at 2:29–36, "The present invention provides a live insertion and removal mechanism that does not require the use of elaborate sequential logic circuitry in assuring that a sub-assembly being inserted or removed from a live electronic assembly does not disrupt system power and corrupt system buses. In addition, the mechanism Protects the sub-assembly being inserted or removed against damage." <br><br> *See, e.g.*, Husak at 2:37–62, "As presently disclosed, an active switching device such as a metal oxide semiconductor field effect transistor (mosfet) and related passive circuitry, and a connector having a plurality of graduated pin lengths effect a controlled ramp-up and ramp-down of power to a sub-assembly inserted into and removed from a live electronic assembly. During insertion of an unpowered sub-assembly into a live electronic assembly, a first set of contact pins (long pins) provide a ground and a preliminary voltage (PRE-- VCC) to the inserted sub-assembly to power live insertion request logic. A live insertion period request is issued which causes a system bus arbiter to force the system bus to an idle state after any bus operation in progress is completed. A. second set of contact pins (medium pins) provide power to the mosfet and related passive circuitry which ramps up power to the inserted sub-assembly assuring that current in-rush is gradual. A third set of contact pins (short pins) bypass the mosfet circuitry and indicate when the sub-assembly is fully inserted. During removal short pins disengage first. The mosfet bypass is removed. An indication is issued that the sub-assembly is not fully seated. A live insertion period is requested. The mosfet and related passive circuitry ramp down power after the medium pins disengage until the power to the sub-assembly is completely removed upon full withdrawal." <br><br> *See, e.g.*, Husak at 2:63–3:3, "Features of the invention include using system voltages used on a backplane for assembly and sub-assembly power, to implement protection schemes as described. This inexpensive implementation of live insertion and removal avoids complex circuitry and the consumption of valuable board space associated therewith. Critical pins are strategically located in the connector to avoid problems resulting from board or assembly skew during insertion or removal." <br><br> *See, e.g.*, Husak at 3:35–49, "An illustrative embodiment of a live insertion and removal mechanism according to the invention can be implemented in a communication apparatus, such as a network hub as illustrated in FIG. 1 and described in co-pending commonly owned U.S. application Ser. No. 07/738,200, which is incorporated herein by reference. Such a system typically comprises a chassis 10 having a backplane 12 which defines slots for accommodating a plurality of sub-assemblies or circuit boards 15. The backplane provides pathways, such as power planes and buses for conveying power, control and data signals among a processor 13 and circuit boards |

| Claim Element | Husak |
|---|---|
| | installed in the system. The circuit boards access the backplane for communication over a bus, such as a VMEbus 14, via a plurality of connectors 16."<br><br>*See, e.g.*, Husak at 3:50–56, "Where there are large amounts of power, control and data signals to be transmitted on the bus, the connectors may be high density interconnect devices, such as illustrated in FIGS. 1a and 1b. The connectors according to this illustrative embodiment comprise a four row vertical header with compliant pressfit pins and a guide pin for assuring proper alignment with a mating receptacle."<br><br>*See, e.g.*, Husak at 3:57–68, "To effect live insertion and removal according to the invention, a plurality of pin heights is desirable to create sequenced engagement or contact of electronic circuitry as discussed hereinafter. In the case of insertion, a first pin height or long pin(s) 18 facilitate an initial electrical, connection between the connector 16 and receptacle. A second pin height or medium pin(s) 20 facilitate an intermediate engagement and a third pin height or short pin(s) 22 are the last pins to engage for complete electrical connection. The difference in height between the respective heights is preferably approximately 0.03 inch."<br><br>*See, e.g.*, Husak at 4:1–5, "Upon removal, the sequence of disengagement is reversed. The short pins 22 disengage first, the medium pins 20 disengage second and the long pins 18 are last to disengage. The sequence of disengagement facilitates graceful removal of power."<br><br>*See, e.g.*, Husak at 4:6–22, "The plurality of pin heights as described hereinbefore work in conjunction with electronic circuitry to effect live insertion and removal, without damage to any electronic circuitry and without corruption of data. As illustrated in the block diagram of FIG. 2, insertion/removal logic 24 is required to sense or detect when a live insertion or removal is being undertaken, as indicated by circuitry on a sub-assembly being installed or removed. The insertion/removal logic 24 is resident on the processor board 13. The insertion/removal logic 24 communicates with bus arbitration logic 28 resident on the processor board 13. The bus arbitration logic, such as a VME bus arbiter known in the art, receives bus requests and prioritizes bus access. The known bus arbitration logic 28 is modified to accommodate a highest priority bus request which is issued by the insertion/removal logic 24 as discussed hereinafter."<br><br>*See, e.g.*, Husak at 8:17–21, "The live insertion and removal mechanism is described herein in the context of a VMEbus and an FDDI backplane ring, however those of ordinary skill in the art will appreciate that such a mechanism can be implemented in systems having other system buses."<br><br>*See, e.g.*, Husak at 8:22–27, "Similarly, while the invention is discussed in the context of a communication hub, it will be appreciated that such a live insertion and removal mechanism can be desirably implemented in other contexts wherein sub-assemblies are inserted or removed from a live assembly, such as in computer systems and |

| Claim Element | Husak |
|---|---|
| | the like."<br><br>*See also* Husak at 4:23–7:55.<br><br>*See also* Husak at Claims 1, 7, 13,17–19, 24–27.<br><br>*See, e.g.*, Husak at Fig. 1.<br><br><br><br>FIG. 1<br><br>*See, e.g.*, Husak at Fig. 1A.<br><br><br><br>FIG. 1A<br><br>*See, e.g.*, Husak at Fig. 1B. |

| Claim Element | Husak |
|---|---|
| |  FIG. 1B<br><br>To the extent the Plaintiff alleges this limitation is not literally present in the reference, this limitation would have been obvious to one of ordinary skill in the art in view of this reference and/or in combination with other references as disclosed in the cover pleading for Dell's Invalidity Contentions. |