# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ACCELERON, LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>DELL, INC.,<br><br>　　　　　Defendant. | Civil Action File No.<br><br>1:12-CV-04123-TCB |

## BRIEF IN SUPPORT OF MOTION TO FILE UNDER SEAL

Pursuant to the Stipulated Protective Order signed on August 31, 2017 (Doc. 82), the Court's Instructions to Parties and Counsel (Doc. 05), and the Court's Procedures for Electronic Filing Under Seal in Civil Cases, Acceleron, LLC ("Acceleron") respectfully requests that certain provisionally sealed documents be maintained permanently under seal.

## GOVERNING LAW

"Material filed in connection with any substantive pretrial motion, unrelated to discovery, is subject to the common law right of access." *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007). "The common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential." *Id.* at 1246 (quotation and alteration omitted). "In balancing the public interest in accessing court documents against a party's interest in keeping the information confidential, courts consider, among other factors, whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents." *Id.*

District courts may seal information filed in the court record in civil litigation when that information constitutes competitive information, business plans, or business strategies amounting to trade secrets. *See, e.g., Citizens First Nat'l Bank v. Cincinnati Ins. Co.*, 178 F.3d 943, 946 (7th Cir. 1999); *ATI Indus. Automation, Inc. v. Applied Robotics, Inc.*, 801 F. Supp. 2d 419, 425-26 (M.D.N.C. 2011). In-

formation in the court record that may be shielded from public disclosure can include "sources of business information that might harm a litigant's competitive standing." *Nixon*, 435 U.S. at 598; *see also Jessup v. Luther*, 277 F.3d 926, 928 (7th Cir. 2002) (collecting cases and pointing to "trade secrets, the identity of informers, and the privacy of children" as examples of compelling reasons for sealing portions of the court record).

**SEALED DOCUMENTS**

Acceleron requests permission to file the following documents under seal, with good cause for each document articulated thereafter, consistent with the principles articulated above.

**1.     Appendix C-8 of Dell's Invalidity Contentions.** Appendix C-8 of Defendant Dell, Inc.'s ("Dell") invalidity contentions is an "Invalidity Chart" contending that a system referred to as the "RLX System" discloses various claim elements of U.S. Patent No. 6,948,021 ("the '021 Patent"). Dell has designated Appendix C-8 as "Attorney's Eyes Only Confidential Information." The charts in Appendix C-8 appear to contain information that a non-party to this litigation considers confidential trade secret information. Out of respect for the non-party, Acceleron respectfully requests that Appendix C-8 be maintained under seal.

2.     **Appendix C-11 of Dell's Invalidity Contentions.** Appendix C-11 of Dell's invalidity contentions is an "Invalidity Chart" contending that a system referred to as the "HP S-Series Server System" discloses various claim elements of the '021 Patent. Dell has designated Appendix C-11 as "Attorney's Eyes Only Confidential Information." The charts in Appendix C-11 appear to contain information that a non-party to this litigation considers confidential trade secret information. Out of respect for the non-party, Acceleron respectfully requests that Appendix C-11 be maintained under seal.

3.     **Appendix D-2 of Dell's Invalidity Contentions.** Appendix D-2 of Dell's invalidity contentions is an "Invalidity Chart" contending that various combinations of documents and/or systems disclose various claim elements of the '021 Patent. Dell has designated Appendix D-2 as "Attorney's Eyes Only Confidential Information." The charts in Appendix D-2 appear to contain information that a non-party to this litigation considers confidential trade secret information. Out of respect for the non-party, Acceleron respectfully requests that Appendix D-2 be maintained under seal.

## CONCLUSION

For the good cause articulated above, Acceleron has filed the aforementioned documents as provisionally sealed and respectfully requests that the Court maintain such documents as sealed.

Respectfully submitted this 15th day of March, 2018.

*/s/ N. Andrew Crain*
N. Andrew Crain
Georgia Bar No. 193081
*andrew.crain@thomashorstemeyer.com*
Dan R. Gresham
Georgia Bar No. 310280
*dan.gresham@thomashorstemeyer.com*
Eric Maurer
Georgia Bar No. 478199
*eric.maurer@thomashorstemeyer.com*
Robert D. Gravois
Georgia Bar No. 600183
*robert.gravois@thomashorstemeyer.com*
**THOMAS | HORSTEMEYER, LLP**
3200 Windy Hill Rd SE
Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Plaintiff Acceleron, LLC*

## **LOCAL RULE 7.1D CERTIFICATION**

The undersigned hereby certifies that the foregoing was prepared in Times New Roman 14 point, which is one of the font and point selections approved by the Court under Local Rule 5.1B.

*/s/ N. Andrew Crain*
N. Andrew Crain
Georgia Bar No. 193081
*Attorney for Plaintiff Acceleron, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ACCELERON, LLC, <br><br> Plaintiff, <br> v. <br><br> DELL, INC., <br><br> Defendant. | Civil Action File No. <br><br> 1:12-CV-04123-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2018, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

                                        */s/ N. Andrew Crain*
                                        N. Andrew Crain
                                        Georgia Bar No. 193081
                                        *Attorney for Plaintiff Acceleron, LLC*

4828-6428-5791, v. 1