IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACCELERON, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DELL INC.,<br><br>    Defendant. | Civil Action File Number<br><br>1:12-cv-4123-TCB<br><br>**JURY TRIAL DEMANDED** |

## DELL INC.'S MOTION TO DISMISS
## FOR LACK OF STANDING

Pursuant to LR 7, NDGA, Defendant Dell Inc. ("Dell"), by and through its attorneys, hereby respectfully moves to dismiss this case for lack of standing.

Dell moves to dismiss this case under Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction because Acceleron, LLC ("Acceleron") lacks standing to assert U.S. Patent No. 6,948,021 (the "'021 Patent"). "It is well-established that any party . . . can raise the issue of standing for the first time at any stage of the litigation . . . ." *Pandrol USA, LP v. Airboss Ry. Prod., Inc.*, 320 F.3d 1354, 1367 (Fed. Cir. 2003).

On November 28, 2012, Plaintiff filed suit in this Court asserting that Dell infringed the '021 Patent. Dkt. 1. The Court administratively closed the case on

August 7, 2013. Dkt. 41. The Court reopened the case on May 3, 2017. Dkt. 49. Plaintiff allegedly obtained its rights to the '021 Patent through a confidential agreement.

This motion is based on the terms of the confidential agreement, a copy of which Dell obtained through discovery. For the reasons discussed in the accompanying brief, Acceleron only has a limited right to license the '021 Patent. Acceleron therefore lacks sufficient rights in the '021 Patent to sue, and this case must be dismissed for lack of standing. As also explained in the accompanying brief, Acceleron cannot cure its deficient standing through joinder.

Dated: November 21, 2018                    Respectfully submitted,

/s/ *Paula D. Heyman*
Paula D. Heyman

Scott E. Taylor
(Georgia Bar No. 785596)
Andrew B. Flake
(Georgia Bar No. 262425)
Anuj Desai
(Georgia Bar No. 193889)
**ARNALL GOLDEN GREGORY LLP**
171 17th Street Northwest, Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-8728
Facsimile: (404) 873-8729
Email:   scott.taylor@agg.com
         andrew.flake@agg.com
         anuj.desai@agg.com

*Of Counsel:*

**BAKER BOTTS L.L.P.**

Kevin J. Meek (admitted *pro hac vice*)
Paula D. Heyman (admitted *pro hac vice*)
Nick Schuneman (admitted *pro hac vice*)
Jennifer L. Nall (admitted *pro hac vice*)
Valerie K. Barker (admitted *pro hac vice*)
Bailey M. Watkins (admitted *pro hac vice*)
Ryan Clark *(admitted pro hac vice*)
98 San Jacinto Boulevard, Suite 1500
Austin, Texas 78701-4078
Telephone: (512) 322-2500
Facsimile: (512) 322-2501

        E-mail:   kevin.meek@bakerbotts.com
                    paula.heyman@bakerbotts.com
                    nick.schuneman@bakerbotts.com
                    jennifer.nall@bakerbotts.com
                    valerie.barker@bakerbotts.com
                    bailey.watkins@bakerbotts.com
                    ryan.clark@bakerbotts.com

**BAKER BOTTS L.L.P.**

Roger Fulghum (admitted *pro hac vice*)
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522
E-mail:   roger.fulghum@bakerbotts.com

***Attorneys for Defendant/***
***Counterclaimant, DELL INC.***

## Certificate of Compliance With Local Rule 5.1

The undersigned counsel hereby certifies that the foregoing **DELL INC.'S MOTION TO DISMISS FOR LACK OF STANDING AND SUPPORTING MEMORANDUM OF LAW** was prepared using 14-point Times New Roman font and a top margin of 1½ inches in accordance with Northern District of Georgia Local Rule 5.1 (C) and (D).

Dated: November 21, 2018

*/s/ Paula D. Heyman*
Paula D. Heyman

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing **DELL INC.'S MOTION TO DISMISS FOR LACK OF STANDING AND SUPPORTING MEMORANDUM OF LAW** was served on all counsel of record by causing a copy of the same to be filed electronically through the Court's ECF system which will automatically send email notification of such filings to all registered counsel as follows:

N. Andrew Crain
Dan R. Gresham
Eric Maurer
Robert Duncan Gravois
Wesley A. Roberts
**THOMAS |HORSTEMEYER, LLP**
Suite 1600E
3200 Windy Hill Road, SE
Atlanta, GA 30339
Tel: (770) 933-9500
Fax: (770) 951-0933
andrew.crain@thomashorstemeyer.com
dan.gresham@thomashorstemeyer.com
eric.maurer@thomashorstemeyer.com
robert.gravois@thomashorstemeyer.com
wesley.roberts@thomashorstemeyer.com

Dated: November 21, 2018

*/s/ Paula D. Heyman*
Paula D. Heyman