CONTAINS HIGHLY CONFIDENTIAL INFORMATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACCELERON, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>DELL INC.,<br><br>        Defendants. | Civil Action File No.<br><br>1:12-cv-04123-TCB<br><br><br>**JURY TRIAL DEMANDED**<br><br>**FILED UNDER SEAL** |

**BRIEF IN SUPPORT OF DELL INC.'S
MOTION TO DISMISS FOR LACK OF STANDING**

# FILED UNDER SEAL