IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GEORGIA
ATLANTA DIVISION

ACCELERON, LLC,   )
                     )
        Plaintiff,   )
                     )      Civil Action File No.: 1:12-cv-04123-TCB
v.                  )
                     )
                     )
DELL INC.,       )
                     )
        Defendant.   )

## DECLARATION OF WILLIAM H. NEEDLE

I, William H. Needle, declare and state, pursuant to Rule Civ. P. 55, that I have reviewed the list of parties and counsel and am aware of the nature of the case, and know of no facts or circumstances that would constitute a ground under 28 U.S.C. § 455 to disqualify me from acting as Special Master in this case.

I declare under penalty of perjury that the foregoing is true and correct this 15ᵗʰ day of August, 2019.

_____
William H. Needle