# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ACCELERON, LLC,

        Plaintiff,

v.

DELL INC.,

        Defendant.

Civil Action File
No. 1:12-cv-04123-TCB

## VERDICT FORM

# DIRECT INFRINGEMENT

1. Has Acceleron proven by a preponderance of the evidence that an Accused Dell product directly infringes any asserted claim of the '021 Patent? (a "YES" answer is a finding for Acceleron; a "NO" answer is a finding for Dell):

| 1855 | YES | NO |
|---|---|---|
| Claim 3 | X | |
| Claim 24 | | X |

| 1955 | YES | NO |
|---|---|---|
| Claim 3 | X | |
| Claim 24 | | X |

| VRTX | YES | NO |
|---|---|---|
| Claim 3 | X | |
| Claim 24 | | X |

| FX2 | YES | NO |
|---|---|---|
| Claim 3 | X | |
| Claim 24 | | X |

| M1000E | YES | NO |
|---|---|---|
| Claim 3 | X | |
| Claim 24 | | X |

| MX7000 | YES | NO |
|---|---|---|
| Claim 3 | X | |
| Claim 24 | | X |

# INDIRECT INFRINGEMENT

2. Has Acceleron proven by a preponderance of the evidence that an Accused Dell product indirectly infringes any asserted claim of the '021 Patent either by contributory infringement, induced infringement, infringement under 271(f)(1), or infringement under 271(f)(2)? (a "YES" answer is a finding for Acceleron; a "NO" answer is a finding for Dell):

| 1855 | CONTRIBUTORY INFRINGEMENT? | | INDUCED INFRINGEMENT? | | 271(F)(1) INFRINGEMENT? | | 271(F)(2) INFRINGEMENT? | |
|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO |
| Claim 3 | | X | X | | X | | X | |
| Claim 24 | | X | | X | | X | | X |

| 1955 | CONTRIBUTORY INFRINGEMENT? | | INDUCED INFRINGEMENT? | | 271(F)(1) INFRINGEMENT? | | 271(F)(2) INFRINGEMENT? | |
|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO |
| Claim 3 | | X | X | | X | | X | |
| Claim 24 | | X | | X | | X | | X |

| VRTX | CONTRIBUTORY INFRINGEMENT? | | INDUCED INFRINGEMENT? | | 271(F)(1) INFRINGEMENT? | | 271(F)(2) INFRINGEMENT? | |
|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO |
| Claim 3 | | X | X | | X | | X | |
| Claim 24 | | X | | X | | X | | X |

| FX2 | CONTRIBUTORY INFRINGEMENT? | | INDUCED INFRINGEMENT? | | 271(F)(1) INFRINGEMENT? | | 271(F)(2) INFRINGEMENT? | |
|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO |
| Claim 3 | | X | X | | X | | X | |
| Claim 24 | | X | | X | | X | | X |

| M1000E | CONTRIBUTORY INFRINGEMENT? | | INDUCED INFRINGEMENT? | | 271(F)(1) INFRINGEMENT? | | 271(F)(2) INFRINGEMENT? | |
|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO |
| Claim 3 | | X | X | | X | | X | |
| Claim 24 | | X | | X | | X | | X |

| MX7000 | CONTRIBUTORY INFRINGEMENT? | | INDUCED INFRINGEMENT? | | 271(F)(1) INFRINGEMENT? | | 271(F)(2) INFRINGEMENT? | |
|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO |
| Claim 3 | | X | X | | X | | X | |
| Claim 24 | | X | | X | | X | | X |

## VALIDITY OF THE PATENT

3a.  Has Dell proven by clear and convincing evidence that any claim of the '021 Patent is invalid because it is anticipated or because it would have been obvious to a person of ordinary skill in the art? (a "YES" answer is a finding for Dell; a "NO" answer is a finding for Acceleron):

|          | INVALID DUE TO ANTICIPATION | |
|----------|:---:|:---:|
|          | YES | NO |
| Claim 3  |     | X  |
| Claim 20 | X   |    |
| Claim 24 | X   |    |

|          | INVALID DUE TO OBVIOUSNESS | |
|----------|:---:|:---:|
|          | YES | NO |
| Claim 3  |     | X  |

3b.  By clear and convincing evidence, what is the date of the invention of the '021 Patent:

Date of invention: __Nov 16, 2000__

**Skip ahead to page 7 unless you have found infringement of claim 3 or claim 24 and found that infringed claim is valid.**

5

## DAMAGES

**Only answer questions 5a or 5b if you have found infringement of claim 3 or claim 24 and found that infringed claim is valid.**

5a.   What form of reasonable royalty should be awarded (**check one**):

| Lump Sum Royalty | OR | Running Royalty |
|---|---|---|
| ✓ |  |  |

5b.   What is the amount of reasonable royalty you award Acceleron, if any, for Dell's infringement of a valid claim of the '021 Patent:

Reasonable royalty: $ 2.1 million

**THE FOREPERSON SHOULD SIGN AND DATE BELOW TO INDICATE THAT THE JURY HAS REACHED A UNANIMOUS VERDICT ON THESE QUESTIONS.**

Date: 9/22/2021

_____
JURY FOREPERSON